| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP<br>ROBERT C. SCHUBERT,<br>3 EMBARCADERO CENTER -1650<br>SAN FRANCISCO, CA 94111 | (415) 788-4220 | |

ATTORNEY FOR (Name):

Ref. No. or File No.
C0803369

Insert name of court, judicial district or branch court, if any:
United States District Court
450 Golden Gate Ave.
San Francisco, CA 00000

FILED
2008 JUL 29 P 3 03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PLAINTIFF: LEVITTE

DEFENDANT: GOOGLE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0803369 JW |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons;Complaint;CIVIL CASE COVER SHEET;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; UNITED STATES DISTRICT COURT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES

ON: GOOGLE, INC., A DELAWARE CORPORATION

AT: 2730 GATEWAY OAKS DR -100
    SACRAMENTO, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
BECKY DEGEORGE,CLERK,CSC - AGENT FOR SERVICE

ON: 07/15/2008
AT: 11:30 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 80.00
County: SACRAMENTO
Registration No.: 2002-17
Legalese Attorney Service, Inc.
1754 36th Street
Sacramento, CA 95816
(916) 453-2860

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 23, 2008.

Signature: _____
STEPHANIE BARBER

PROOF OF SERVICE

Order#: 242999/GProof