1  Guido Saveri (022349)
   *guido@saveri.com*
2  R. Alexander Saveri (173102)
3  *rick@saveri.com*
   Cadio Zirpoli (179108)
4  *cadio@saveri.com*
5  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
6  San Francisco, CA 94111-5619
   Telephone: (415) 217-6810
7  Facsimile: (415) 217-6813
8
   Terry Gross (103878)
9  terry@gbs-law.com
   Adam C. Belsky (147800)
10 adam@gba-law.com
11 Monique Alonso (127078)
   monique@gba-law.com
12 GROSS BELSKY ALONSO LLP
13 180 Montgomery Street, Suite 2200
   San Francisco, CA 94104
14 Telephone: (415) 544-0200
   Facsimile: (415) 544-0201
15
16 Attorneys for Pulaski & Middleman, LLC
17

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-03369-JW<br><br>**PLAINTIFF PULASKI & MIDDLEMAN, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 08-03369-JW

This Document Relates to:

PULASKI & MIDDLEMAN, LLC, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

          Defendant.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Pulaski & Middleman, LLC submits this Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

**A.    RELATED CASES**

1. *Levitte v. Google, Inc.*, ("*Levitte*") Case No. 08-03369-JW, complaint filed July 11, 2008 in the Northern District of California and assigned to the Honorable James Ware.

2. *RK West, Inc. v. Google, Inc.*, ("*RK West*") Case No. 08-03452-RS, complaint filed July 17, 2008 in the Northern District of California and assigned to the Honorable Ronald Whyte.[1]

3. *Pulaski & Middleman, LLC v. Google, Inc.*, ("*Pulaski & Middleman*") Case No. 08-3888-SI, complaint filed August 14, 2008 in the Northern District of California and assigned to the Honorable Susan Illston.

**B.    RELATIONSHIP OF THE ACTIONS**

This administrative motion is made on the grounds that the three actions referred to above involve substantially similar subject matter: Google AdWord's misleading practice of charging

---

[1] On August 29, 2008, plaintiff RK West filed an Administrative Motion to Consider Whether Cases Should Be Related, also seeking to relate the three above-mentioned actions before the Honorable James Ware.

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 08-03369-JW

for ads placed on parked domain and error pages. Plaintiffs in *Levitte, RK West, and Pulaski & Middleman* all assert claims for violations of California Business and Professions Code against the same sole defendant.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

C. **CONCLUSION**

The actions referred to above satisfy the criteria of Rule 3-12. Therefore plaintiff Pulaski & Middleman, LLC respectfully requests that the cases be deemed related and that they be assigned to the Honorable James Ware, the Judge assigned to the low numbered case, *Levitte v. Google, Inc.*, Case No. 08-03369-JW.

DATED: September 2, 2008          SAVERI & SAVERI, INC.

*/s/ Cadio Zirpoli*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810

Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200

Attorneys for Pulaski & Middleman, LLC