IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 08-03369-JW<br><br>**[PROPOSED] ORDER RELATING CASES** |
| This Document Relates to:<br><br>PULASKI & MIDDLEMAN, LLC, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | |

[PROPOSED] ORDER RELATING CASES

1    On September 2, 2008, plaintiff Pulaski & Middleman, LLC filed an Administrative Motion to Consider Whether Cases Should be Related Cases pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.

IT IS SO ORDERED that the following cases are related:

*Levitte v. Google, Inc.*, Case No. 08-03369-JW;

*RK West, Inc. v. Google, Inc.*, Case No. 08-03452-RS; and

*Pulaski & Middleman, LLC v. Google, Inc.*, Case No. 08-3888-SI.

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable James Ware
United States District Judge

[PROPOSED] ORDER RELATING CASES