Guido Saveri (022349)
*guido@saveri.com*
R. Alexander Saveri (173102)
*rick@saveri.com*
Cadio Zirpoli (179108)
*cadio@saveri.com*
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813

Terry Gross (103878)
terry@gbs-law.com
Adam C. Belsky (147800)
adam@gba-law.com
Monique Alonso (127078)
monique@gba-law.com
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

Attorneys for Pulaski & Middleman, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-03369-JW<br><br>**PROOF OF SERVICE** |
| This Document Relates to: | |

1  PULASKI & MIDDLEMAN, LLC,
   individually and on behalf of all others
2  similarly situated,

3               Plaintiff,

4         v.

5  GOOGLE, INC., a Delaware corporation,

6               Defendant.

7

8                    **PROOF OF SERVICE**

9        I, Michelle Armstrong, am over the age of 18 years and not a party to the above-entitled

10 case.  I am employed in the County of San Francisco; my business address is 111 Pine Street,

11 Suite 1700, San Francisco, California  94111-5630.

12

13       On September 2, 2008, I served a true and correct copy of the following document(s):

14       **PLAINTIFF PULASKI & MIDDLEMAN, LLC'S ADMINISTRATIVE MOTION
         TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

15
         **DECLARATION OF CADIO ZIRPOLI IN SUPPORT OF PLAINTIFF PULASKI**
16       **& MIDDLEMAN, LLC'S ADMINISTRATIVE MOTION TO CONSIDER**
         **WHETHER CASES SHOULD BE RELATED**
17
         **[PROPOSED] ORDER RELATING CASES; and**
18
         **PROOF OF SERVICE**
19
   by depositing a copy of the described documents in the United States mail in San Francisco,
20
   California, in a sealed envelope, with postage fully prepaid, unless otherwise noted, addressed as
21
   follows:
22
       *SEE ATTACHED SERVICE LIST*
23
   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of
24
   September, 2008, in San Francisco, California.
25

26

27                              *[signature]*
                                Michelle Armstrong
28
                                      2

PROOF OF SERVICE

SERVICE LIST
GOOGLE – CV-08-3888-SI

Leo P. Norton
COOLEY GODWARD KORNISH, LLP
4401 Eastgate Mall
San Diego, CA 92121
lnorton@cooley.com

Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
KABATECK BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017
bsk@kbklawyers.com
rlk@kbklawyers.com
at@kbklawyers.com

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALONSO, LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
terry@gba-law.com
adam@gba-law.com
Monique@gba-law.com

Robert C. Schubert
Willem F. Jonckheer
Kimberly A. Kralowec
SCHUBERT JONCKHEER COLBY & KRALOWEC, LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
rschubert@schubertlawfirm.com
kkralowec@schubertlawfirm.com