**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | **Case No.  C 08-03369 JW**<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>**Judge: Hon. James Ware** |
| This Document Relates to:<br><br>RK WEST, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | **Case No. C 08-03452**<br><br>**Judge: Hon. Ronald M. Whyte** |
| This Document Relates to:<br><br>PULASKI & MIDDLEMAN, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | **Case No. C 08-03888**<br><br>**Judge: Hon. Susan Illston** |

On September 3, 2008, plaintiff Hal K. Levitte filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.

IT IS SO ORDERED that the following cases are related:

**C 08-03369-JW**          *Levitte v. Google, Inc.*
**C 08-03452-RMW**      *RK West, Inc. v. Google, Inc.*
**C 08-03888-SI**            *Pulaski & Middleman, LLC v. Google Inc.*

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                Honorable James Ware
                                                                United States District Judge