ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Attorneys for Plaintiff Hal K. Levitte*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C08-03369 JW<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. James Ware |

### PROOF OF SERVICE

I, the undersigned, state that I am a permanent resident of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

1. **PLAINTIFF HAL K. LEVITTE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHE CASES SHOULD BE RELATED**
2. **DECLARATION OF WILLEM F. JONCKHEER IN SUPPORT OF PLAINTIFF HAL K. LEVITTE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
3. **[PROPOSED] ORDER RELATING CASES**

Page 1

**4. PROOF OF SERVICE**

on the persons listed below, by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104

Leo P. Norton
COOLEY GODWARD KORNISH LLP
4401 Eastgate Mall
San Diego, CA 92121

Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
KABATECH BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2008 in San Francisco, California.

_____
Arthur Keng