COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC. a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08-CV-03369 JW RS<br><br>**DECLARATION OF LEO P. NORTON IN SUPPORT OF GOOGLE INC.'S CONSOLIDATED OPPOSITION TO HAL K. LEVITTE AND PULASKI & MIDDLEMAN, LLC'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DEC I/S/O OPPOSITION TO
ADMINISTRATIVE MOTION
08-CV-03369 JW RS

Dockets.Justia.com

I, Leo P. Norton, declare:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am an associate with the law firm of Cooley Godward Kronish LLP, attorneys for Defendant Google Inc. in this action and in the three actions that Plaintiffs Pulaski & Middleman, LLC ("Pulaski") [1] and Hal K. Levitte ("Levitte") seek to relate through their respective administrative motions. As an attorney for Google, I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint against Google in the case entitled *David Almeida v. Google, Inc.*, Case No. C 08-02088-RMW ("*Almeida* case"), which was filed on April 22, 2008.

3. On August 25, 2008, I sent plaintiffs' counsel in the *Almeida*, *Levitte*, *RK West*, and *Pulaski* cases a meet and confer letter via email and mail. I wrote to them to: (1) notify them that the *Levitte*, *RK West*, and *Pulaski* cases are related to each other and to the earlier-filed *Almeida* case; (2) attempt to reach a stipulation on Google's intended administrative motion under Civil Local Rules 3-12 and 7-11 to relate the cases; and (3) request that Google's time to answer or otherwise respond to the *Levitte*, *RK West*, and *Pulaski* cases complaints be coordinated and an extension of time such that Google's new response deadline in those three cases is on or before September 30, 2008. I requested that plaintiffs counsel respond to my letter by end of day Wednesday, August 27, 2008. Attached as Exhibit 2 is a true and correct copy of the letter I sent to plaintiffs' counsel on August 25, 2008.

4. On August 26, 2008, at 9:24 a.m., I received an email from plaintiff's counsel in the *Levitte* case, which was copied to all other plaintiffs' counsel, purporting to write on behalf of plaintiffs' counsel in the *Almeida*, *Levitte*, *RK West*, and *Pulaski* cases and requesting an additional week to and including September 3, 2008 to respond to my August 25, 2008 letter and granting an interim extension to respond to the complaint in the *Levitte* case. Later that day, at

---

[1] Pulaski & Middleman, LLC is the plaintiff in the related action *Pulaski & Middleman, LLC v. Google Inc.*, Case No. C 08-03888-SI.

1  12:19 p.m., I responded via email, which was copied to all plaintiffs' counsel in the four cases, granting their requested extension. Still later that day, at 1:00 p.m., I received another email from plaintiff's counsel in the *Levitte* case, which was copied to all other plaintiffs' counsel, stating that plaintiffs' counsel in the four cases would be discussing the issues raised in my August 25, 2008 letter and that they would respond by Thursday, August 28, 2008 at the latest. Attached as Exhibit 3 is a true and correct copy of an email chain containing my email to all plaintiffs' counsel on August 25, 2008 enclosing my August 25, 2008 letter, the *Levitte* case plaintiff's counsel's response on August 26, 2008, at 9:24 a.m., my response that day at 12:19 p.m., and the *Levitte* case plaintiff's counsel's response at 1:00 p.m.

5. I did not receive a response from any of the plaintiffs' counsel on Thursday, August 28, 2008 as promised. Having still not received any response after the holiday weekend, I emailed all plaintiffs' counsel on September 2, 2008, at 8:11 a.m., demanding that plaintiffs respond to my August 25, 2008 letter. Attached as Exhibit 4 is a true and correct copy of my September 2, 2008 at 8:11 a.m. email.

6. RK West's counsel never responded to Google's letter, and instead filed its own administrative motion on August 29, 2008 in the *RK West* case (as opposed to this case). RK West served its motion by mail, and therefore, Google did not receive it until the late morning on September 2, 2008. RK West's motion seeks to relate all but the *Almeida* case before the Honorable James Ware.

7. On September 2, 2008, Pulaski's counsel notified Google's counsel that it would not stipulate that the *Almeida* case was related and that Pulaski would file its own administrative motion. Pulaski filed its motion in this case later that day, and served it by mail. Google received it in the late morning on September 5, 2008.

8. On September 3, 2008, Levitte's counsel notified Google's counsel that it would not stipulate that the *Almeida* case was related and that Levitte would file its own administrative motion. Levitte filed his motion in this case later that day, and served it by mail. Google received it in the late morning on September 5, 2008.

9. After learning that the Pulaski plaintiff intend to file its own dueling administrative

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

NORTON DEC I/S/O OPPOSITION TO
ADMINISTRATIVE MOTION
08-CV-03369 JW RS

motion to relate all but the *Almeida* case in this action, in the interest of judicial and party economy, I emailed all plaintiffs' counsel on September 2, 2008, at 2:31 p.m. advising them that it was unnecessary for plaintiffs to file their own administrative motions under Civil Rule 3-12 because if Judge Ronald Whyte denied the motion in the *Almeida* case, the Honorable James Ware would then have an opportunity to relate the *Levitte, RK West, and Pulaski* cases in the normal course of Google's motion. Moreover, Google stated that it agreed that the cases should be related if Judge Whyte finds that the cases are not related to the *Almeida* case, but Google contended that the *Almeida* case is related. Attached as Exhibit 5 is a true and correct copy of my September 2, 2008 at 2:31 p.m. email.

10. On September 4, 2008, concurrently with the filing of its opposition to RK West's administrative motion filed in the *RK West* case, Google filed its administrative motion in the *Almeida* case, which seeks to relate the *Almeida, Levitte, RK West*, and *Pulaski* cases. The *Almeida* case is the low-numbered case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 8, 2008, at San Diego, California.

_____
Leo P. Norton

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

NORTON DEC I/S/O OPPOSITION TO
ADMINISTRATIVE MOTION
08-CV-03369 JW RS

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing **DECLARATION OF LEO P. NORTON IN SUPPORT OF GOOGLE INC.'S CONSOLIDATED OPPOSITION TO HAL K. LEVITTE AND PULASKI & MIDDLEMAN, LLC'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Kimberly Ann Kralowec**
  kkralowec@schubertlawfirm.com
- **Guido Saveri**
  guido@saveri.com,william@saveri.com,cadio@saveri.com

I also hereby certify that I caused the foregoing document to be personally delivered by consigning the document(s) to an authorized courier and/or process server for hand delivery on this 8th day of September, 2008 to the following listed addresses.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

NORTON DEC I/S/O OPPOSITION TO
ADMINISTRATIVE MOTION
08-CV-03369 JW RS

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>Saveri & Saveri Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff Pulaski & Middleman, LLC* | Terry Gross<br>Adam C. Belsky<br>Monique Alonso<br>Gross Belsky Alonso LLP<br>180 Montgomery Street<br>Suite 2200<br>San Francisco, CA 94104<br>*Attorneys for Plaintiff Pulaski & Middleman, LLC* |
| Brian S. Kabateck<br>Richard L Kellner<br>Alfredo Torrijos<br>Kabateck Brown Kellner, LLP<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br>*Attorneys for Plaintiff RK West, Inc.* | Erik Swen Syverson<br>Pick & Boydston, LLP<br>1000 Wilshire Boulevard<br>Suite 600<br>Los Angeles, CA 90017<br>*Attorneys for Plaintiff RK West, Inc.* |
| Robert C. Schubert<br>Willem F. Jonckheer<br>Kimberly Ann Kralowec<br>Schubert Jonckheer Kolbe & Kralowec LLP<br>Three Embarcadero Center<br>Suite 1650<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff Hal K. Levitte* | Hon. Susan Illston<br>United States District Court<br>Northern District of California<br>450 Golden Gate Ave.<br>Courtroom 10, 19th Floor<br>San Francisco, CA 94102<br>**COURTESY COPY (by noon following day)**<br>*Pulaski & Middleman, LLC v. Google Inc., Case No. 08-cv-03888* |
| Hon. Ronald M. Whyte<br>United States District Court<br>Northern District of California<br>280 South 1st Street<br>Courtroom 6, 4th Floor<br>San Jose, CA 95113<br>**COURTESY COPY (by noon following day)**<br>*RK West, Inc., Case No. 08-cv-03452* | |

602538 v1/SD

Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

NORTON DEC I/S/O OPPOSITION TO
ADMINISTRATIVE MOTION
08-CV-03369 JW RS