COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-CV-03369 JW RS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Civil L.R. 6-1)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIPULATION TO EXTEND TIME TO**
**RESPOND TO COMPLAINT**
**08-CV-03369 JW RS**

Dockets.Justia.com

Plaintiff Hal K. Levitte ("Plaintiff") and Defendant Google Inc. ("Google"), by and through their respective counsel, stipulate and agree to extend Google's deadline to answer or otherwise respond to the Complaint to on or before September 30, 2008. The extension will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: September 10, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
LEO P. NORTON (216282)

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE, INC.

Dated: September 10, 2008

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158

By: /s/Willem F. Jonckheer
Willem F. Jonckheer

Attorneys for Plaintiff HAL K. LEVITTE

## **ATTESTATION OF FILER**

I, Leo P. Norton, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: September 10, 2008

COOLEY GODWARD KRONISH LLP

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE INC.

601196 v1/SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
08-CV-03369 JW RS