COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*pro hac vice application pending*)
(pwillsey@cooley.com)
777 6th Street, NW
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-CV-03369 JW RS<br><br>**DEFENDANT GOOGLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1. **GOOGLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**08-CV-03369 JW RS**

| | |
|---|---|
| Dated: September 30, 2008 | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>PETER J. WILLSEY (*pro hac vice appl. pending*)<br>LEO P. NORTON (216282)<br><br>/s/Leo P. Norton<br>Leo P. Norton<br>Attorneys for Defendant<br>GOOGLE INC.<br>Email: lnorton@cooley.com |

604693 /SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2. **GOOGLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**08-CV-03369 JW RS**