```
COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*pro hac vice* application pending)
(pwillsey@cooley.com)
777 6th Street, NW
Washington, D.C.  20001
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

Attorneys for Defendant
GOOGLE INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No.  08-CV-03369 JW RS<br><br>**DEFENDANT GOOGLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION (CIV. L.R. 3-13)** |

Defendant Google Inc., by and through its undersigned counsel of record, hereby notifies the Court and all opposing parties pursuant to Civil Local Rule 3-13 that this action involves the same subject matter and the same parties as another action that is pending in another federal district court.

The action is entitled *JIT Packaging, Inc. v. Google, Inc.*, Case No. 08-CV-4543 (N.D. Ill.) (filed August 11, 2008) ("*JIT Packaging* Action"). A true and correct copy of the complaint in that action is attached hereto as Exhibit A.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**DEFENDANT GOOGLE INC.'S NOTICE OF PENDENCY OF OTHER ACTION**
**08-CV-03369 JW RS**

Dockets.Justia.com

The *JIT Packaging* Action is related to this action because it is nearly identical, alleges contract and statutory claims against Google arising out of Google's AdWords advertising program, is premised on allegations regarding parked domains and error web pages, is also styled as a class action, and asserts an overlapping putative class of Google AdWords customers.

Google is in the process of seeking to have that action dismissed or alternatively transferred (FED. R. CIV. P. 12(b)(3); 28 U.S.C. § 1404(a)) to this district based on a forum selection clause in the Google Inc. Advertising Program Terms that mandates that the action be filed in Santa Clara County, California. If Google's efforts are not successful, Google will seek to have the action transferred to this district under 28 U.S.C. § 1407 (MDL procedure). Until the *JIT Packaging* action is re-filed or transferred here, to avoid conflicts, conserve resources, and promote an efficient determination of the action, Google respectfully requests that this action (and the related actions pending in this district) be stayed.

Dated: September 30, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
PETER J. WILLSEY (*pro hac vice appl. pending*)
LEO P. NORTON (216282)

/s/Leo P. Norton
Leo P. Norton
Attorneys for Defendant
GOOGLE INC.
Email: lnorton@cooley.com

604688 /SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DEFENDANT GOOGLE INC.'S NOTICE OF
PENDENCY OF OTHER ACTION
08-CV-03369 JW RS