| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | LEO P. NORTON (216282) (lnorton@cooley.com)<br>4401 Eastgate Mall |
| 3 | San Diego, CA  92121<br>Telephone:     (858) 550-6000 |
| 4 | Facsimile:     (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| 6 | PETER J. WILLSEY (*pro hac vice application pending*)<br>(pwillsey@cooley.com) |
| 7 | 777 6th Street, NW<br>Washington, D.C.  20001 |
| 8 | Telephone:     (202) 842-7800<br>Facsimile:     (202) 842-7899 |
| 9 | Attorneys for Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No.  08-CV-03369 JW RS<br><br>**NOTICE OF APPEARANCE** |

Michael G. Rhodes of the law firm of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121, (858) 550-6000 hereby enters his appearance as counsel of record for Defendant Google Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF APPEARANCE
08-CV-03369 JW RS

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: September 30, 2008 | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>PETER J. WILLSEY (*pro hac vice appl. pending*)<br>LEO P. NORTON (216282) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | /s/Michael G. Rhodes<br>Michael G. Rhodes<br>Attorneys for Defendant<br>GOOGLE INC.<br>Email: rhodesmg@cooley.com |
| 6 | | |
| 7 | | |
| 8 | 604698 /SD | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**NOTICE OF APPEARANCE**
**08-CV-03369 JW RS**