

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY
777 6th Street, NW, Suite 1100
Washington DC 20001
Phone: (202) 842-7800

**FILED**

2008 OCT -1 A 10: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff(s),

v.

GOOGLE, INC., a Delaware corporation,

    Defendant(s).

CASE NO. 08-CV-03369 JW RS

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, PETER J. WILLSEY, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Google Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    MICHAEL G. RHODES, COOLEY GODWARD KRONISHP LLP, 4401 Eastgate Mall, San Diego, CA 92121, 858-550-6000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2008

                          Peter J. Willsey

**BY FAX**