ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Attorneys for Plaintiff Hal K. Levitte*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., a Delaware corporation, <br><br> Defendant. | Case No. C08-03369 JW <br><br> **PROOF OF SERVICE** <br><br> **Judge: Hon. James Ware** |

## **PROOF OF SERVICE**

I, the undersigned, state that I am a permanent resident of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

1. **PLAINTIFF'S STATEMENT IN RESPONSE TO NOTICE OF PENDENCY OF OTHER ACTION**

2. **PROOF OF SERVICE**

Dockets.Justia.com

on the persons listed below, by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows:

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104

Peter L. Currie
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, IL 60174

Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
KABATECH BROWN KELLNER, LLP
644 South Figueroa Street
Los Angeles, CA 90017

Robert Foote
Matthew J. Herman
Mark A. Bulgarelli
Foote, Meyers, Mielke and Flowers, LLC
28 North First St., Suite 2
Geneva, IL 60134

Kathleen C. Chavez
Chavez Law Firm, P.C.
28 Norther First St., Suite 2
Geneva, IL 60134

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2008 in San Francisco, California.

_____/s/_____
Arthur Keng