COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*admitted pro hac vice*)
(pwillsey@cooley.com)
777 6th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-CV-03369 JW RS<br><br>**AGREED ADMINISTRATIVE MOTION TO CONSIDER WHETHER PUTATIVE CLASS ACTION CASES AGAINST GOOGLE INC. SHOULD BE RELATED (Civil L.R. 3-12 & 7-11)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS**

## I. INTRODUCTION

Defendant Google Inc. ("Google") earlier filed an administrative motion in the case entitled *Almeida v. Google, Inc.*, Case No. C 08-02088-RMW, before Judge Ronald Whyte to relate that case with three later-filed cases against Google. The three later filed cases at issue in that earlier administrative motion were: (1) *Levitte v. Google, Inc.*, Case No. C 08-03369-JW; (2) *RK West, Inc. v. Google, Inc.*, Case No. C 08-03452-RMW; and (3) *Pulaski & Middleman, LLC v. Google Inc.*, Case No. C 08-03888-SI. All parties to the motion agreed that the three later-filed cases were related to each other, but plaintiffs disputed that the earlier-filed *Almeida* case was related. Certain plaintiffs also filed administrative motions in this case to relate only the three later-filed cases, which this Court denied on September 19, 2008 in light of the then pending administrative motion before Judge Whyte in the *Almeida* case (Docket Item Nos. 5, 9, & 17). On September 29, 2008, Judge Whyte denied the administrative motion in the *Almeida* case, noting that (1) all the parties agree that the three later-filed cases are related and (2) the issue of whether the three later-filed cases were related moves to Judge James Ware in the *Levitte* case because this case has the lowest case number of the three-later filed cases. Docket Item No. 26, at p. 7.

Under Civil Local Rule 3-12(f)(2), the determination of whether the three later-filed cases were related was to be made in this case within 10 court days after Judge Whyte's denial, which made the deadline October 14, 2008. That date passed without a determination. Moreover, in the interim, on October 10, 2008, a new case not subject to the earlier administrative motion was filed in this district entitled *JIT Packaging, Inc. v. Google Inc.*, Case No. C 08-04701-PVT. All parties agree that this newly filed case is also related to the *Levitte*, *RK West*, and *Pulaski* cases. Importantly, Case Management and ADR deadlines are upcoming at the end of October through November in both the *RK West* and *Pulaski* cases, of which the Case Management orders will be re-set under Civil Local Rule 3-12(g) once the cases are related, further necessitating resolution of the related case issue.

Accordingly, pursuant to Civil Local Rules 3-12 and 7-11, Google brings this motion, to which all parties agree, to request that the Court determine as soon as possible whether the

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS

following four putative class actions should be related and transferred to Judge Ware: (1) *Levitte v. Google, Inc.*, Case No. C 08-03369-JW; (2) *RK West, Inc. v. Google, Inc.*, Case No. C 08-03452-RMW; (3) *Pulaski & Middleman, LLC v. Google Inc.*, Case No. C 08-03888-SI; and (4) *JIT Packaging, Inc. v. Google Inc.*, Case No. C 08 -04701-PVT.[1]

## II. THE FOUR GOOGLE ADWORDS PUTATIVE CLASS ACTIONS ARE RELATED

Civil Local Rule 3-12 states that actions are related when "[t]he actions concern substantially the same parties, property, transaction or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Here, all parties agree that the four Google AdWords putative class actions easily satisfy the definition for related cases.

### A. Substantially the Same Parties.

Google is the sole named defendant in all four putative class actions, and therefore the cases concern the same defendant. Also, the four putative class actions assert duplicative putative classes of Google AdWords customers. *Levitte* case Complaint, ¶ 42; *RK West* case Complaint, ¶ 1; *Pulaski* case Complaint, ¶ 115; *JIT* case Complaint, ¶ 115.

### B. Substantially the Same Transactions or Events.

The four Google AdWords putative class actions are also related because they concern substantially the same transactions or events. All four putative class actions arise from and relate to the named plaintiffs' and putative class members' contractual relationship with Google for Google's AdWords advertising program. *Levitte* case Complaint, ¶ 1; *RK West* case Complaint, ¶ 2; *Pulaski* case Complaint, ¶ 1; *JIT* case Complaint, ¶ 1. All the actions assert claims based on the same legal theories of unjust enrichment and alleged violation of California Business and Professions code section 17200, arising from the Google AdWords advertising program and alleged charges for clicks for advertisements placed on parked domain or error page websites.

---

[1] The Complaint in this action is Docket Item No. 1. A copy of the *RK West* case Complaint is attached as Exhibit A to the Declaration of Willem F. Jonckheer i/s/o Levitte's Administrative Motion (Docket Item No. 10). A copy of the *Pulaski* case complaint is attached as Exhibit B to the Jonckheer Declaration (Docket Item No. 10). A copy of the *JIT* case Complaint is attached as Exhibit 1 to this motion.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS

*Levitte* case Complaint, ¶¶ 54-78, 86-91; *RK West* case Complaint, ¶¶ 25-29, 37-46; *Pulaski* case Complaint, ¶¶ 140-165, 172-177; *JIT* case Complaint, ¶¶ 140-165, 172-177. The *Pulaski* and *JIT* cases also assert nearly identical contract based theories. *Pulaski* case Complaint, ¶¶ 127-139; *JIT* case Complaint, ¶¶ 127-139.

### C. Potential for Unduly Burdensome Duplication of Labor and Expense and Potential for Conflicting Rulings.

If the four class actions are not related, the actions will potentially result in unduly burdensome duplication of labor and cause Google great expense. Four different judges would be tasked with resolving the same or similar issues relating to the pleadings, discovery, class certification, dispositive motions, and trial. Moreover, Google would be subjected to significant defense costs four times over, including, but not limited to, in potentially filing motions for summary judgment, opposing class certification, propounding and responding to duplicative discovery, and at trial. Also, as the cases are all putative class actions involving substantially the same subject matter, the potential exists for conflicting rulings. Transferring cases that concern substantially the same subject matter or that involve overlapping putative classes to a single judge is well recognized to result in judicial and party economy and to ensure consistent rulings. *See*, *In re Prempro Prods. Liab. Litig.*, 254 F. Supp. 2d 1366, 1367 (J.P.M.L. 2003); *In re Res. Exploration, Inc. Sec. Litig.*, 483 F. Supp. 817, 821 (J.P.M.L. 1980); *In re Plumbing Fixtures,* 308 F. Supp. 242, 244 (J.P.M.L. 1970). The four Google AdWords putative class actions should be related to avoid unduly burdensome duplication and conflicting rulings.

### D. All Parties Agree the Cases Should Be Related and Consolidated.

All plaintiffs in the four actions agree with Google that the four cases should be related. Moreover, all parties agree that the cases should be consolidated once related.

### III. CONCLUSION

All parties agree that the four putative class actions against Google relating to its AdWords advertising program are related. Consequently, Google respectfully requests that the four actions be related before the Honorable James Ware.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS

| | | |
|---|---|---|
| Dated: October 16, 2008 | | COOLEY GODWARD KRONISH LLP<br>MICHAEL G. RHODES (116127)<br>PETER J. WILLSEY (*admitted pro hac vice*)<br>LEO P. NORTON (216282) |

/s/Leo P. Norton
Leo P. Norton
Attorneys for Defendant
GOOGLE INC.
Email: lnorton@cooley.com

**IT IS SO AGREED:**

Dated: October 16, 2008    SCHUBERT JONCKHEER KOLBE &
                           KRALOWEC LLP
                           ROBERT C. SCHUBERT (62684)
                           WILLEM F. JONCKHEER (178748)
                           KIMBERLY A. KRALOWEC (163158)


/s/Willem F. Jonckheer
Willem F. Jonckheer
Attorneys for Plaintiff
HAL K. LEVITTE

Dated: October 16, 2008    KABATECK BROWN KELLNER LLP
                           BRIAN S. KABATECK (152054)
                           RICHARD L. KELLNER (171416)
                           ALFREDO TORRIJOS (222458)


/s/Alfredo Torrijos
Alfredo Torrijos
Attorneys for Plaintiff
RK WEST, INC.

Dated: October 16, 2008    SAVERI & SAVERI INC.
                           GUIDO SAVERI (022349)
                           R. ALEXANDER SAVERI (173102)
                           CADIO ZIRPOLI (179108)


/s/Cadio Zirpoli
Cadio Zirpoli
Attorneys for Plaintiff
PULASKI & MIDDLEMAN, LLC

Attorneys for Plaintiff
JIT PACKAGING, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

**AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS**

## **ATTESTATION OF FILER**

I, Leo P. Norton, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: October 16, 2008

COOLEY GODWARD KRONISH LLP

By:       /s/Leo P. Norton
           Leo P. Norton

Attorneys for Defendant GOOGLE INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

**AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS**

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2008, I electronically filed the foregoing **AGREED ADMINISTRATIVE MOTION TO CONSIDER WHETHER PUTATIVE CLASS ACTION CASES AGAINST GOOGLE INC. SHOULD BE RELATED (CIVIL L.R. 3-12 & 7-11)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Kimberly Ann Kralowec**
  kkralowec@schubertlawfirm.com
- **Guido Saveri**
  guido@saveri.com,william@saveri.com,cadio@saveri.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 16th day of October, 2008 to the following listed addresses.

I also hereby certify that I caused the foregoing document to be personally delivered by consigning the document(s) to an authorized courier and/or process server for hand delivery on this 16th day of October, 2008 to the following indicated addressees.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS

| | | |
|---|---|---|
| 1 | Robert C. Schubert | R. Alexander Saveri |
| 2 | Schubert Jonckheer Kolbe & Kralowec LLP | Cadio Zirpoli |
|   | Three Embarcadero Center | Saveri & Saveri Inc. |
| 3 | Suite 1650 | 111 Pine Street |
|   | San Francisco, CA 94111 | Suite 1700 |
| 4 | *Attorneys for Plaintiff Hal K. Levitte* | San Francisco, CA 94111 |
|   | | *Attorneys for Plaintiff Pulaski & Middleman,* |
| 5 | | *LLC* |
| 6 | | *Attorneys for Plaintiff JIT Packaging, Inc.* |
| 7 | | |
|   | Terry Gross | Brian S. Kabateck |
| 8 | Adam C. Belsky | Richard L Kellner |
|   | Monique Alonso | Alfredo Torrijos |
| 9 | Gross Belsky Alonso LLP | Kabateck Brown Kellner, LLP |
|   | 180 Montgomery Street | 644 S. Figueroa Street |
| 10 | Suite 2200 | Los Angeles, CA 90017 |
| 11 | San Francisco, CA 94104 | *Attorneys for Plaintiff RK West, Inc.* |
|    | *Attorneys for Plaintiff Pulaski & Middleman,* | |
| 12 | *LLC* | |
| 13 | | |
|    | Erik Swen Syverson | Robert Foote |
| 14 | Pick & Boydston, LLP | Matthew J Herman |
|    | 1000 Wilshire Boulevard | Mark A. Bulgarelli |
| 15 | Suite 600 | Foote Meyers Mielke and Flowers, LLC |
|    | Los Angeles, CA 90017 | 28 North First Street |
| 16 | *Attorneys for Plaintiff RK West, Inc.* | Suite 2 |
|    | | Geneva, IL 60134 |
| 17 | | *Attorneys for Plaintiff JIT Packaging, Inc.* |
| 18 | | |
|    | Kathleen Chavez | Peter L Currie |
| 19 | Chavez Law Firm PC | The Law Firm of Peter L. Currie PC |
|    | 28 North First Street | 536 Wing Lane |
| 20 | Suite 2 | St. Charles, IL 60174 |
|    | Geneva, Il 60134 | *Attorneys for Plaintiff JIT Packaging, Inc.* |
| 21 | *Attorneys for Plaintiff JIT Packaging, Inc.* | |
| 22 | | |
|    | Hon. Susan Illston | Hon. Ronald M. Whyte |
| 23 | United States District Court | United States District Court |
|    | Northern District of California | Northern District of California |
| 24 | 450 Golden Gate Ave. | 280 South 1st Street |
|    | Courtroom 10, 19th Floor | Courtroom 6, 4th Floor |
| 25 | San Francisco, CA 94102 | San Jose, CA 95113 |
| 26 | **COURTESY COPY – VIA MESSENGER** | **COURTESY COPY – VIA MESSENGER** |
|    | *Pulaski & Middleman, LLC,* | *RK West, Inc., Case No. 08-cv-03452* |
| 27 | *Case No. 08-cv-03888* | |
| 28 | | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS

| | |
|---|---|
| 1 | Hon. Patricia V. Trumbull |
| 2 | United States District Court<br>Northern District of California |
| 3 | 280 South 1st Street<br>Courtroom 5, 4th Floor |
| 4 | San Jose, CA 95113 |
| 5 | **COURTESY COPY – VIA MESSENGER**<br>*JIT Packaging, Inc., Case No. 08-cv-04701* |

_[signature]_

Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

607292/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

AGREED ADMIN. MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
08-CV-03369 JW RS