| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | LEO P. NORTON (216282) (lnorton@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | COOLEY GODWARD KRONISH LLP |
| | PETER J. WILLSEY (*admitted pro hac vice*) |
| 6 | (pwillsey@cooley.com) |
| | 777 6th Street, N.W. |
| 7 | Washington, D.C. 20001 |
| | Telephone: (202) 842-7800 |
| 8 | Facsimile: (202) 842-7899 |
| 9 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, Individually and On Behalf of All Others Similarly Situated, | Case No. 08-CV-03369 JW RS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**NOTICE OF APPEARANCE**
**08-CV-03369 JW RS**

Peter J. Willsey of the law firm of Cooley Godward Kronish LLP, 777 6th Street, N.W., Washington, D.C. 20001, (202) 842-7800 hereby enters his appearance as counsel of record for Defendant Google Inc.

Dated: October 22, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
PETER J. WILLSEY (*admitted pro hac vice*)
LEO P. NORTON (216282)

/s/Peter J. Willsey
Peter J. Willsey
Attorneys for Defendant
GOOGLE INC.
Email: pwillsey@cooley.com

608138 /SD

KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**NOTICE OF APPEARANCE**
**08-CV-03369 JW RS**