Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio R. Zirpoli (179108)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HAL K. LEVITTE, individually and On Behalf of All Others Similarly Situated, | CASE NO. C 08-03369 JW |
| Plaintiff, | HON. JAMES WARE |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| GOOGLE, INC., a Delaware Corporation, | |
| Defendant. | |
| RK West, Inc., a California Corporation d/b/a Malibu Wholesale, individually and on Behalf of All Others Similarly Situated, | CASE NO. C 08-03452 JW |
| | HON. JAMES WARE |
| Plaintiff, | |
| v. | |
| GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

— 1 —

**NOTICE OF CHANGE OF ADDRESS**
**(C 08-03369 JW; C 08-03452 JW; C 08-03888 JW; C 08-04701 JW)**

| | |
|---|---|
| Pulaski & Middleman, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-03888 JW<br><br>HON. JAMES WARE |
| JIT Packing, Inc, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-04701 JW<br><br>HON. JAMES WARE |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    SAVERI & SAVERI, INC. hereby advises the Court and all parties in this matter that as of December 8, 2008, the firm's new address is:

**SAVERI & SAVERI, INC.**
**706 Sansome Street**
**San Francisco, CA 94111**

The telephone and facsimile numbers, and all e-mail addresses will remain the same.

As of the above date, please use this new address on all pleadings, correspondence, and other documents.

Dated: December 8, 2008     By:    /s/
                                          Guido Saveri (22349)
                                          R. Alexander Saveri (173102)
                                          Cadio R. Zirpoli (179108)
                                          **SAVERI & SAVERI, INC.**
                                          706 Sansome Street
                                          San Francisco, California 94111
                                          Telephone: (415) 217-6810
                                          Facsimile: (415) 217-6813
                                          *Counsel for Plaintiffs Pulaski & Middleman, LLC and JIT Packaging, Inc.*