UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAL K. LEVITTE,

          Plaintiff(s),

v.

GOOGLE INC.,

          Defendant(s).
_____/

Case No. 08-cv-03369-JW RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/5/2009

[Party] Adam Barea for Google Inc.

Dated: 1/6/2009

s/Leo P. Norton
[Counsel] Leo P. Norton for Google Inc.