| | |
|---|---|
| HAL K. LEVITTE, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-03369 JW<br><br>HON. JAMES WARE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(A); APPOINT INTERIM CLASS COUNSEL PURSUANT TO FED.R.CIV.P. 23(G)(2); AND SCHEDULE THE FILING OF PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br><u>Hearing</u><br>Date: February 23, 2009<br>Time: 10:00 a.m.<br>Courtroom: 8 |
| RK West, Inc., a California Corporation d/b/a Malibu Wholesale, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 08-03452 JW<br><br>HON. JAMES WARE |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

— 1 —

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS COUNSEL; APPROVE LEADERSHIP STRUCTURE**
**(C 08-03369 JW; C 08-03452 JW; C 08-03888 JW; C 08-04701 JW)**

| | |
|---|---|
| Pulaski & Middleman, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-03888 JW<br><br>HON. JAMES WARE |
| JIT Packing, Inc, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-04701 JW<br><br>HON. JAMES WARE |

— 2 —

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**
**(C 08-03369 JW; C 08-03452 JW; C 08-03888 JW; C 08-04701 JW)**

| | | | |
|---|---|---|---|
| **Case Name** | **Case No.** | **Date Filed** | **Judge** |
| *Levitte v. Google, Inc.* | C 08-03369 JW | 7/11/2008 | Hon. James Ware |
| *RK West, Inc. v. Google, Inc.* | C08-03452 JW | 7/14/2008 | Hon. James Ware |
| *Pulaski & Middleman, LLC v. Google, Inc.* | C 08-03888 JW | 8/14/2008 | Hon. James Ware |
| *JIT Packing, Inc. v. Google, Inc.* | C 08-04701 JW | 10/10/2008 | Hon. James Ware |

THIS MATTER comes before the Court on joint motion in four related putative class action lawsuits (the "Actions") presently pending before the Court:

Plaintiffs in all four of these putative class action lawsuits seek to represent substantially the same proposed class of people for essentially the same claims. The four putative class action lawsuits are based on similar factual allegations and are asserted against the same defendant, Google, Inc. Through the present motion, the plaintiffs in these actions, Hal K. Levitte, RK West, Inc., Pulaski & Middleman, LLC, and JIT Packing, Inc. (collectively, "Plaintiffs"), jointly seek to have their separate actions consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The Court has reviewed the files and records herein and GRANTS the motions as follows.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

(1) The four cases listed above are hereby consolidated for all purposes pursuant to Federal Rules of Civil Procedure, Rule 42(a) under United States District Court Northern District of California, San Jose Division Master Case No C 08-03369 JW. Every pleading filed in the consolidated action shall bear the following caption: *Hal K. Levitte v. Google Inc.*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**
**(C 08-03369 JW; C 08-03452 JW; C 08-03888 JW; C 08-04701 JW)**

(2) Without prejudicing the propriety of class certification, the Court hereby appoints the following firms as interim class counsel pursuant to Federal Rules of Civil Procedure, Rule 23(g)(2):

    (a) Schubert Jonckheer Kolbe & Kralowec LLP;

    (b) Kabateck Brown Kellner LLP;

    (c) Foote, Meyers, Mielke & Flowers, LLC; and

    (d) Saveri & Saveri, Inc.

(3) The firm of Schubert Jonckheer Kolbe & Kralowec LLP will serve as liaison counsel, and is designated to accept manual service on behalf of all plaintiffs.

(4) Any subsequently filed complaints asserting similar claims shall be consolidated herewith for all purposes and subject to this Order.

(5) Plaintiffs' Consolidated Complaint shall be filed and served no later than forty-five (45) days after the entry of this Order.

(6) Defendant's response to Plaintiffs' Consolidated Complaint shall be filed no later than forty-five (45) days after the filing and service of Plaintiffs' Consolidated Complaint.

DATED: _____

Hon. James Ware
United States District Judge

— 4 —

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**
**(C 08-03369 JW; C 08-03452 JW; C 08-03888 JW; C 08-04701 JW)**