PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. C-08-04969 JF<br><br>**APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: August 14, 2009<br>Time: 9:00 am<br>Courtroom: 3 |

PLEASE TAKE NOTICE that on August 14, 2009 at 9:00 am, in the courtroom of the Honorable Jeremy Fogel, San Jose, California, defendant Apple Inc. ("Apple") will move to dismiss all of plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Apple moves to dismiss plaintiffs' claims on the following grounds: (1) plaintiffs fail to state a claim for breach of the implied warranty of merchantability because the alleged defect in plaintiffs' computers manifested itself after any implied warranties had expired; (2) plaintiffs fail to state a claim for violation of the Unfair Competition Law because Apple's actions were neither

unlawful nor unfair; (3) plaintiffs fail to state a claim for unjust enrichment because no such cause of action exists in California and because nothing about Apple's actions was unjust.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities that follows, the Request for Judicial Notice ("RJN"), and the declaration of Alexei Klestoff filed concurrently herewith, all pleadings and papers filed herein, oral argument by counsel, and such other and further matter that properly may be received by the Court.

Dated: June 1, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ANNE M. HUNTER
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

Attorneys for Defendant
APPLE INC.