1  ROBERT C. SCHUBERT S.B.N. 62684
   WILLEM F. JONCKHEER S.B.N. 178748
2  DUSTIN L. SCHUBERT S.B.N. 254876
   SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
3  Three Embarcadero Center, Suite 1650
   San Francisco, California 94111
4  Telephone: (415) 788-4220

5  *Lead Counsel for Plaintiffs*

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

12 In re Google AdWords Litigation | CASE NO. C 08-03369 JW

13 | HON. JAMES WARE

15 | **STIPULATION CONTINUING DEADLINE FOR FILING THE CONSOLIDATED AMENDED COMPLAINT AND DEFENDANT'S RESPONSE TO CONSOLIDATED AMENDED COMPLAINT**

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs and defendant Google Inc. ("Google"), by and through their respective counsel, |
| 3 | stipulate and agree as follows: |
| 4 | WHEREAS, on February 25, 2009, the Court issued (1) an Order Granting Motion to |
| 5 | Consolidate and Appointing Interim Lead Counsel, and (2) a Scheduling Order for Class |
| 6 | Discovery ("the Scheduling Order") in this action; |
| 7 | WHEREAS, pursuant to the Scheduling Order, the current deadline for filing the |
| 8 | Consolidated Amended Complaint is April 6, 2009, and the deadline for defendant to file an |
| 9 | answer or otherwise respond to the Consolidated Amended Complaint is April 30, 2009; |
| 10 | WHEREAS, based upon certain matters that have arisen in connection with the schedule |
| 11 | of plaintiffs' lead counsel, plaintiffs have requested, and defendant has agreed to, a short |
| 12 | extension of the deadline to file the Consolidated Amended Complaint to April 24, 2009, with a |
| 13 | corresponding change to Google's deadline to file an answer or otherwise respond to the |
| 14 | Consolidated Amended Complaint to May 18, 2009; |
| 15 | WHEREAS, Google's response to the complaint in <u>JIT Packaging, Inc. v. Google Inc.</u>, |
| 16 | Case No. 08-04701 JW (administratively closed upon consolidation), one of the four consolidated |
| 17 | actions, is currently due on April 6, 2009 (*See* Docket No. 42), and Google's response would have |
| 18 | been mooted by the filing of the Consolidated Amended Complaint on that date absent the agreed |
| 19 | to extension of the deadline to file the Consolidated Amended Complaint to April 24, 2009; |
| 20 | WHEREAS, this is plaintiffs' first request for an extension, and the remaining deadlines |
| 21 | set by the Scheduling Order remain in effect; |
| 22 | NOW THEREFORE, the parties hereby stipulate, and request the Court to order, that (a) |
| 23 | the deadline for the Consolidated Amended Complaint be extended to April 24, 2009; (b) the |
| 24 | deadline for Google to file an answer or otherwise respond to the Consolidated Amended |
| 25 | Complaint be correspondingly changed to May 18, 2009; and (c) Google need not file a separate |
| 26 | response to the <u>JIT Packaging</u> complaint, which will be superseded by the filing of the |
| 27 | Consolidated Amended Complaint. |
| 28 | |

Stipulation Continuing Deadline for Filing the Consolidated
Amended Complaint and Defendant's Answer to Consolidated Amended Complaint

1

| | |
|---|---|
| Dated: March 27, 2009 | SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP |

By: /s/Willem F. Jonckheer
Willem F. Jonckheer

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
KIMBERLY A. KRALOWEC
DUSTIN L. SCHUBERT

*Lead Counsel for Plaintiffs*

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
LEO P. NORTON (216282)
PETER J. WILLSEY (*pro hac vice*)

By: /s/Leo P. Norton
Leo P. Norton

*Counsel for Defendant*

## **ATTESTATION OF FILER**

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: March 27, 2009    SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

By: /s/Willem F. Jonckheer
Willem F. Jonckheer

*Lead Counsel for Plaintiffs*

Stipulation Continuing Deadline for Filing the Consolidated
Amended Complaint and Defendant's Answer to Consolidated Amended Complaint

2

| | |
|---|---|
| In re Google AdWords Litigation | CASE NO. C 08-03369 JW |
| | HON. JAMES WARE |
| | **ORDER GRANTING STIPULATION CONTINUING DEADLINE FOR FILING THE CONSOLIDATED AMENDED COMPLAINT AND DEFENDANT'S RESPONSE TO CONSOLIDATED AMENDED COMPLAINT** |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**ORDER**

Pursuant to the parties' stipulation (Docket Number 43), and good cause appearing: (1) the deadline for plaintiffs to file the Consolidated Amended Complaint is hereby extended to April 24, 2009; (2) the deadline for Google to file an answer or otherwise respond to the Consolidated Amended Complaint is hereby correspondingly changed to May 18, 2009; and (3) Google need not file a separate response to the <u>JIT Packaging</u> complaint, which will be superseded by the filing of the Consolidated Amended Complaint. All other dates set by the Court remain unchanged by this extension.

Dated: April 3, 2009

_____
Hon. James Ware

Stipulation Continuing Deadline for Filing the Consolidated
Amended Complaint and Defendant's Answer to Consolidated Amended Complaint

3