1  ROBERT C. SCHUBERT S.B.N. 62684
   WILLEM F. JONCKHEER S.B.N. 178748
2  KIMBERLY A. KRALOWEC S.B.N. 163158
   SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
3  Three Embarcadero Center, Suite 1650
   San Francisco, CA  94111
4  Telephone:  (415) 788-4220
   Facsimile:  (415) 788-0161
5
   *Lead Counsel for Plaintiffs*
6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12

13  IN RE GOOGLE ADWORDS LITIGATION          Case No.  08-3369 JW

14

15                                           **STIPULATION PURSUANT TO LOCAL
                                             RULE 6-1(a) CONTINUING JIT**
16                                           **PACKAGING, INC.'S RESPONSE DATE
                                             TO DEFENDANT GOOGLE, INC.'S**
17  This Document Relates to:               **COUNTERCLAIM**

18  All Actions

19

20

21

22

23

24

25

26

27

28

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1.

1    WHEREAS, plaintiffs filed the consolidated complaint in this matter on April 24, 2009;

2    WHEREAS, defendant Google, Inc. ("Google") filed an answer to the consolidated

3    complaint on May 18, 2009;

4    WHEREAS, on May 18, 2009, Google also asserted and alleged a counterclaim against one

5    of the consolidated plaintiffs, JIT Packaging, Inc. ("JIT");

6    WHEREAS, JIT's response to the counterclaim is due to be filed on June 8, 2009;

7    WHEREAS, pursuant to Local Rule 6-1(a), plaintiffs requested defendant Google to agree to

8    a 30 day extension of time for JIT to respond to the counterclaim;

9    WHEREAS, such extension affects no pending court date;

10   WHEREAS, Google has agreed to the 30 day extension requested by plaintiffs to respond to

11   the counterclaim, to July 10, 2009.

12

13   Dated:  June 4, 2009                           SCHUBERT JONCKHEER KOLBE &
14                                                  KRALOWEC LLP

15

16                                                  _____/S/_____
17                                                  ROBERT C. SCHUBERT
                                                    WILLEM F. JONCKHEER
18                                                  KIMBERLY A. KRALOWEC

19                                                  *Lead Counsel for Plaintiffs*

20                                                  COOLEY GODWARD KRONISH LLP

21

22                                                  _____/S/_____
23                                                  MICHAEL G. RHODES (116127)
                                                    LEO P. NORTON (216282)
24                                                  PETER J. WILLSEY (*pro hac vice*)

25                                                  *Counsel for Defendant*

26

27

28

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1

## ATTESTATION OF FILER

2        I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been

3   obtained from each of the other signatories.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

3.