Levitte v. Google Inc. Doc. 48
Case5:08-cv-03369-JW Document48 Filed07/10/09 Page1 of 5

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*admitted pro hac vice*)
(pwillsey@cooley.com)
777 6th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Google AdWords Litigation | Case No. 08-cv-03369 JW RS<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFFS' UNJUST ENRICHMENT CLAIM AND DEFENDANT GOOGLE INC.'S COUNTERCLAIM AND STRIKING PLAINTIFFS' JURY DEMAND**<br><br>**(Civil. L.R. 7-12)** |
|---|---|

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIP. & ORDER DISMISSING CERTAIN CLAIMS & STRIKING JURY DEMAND**
**CASE NO. 08-CV-03369 JW RS**

Dockets.Justia.com

Case5:08-cv-03369-JW Document48 Filed07/10/09 Page2 of 5

Plaintiffs and defendant Google Inc. ("Google"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, plaintiffs filed their Consolidated Class Action Complaint for Violation of California Business & Professions Code sections 17200 et seq. and 17500 et seq. and Unjust Enrichment ("Consolidated Complaint") on April 24, 2009 (Doc. No. 45);

WHEREAS, plaintiffs demanded a jury trial "on all causes of action so triable" in the Consolidated Complaint;

WHEREAS, on May 18, 2009, Google filed its Answer and Counterclaim to the Consolidated Complaint in which it asserted a counterclaim for breach of contract against plaintiff and counterclaim-defendant JIT Packaging, Inc. ("JIT"), which is one of the four named plaintiffs in this action (Doc. No. 46);

WHEREAS, in an effort to avoid unnecessary motion practice, plaintiffs and Google met and conferred regarding intended motion practice regarding the following: (1) plaintiffs' Fifth Claim for Relief for Unjust Enrichment; (2) plaintiffs' corresponding jury demand; and (3) Google's counterclaim against JIT for breach of contract;

WHEREAS, plaintiffs agreed to dismiss without prejudice the Fifth Claim for Relief for Unjust Enrichment and strike the corresponding jury demand in exchange for Google dismissing without prejudice its counterclaim for breach of contract against JIT;

///

///

///

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIP. & ORDER DISMISSING CERTAIN CLAIMS & STRIKING JURY DEMAND
CASE NO. 08-CV-03369 JW RS

Case5:08-cv-03369-JW Document48 Filed07/10/09 Page3 of 5

NOW THEREFORE, the parties hereby stipulate and agree and request the Court to order that (a) plaintiffs' Fifth Claim for Relief for Unjust Enrichment asserted in the Consolidated Complaint be dismissed without prejudice; (b) plaintiffs' jury demand be stricken in its entirety from the Consolidated Complaint; and (c) Google's counterclaim against JIT for breach of contract be dismissed without prejudice. Each side agrees to bear their own costs.

**IT IS SO STIPULATED.**

Dated: July 10, 2009

COOLEY GODWARD KRONISH LLP

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE, INC.

Dated: July 10, 2009

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158

By: /s/Kimberly A. Kralowec
Kimberly A. Kralowec

Attorneys for Plaintiffs

**ATTESTATION OF FILER**

I, Leo P. Norton, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: July 10, 2009

COOLEY GODWARD KRONISH LLP

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July ___, 2009

By: ______________________
Hon. James Ware
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIP. & ORDER DISMISSING CERTAIN CLAIMS & STRIKING JURY DEMAND
CASE NO. 08-CV-03369 JW RS

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2009, I filed the foregoing **STIPULATION AND ORDER DISMISSING PLAINTIFFS' UNJUST ENRICHMENT CLAIM AND DEFENDANT GOOGLE INC.'S COUNTERCLAIM AND STRIKING PLAINTIFFS' JURY DEMAND** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Kimberly Ann Kralowec**
  kkralowec@schubertlawfirm.com
- **Leo Patrick Norton**
  lnorton@cooley.com,kjones@cooley.com
- **Michael Graham Rhodes**
  rhodesmg@cooley.com
- **Guido Saveri**
  guido@saveri.com,william@saveri.com,cadio@saveri.com
- **Dustin Lamm Schubert**
  dschubert@schubertlawfirm.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California upon the following:

ROBERT FOOTE
MATTHEW J. HERMAN
CRAIG MIELKE
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First St., Suite 2
Geneva, IL 60134

KATHLEEN C. CHAVEZ
CHAVEZ LAW FIRM P.C.
28 North First St.
Suite 2
Geneva, IL 60134

PETER L. CURRIE
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
St. Charles, IL 60174

BRIAN S. KABATECK
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

PETER A. LAGORIO
LAW OFFICE OF PETER A. LAGORIO
63 Atlantic Avenue
Boston, MA 02110

TERRY GROSS
ADAM C. BELSKY
MONIQUE ALONSO
GROSS BELSKY ALONSO LLP
180 Montgomery Street
Suite 2200
San Francisco, CA 94104

Case5:08-cv-03369-JW Document48 Filed07/10/09 Page5 of 5

/s/ Cynthia E. Hourani

Cynthia E. Hourani
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: chourani@cooley.com

605531 /SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CERTIFICATE OF SERVICE
CASE NO. 08-CV-03369 JW RS