1    COOLEY GODWARD KRONISH LLP
2    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
      LEO P. NORTON (216282) (lnorton@cooley.com)
      4401 Eastgate Mall
3    San Diego, CA 92121-1909
      Telephone:     (858) 550-6000
4    Facsimile:      (858) 550-6420

5    COOLEY GODWARD KRONISH LLP
      PETER J. WILLSEY (*admitted pro hac vice*)
6    (pwillsey@cooley.com)
      777 6th Street, N.W.
7    Washington, D.C. 20001
      Telephone:     (202) 842-7800
8    Facsimile:      (202) 842-7899

9    Attorneys for Defendant
      GOOGLE INC.



**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Google AdWords Litigation | Case No. 08-cv-03369 JW RS |
|---|---|
| | **STIPULATION AND ORDER DISMISSING PLAINTIFFS' UNJUST ENRICHMENT CLAIM AND DEFENDANT GOOGLE INC.'S COUNTERCLAIM AND STRIKING PLAINTIFFS' JURY DEMAND**<br><br>**(Civil. L.R. 7-12)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIP. & ORDER DISMISSING CERTAIN CLAIMS & STRIKING JURY DEMAND**
**CASE NO. 08-cv-03369 JW RS**

Plaintiffs and defendant Google Inc. ("Google"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, plaintiffs filed their Consolidated Class Action Complaint for Violation of California Business & Professions Code sections 17200 et seq. and 17500 et seq. and Unjust Enrichment ("Consolidated Complaint") on April 24, 2009 (Doc. No. 45);

WHEREAS, plaintiffs demanded a jury trial "on all causes of action so triable" in the Consolidated Complaint;

WHEREAS, on May 18, 2009, Google filed its Answer and Counterclaim to the Consolidated Complaint in which it asserted a counterclaim for breach of contract against plaintiff and counterclaim-defendant JIT Packaging, Inc. ("JIT"), which is one of the four named plaintiffs in this action (Doc. No. 46);

WHEREAS, in an effort to avoid unnecessary motion practice, plaintiffs and Google met and conferred regarding intended motion practice regarding the following: (1) plaintiffs' Fifth Claim for Relief for Unjust Enrichment; (2) plaintiffs' corresponding jury demand; and (3) Google's counterclaim against JIT for breach of contract;

WHEREAS, plaintiffs agreed to dismiss without prejudice the Fifth Claim for Relief for Unjust Enrichment and strike the corresponding jury demand in exchange for Google dismissing without prejudice its counterclaim for breach of contract against JIT;

///
///
///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIP. & ORDER DISMISSING CERTAIN
CLAIMS & STRIKING JURY DEMAND
CASE NO. 08-CV-03369 JW RS

NOW THEREFORE, the parties hereby stipulate and agree and request the Court to order that (a) plaintiffs' Fifth Claim for Relief for Unjust Enrichment asserted in the Consolidated Complaint be dismissed without prejudice; (b) plaintiffs' jury demand be stricken in its entirety from the Consolidated Complaint; and (c) Google's counterclaim against JIT for breach of contract be dismissed without prejudice. Each side agrees to bear their own costs.

**IT IS SO STIPULATED.**

Dated: July 10, 2009         COOLEY GODWARD KRONISH LLP

By: _____/s/Leo P. Norton_____
          Leo P. Norton

Attorneys for Defendant GOOGLE, INC.

Dated: July 10, 2009         SCHUBERT JONCKHEER KOLBE &
                             KRALOWEC LLP
                             ROBERT C. SCHUBERT S.B.N. 62684
                             WILLEM F. JONCKHEER S.B.N. 178748
                             KIMBERLY A. KRALOWEC S.B.N. 163158

By: _____/s/Kimberly A. Kralowec_____
          Kimberly A. Kralowec

Attorneys for Plaintiffs

### ATTESTATION OF FILER

I, Leo P. Norton, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: July 10, 2009         COOLEY GODWARD KRONISH LLP

By: _____/s/Leo P. Norton_____
          Leo P. Norton

Attorneys for Defendant GOOGLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 16, 2009         By: _____[signature]_____
                             Hon. James Ware
                             UNITED STATES DISTRICT JUDGE