1 THE TERRELL LAW GROUP
  REGINALD TERRELL SB#127874
2 Post Office Box 13315, PMB #148
  Oakland, CA 94661
3 Telephone: 510-237-9700
  Facsimile: 510-237-4616

4

  AMAMGBO & ASSOCIATES
5 DONALD AMAMGBO
  7901 Oakport Street, Suite 4900
6 Oakland, CA 94621
  Telephone: 510-615-6000
7 Facsimile: 510-615-6025

8

  Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 In re Google AdWords Litigation,          Case No.: C08-03369 JW RS

14

15                                            **NOTICE OF RELATED ACTION**

16

17

18                    **NOTICE OF RELATED ACTION**

19 TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

20   NOTICE IS HEREBY GIVEN that this action is related to C09-03414 JL **In re Google**

---

1
NOTICE OF RELATED ACTION

**AdWords Litigation**.

DATED: 7/27/09

By: /s/ Reginald Terrell

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES

THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

Attorneys for Plaintiff