```
1  THE TERRELL LAW GROUP
   REGINALD TERRELL SB#127874
2  Post Office Box 13315, PMB #148
   Oakland, CA 94661
3  Telephone: 510-237-9700
   Facsimile: 510-237-4616
4
   AMAMGBO & ASSOCIATES
5  DONALD AMAMGBO
   7901 Oakport Street, Suite 4900
6  Oakland, CA 94621
   Telephone: 510-615-6000
7  Facsimile: 510-615-6025
8
   Attorneys for Plaintiff
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re Google AdWords Litigation, | Case No.: 08-cv-03369 JW RS |
|---|---|
| | **NOTICE OF APPEARANCE** |
| This document relates to all cases. | |

### NOTICE OF APPEARANCE

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel on behalf of plaintiff Bolaji Olabode in <u>Olabode v. Google Inc., et al.,</u> United States District Court, Northern District of California, Case No.: C09-03414 JL and hereby requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

> Reginald Terrell
> The Terrell Law Group
> Post Office Box 13315, PMB #148
> Oakland, CA 94661
> Telephone: 510-237-9700

---

1

NOTICE OF APPEARANCE

Facsimile: 510-237-4616

PLEASE TAKE FURTHER NOTICE that the foregoing includes not only all notices an d papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

DATED: 7/27/09

By: _____

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES

THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

Attorneys for Plaintiff