THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google AdWords Litigation, | Case No.: 08-cv-03369 JW RS |
| This document relates to all cases. | **NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel on behalf of plaintiff Bolaji Olabode in <u>Olabode v. Google Inc., et al.</u>, United States District Court, Northern District of California, Case No.: C09-03414 JL and hereby requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

Reginald Terrell
The Terrell Law Group
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone: 510-237-9700

1
**NOTICE OF APPEARANCE**

Facsimile: 510-237-4616

PLEASE TAKE FURTHER NOTICE that the foregoing includes not only all notices an d papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

DATED: 8-22-2009

                THE TERRELL LAW GROUP
                AMAMGBO & ASSOCIATES

                /s/
By:  THE TERRELL LAW GROUP
      REGINALD TERRELL SB#127874
      223 25th Street
      Richmond, CA 94804
      Telephone: 510-237-9700
      Facsimile: 510-237-4616

      AMAMGBO & ASSOCIATES
      DONALD AMAMGBO
      7901 Oakport Street, Suite 4900
      Oakland, CA 94621
      Telephone: 510-615-6000
      Facsimile: 510-615-6025

      Attorneys for Plaintiff