| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | LEO P. NORTON (216282) |
| 3 | (lnorton@cooley.com) |
| | SARAH R. BOOT (253658) |
| 4 | (sboot@cooley.com) |
| | 4401 Eastgate Mall |
| 5 | San Diego, CA  92121-1909 |
| | Telephone:    (858) 550-6000 |
| 6 | Facsimile:     (858) 550-6420 |
| | |
| 7 | COOLEY GODWARD KRONISH LLP |
| | PETER J. WILLSEY (*admitted pro hac vice*) |
| 8 | (pwillsey@cooley.com) |
| | 777 6th Street, N.W. |
| 9 | Washington, D.C.  20001 |
| | Telephone:    (202) 842-7800 |
| 10 | Facsimile:     (202) 842-7899 |
| | |
| 11 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google AdWords Litigation | Case No.  08-cv-03369 JW RS |
| | **NOTICE OF APPEARANCE** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**NOTICE OF APPEARANCE**
**CASE NO.  08-CV-03369 JW RS**

Dockets.Justia.com

Sarah R. Boot of the law firm of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121, (858) 550-6000 hereby enters her appearance as counsel of record for Defendant Google, Inc.

Dated: August 28, 2009   COOLEY GODWARD KRONISH LLP

By:    /s/Sarah R. Boot
       Sarah R. Boot

Attorneys for Defendant GOOGLE, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF APPEARANCE
CASE NO. 08-CV-03369 JW RS