COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
LEO P. NORTON (216282) (lnorton@cooley.com)
SARAH R. BOOT (253658) (sboot@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*admitted pro hac vice*)
(pwillsey@cooley.com)
777 6th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google AdWords Litigation | Case No. 08-cv-03369 JW RS<br><br>**STIPULATED EXPERT WITNESS DISCOVERY ORDER** |

      Plaintiffs and Defendant Google Inc. ("Google") (Plaintiff and Google collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following procedures governing disclosure of materials related to expert witnesses in the above-captioned proceedings (the "Google AdWords Litigation"):

      1.    With respect to any person or entity who Plaintiffs or Google (either one, a "Party") have identified as an expert whose opinions may be presented at trial pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence (an "Expert"), such Party shall produce the following documents pursuant to such deadlines as may be ordered by the Court:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**STIPULATED EXPERT WITNESS DISCOVERY ORDER**
CASE NO. 08-CV-03369 JW RS

Dockets.Justia.com

     (a)    a complete statement of all opinions to be expressed by the Expert and the basis and reasons for them (the "Expert Report");

     (b)    all facts or data considered by the Expert in forming the opinions reflected in the Expert Report;

     (c)    any exhibits to be used to summarize or support the opinions reflected in the Expert Report (to the extent such exhibits exist at the time the Expert Report is produced);

     (d)    a complete statement of the qualifications of the Expert, including a list of all publications authored by the Expert within the preceding ten years;

     (e)    a listing of any other cases, or any administrative proceeding, in which the Expert has served an Expert Report, or has testified as an expert at trial or by deposition, within the preceding four years;

     (f)    a complete statement of the compensation paid or to be paid to the Expert by all Parties sponsoring that Expert in connection with his/her work in this matter.

No party shall be required to produce any documents other than those documents expressly identified in this paragraph.[1]

2.    Notwithstanding the provision of Fed. R. Civ. P. 26 or applicable case law, neither an Expert nor the Party retaining such Expert shall be required to produce, testify at deposition or trial concerning, or answer interrogatories that relate to:

     (a)    draft reports, draft studies, draft work papers; preliminary or intermediate calculations, computations, or data runs; or other preliminary, intermediate or draft materials prepared by, for, or at the direction of the Expert, including any such materials prepared by, for or

---

[1] Notwithstanding the foregoing, (i) documents previously produced in the Google AdWords Litigation in discovery need not be produced again, but may be identified by Bates number, (ii) documents previously filed in the Google AdWords Litigation need not be produced, but may be identified by docket number and date filed, (iii) documents or pleadings previously served to all parties in the Google AdWords Litigation need not be produced, but may be identified by document title and date served, (iv) transcripts of hearings or depositions in the Google AdWords Litigation need not be produced, but may be identified by name of deponent and/or the date(s) of the hearing or deposition and the relevant pages, (v) deposition exhibits from depositions taken in the Google AdWords Litigation need not be produced, but may be identified by Exhibit Number, and (vi) cases, statutes, treatises and similarly publicly available literature need not be produced, but may be identified in "Bluebook-style" citation form.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATED EXPERT WITNESS
DISCOVERY ORDER
CASE NO. 08-CV-03369 JW RS

at the direction of the Expert's employees, assistant(s), clerical or support staff; regardless of the form in which the draft materials are recorded; or

      (b)     communications or documents constituting or reflecting communications between an Expert and counsel to a Party or between an Expert and a non-testifying consulting expert retained by a Party, regardless of the form of the communication, except to the extent that the communications: (i) relate to compensation for the Expert's study or testimony; (ii) identify facts or data that the party's attorney provided and that the Expert considered in forming the opinions to be expressed; or (iii) identify assumptions that the Party's attorney provided and that the Expert relied on in forming the opinions to be expressed.

Dated: August 28, 2009        COOLEY GODWARD KRONISH LLP

By:    /s/Peter J. Willsey
        Peter J. Willsey

Attorneys for Defendant GOOGLE, INC.

Dated: August 28, 2009        SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158

By:    /s/Willem F. Jonckheer
        Willem F. Jonckheer

Attorneys for Plaintiffs

## ATTESTATION OF FILER

I, Sarah R. Boot, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 28, 2009        COOLEY GODWARD KRONISH LLP

By:    /s/Sarah R. Boot
        Sarah R. Boot

Attorneys for Defendant GOOGLE INC.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____ __, 2009

By: _____
The Honorable James Ware
United States District Court Judge

43641 v2/BN

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

STIPULATED EXPERT WITNESS
DISCOVERY ORDER
CASE NO. 08-CV-03369 JW RS