ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | Case No. 08-3369 JW |
| | **[PLAINTIFFS' PROPOSED] ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE** |
| This Document Relates to:<br><br>All Actions | |

GOOD CAUSE APPEARING, the Court hereby modifies the deadlines set forth in its Scheduling Order for Class Discovery, filed February 25, 2009 [Dock. No. 41], as follows:

| **Date** | **Event** |
|---|---|
| March 10, 2010 | Close of class discovery |
| April 2, 2010 | Plaintiffs' deadline to file motion for class certification, including declarations of expert witness(es) in support of class certification |
| April 30, 2010 | Defendants' deadline to file opposition to motion for class certification, including declarations of expert witness(es) in opposition to class certification; defendants' deadline to file |

1.

| Date | Event |
|---|---|
| | objections, if any, to the qualifications or proposed testimony of plaintiffs' expert witness(es) |
| May 24, 2010 | Close of class expert discovery |
| June 25, 2010 | Plaintiffs' deadline to file reply in support of motion for class certification, including any rebuttal expert witness declaration(s) in support of class certification; plaintiffs' deadline to file objections, if any, to the qualifications or proposed testimony of defendants' expert witness(es) |
| July 26, 2010, 9:00 a.m. | Hearing on motion for class certification |

**IT IS SO ORDERED.**

Dated: September ___, 2009

                                         Hon. James Ware
                                         UNITED STATES DISTRICT JUDGE

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220