COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
SARAH R. BOOT (253658)
(sboot@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY GODWARD KRONISH LLP
PETER J. WILLSEY (*admitted pro hac vice*)
(pwillsey@cooley.com)
777 6th Street, N.W.
Washington, D.C. 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google AdWords Litigation | Case No. 08-cv-03369 JW RS<br><br>**[DEFENDANT'S PROPOSED] ORDER SETTING EXPERT DISCLOSURE SCHEDULE** |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**[DEFENDANT'S PROPOSED] ORDER SETTING EXPERT DISCLOSURE SCHEDULE**
**CASE NO. 08-CV-03369 JW RS**

Dockets.Justia.com

GOOD CAUSE APPEARING, the Court hereby modifies the deadlines set forth in its Scheduling Order for Class Discovery, filed February 25, 2009 (Docket No. 41), as follows:

| Date | Event |
|---|---|
| March 10, 2010 | Close of class discovery |
| March 31, 2010 | Deadline for any party wishing to present expert witness testimony in support of or in opposition to class certification to lodge with the Court and serve on all other parties the name, address, qualifications, résumé, and a written report that complies with Fed. R. Civ. P. 26(a)(2)(B). |
| April 21, 2010 | Deadline to lodge with the Court and serve on all other parties any rebuttal expert disclosure and report that complies with Fed. R. Civ. P. 26(a)(2)(B). |
| May 24, 2010 | Close of expert discovery. |
| June 14, 2010 | Latest hearing date for any motion of a party objecting to the qualifications or proposed testimony of an expert or any portion of the expert's testimony in writing (the parties shall file, serve, and notice any such motion in accordance with the Civil Local Rules of this Court). |
| July 26, 2010, at 9:00 a.m. | Hearing on motion regarding class certification (the parties shall notice their motion regarding class certification in accordance with the Civil Local Rules of this Court). |

**IT IS SO ORDERED.**

Dated: September ___, 2009

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE