UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 45 mins**

### CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** September 14, 2009 | **Court Reporter:** Unreported |
| **Case No.:** C-08-03369 JW | **Special Master:** N/A |
| **Related Case No.:** C 09-03414 JW | **Interpreter:** N/A |

### TITLE

**In re Google Adwords Litigation**
**Related Case: Bolaji Olabode v. Google Inc.**

**Attorney(s) for Plaintiff(s)**: Willem Jonkheer (in 08-03369); No appearance made in 09-03414
**Attorney(s) for Defendant(s)**: Leo Norton; No appearance made in 09-03414

### PROCEEDINGS

**Interim Case Management Conference as to 08-03369**
**Initial Case Management Conference as to 09-03414**

### ORDER AFTER HEARING

Conference held off record. The Court set the following dates as to 08-03369:

1. Close of Class Discovery set for May 24, 2010
2. Hearing on Plaintiffs' Motion for Class Certification set for September 20, 2010 at 9:00 AM.
** Plaintiffs shall file their motion on or before July 9, 2010**

The parties are to file with the Court a stipulation and proposed order regarding consolidation of the related case 09-03414 JW, Bolaji Olabode v. Google Inc. with 08-03369 JW, In re Google Adwords Litigation.

The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: