BRIAN S. KABATECK, SBN 152054
 (bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
 (rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
 (at@kbklawyers.com)
CLAUDIA E. CANDELAS, SBN 256285
KABATECK KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff RK WEST, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF MICHIGAN

# SAN JOSE DIVISION

| In re GOOGLE ADWORDS Litigation | CASE NO. 08-CV-03369 JW RS |
|---|---|
| | **NOTICE OF APPEARANCE OF CLAUDIA E. CANDELAS ON BEHALF OF PLAINTIFF RK WEST, INC.** |

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Claudia E. Candelas of Kabateck Brown Kellner LLP, hereby enters an appearance on behalf of Plaintiff RK West, Inc. in the above-captioned matter.

///

///

///

1

1
2
3  Dated: September 15, 2009         Respectfully Submitted,
4
5                                    By:_____/S/_____
                                     **KABATECK BROWN KELLNER LLP**
6                                    Claudia E. Candelas
                                     *Counsel for Plaintiff*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28