**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google AdWords Litigation _____/ | No. C 08-03369 JW<br>No. C 09-03414 JW |
| Bolaji Olabode | **ORDER FOLLOWING CASE**<br>**MANAGEMENT CONFERENCE** |
| v. | |
| Google Inc., _____/ | |

On September 14, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present for the In re Google AdWords Litigation. Plaintiff's counsel for the recently related action, Olabode v. Google Inc., failed to appear. In light of the discussion at the Conference, the Court orders as follows:

(1) With respect to the Olabode action, the parties represented that they are in agreement as to consolidating that action with the In re Google Adwords Litigation. Accordingly, on or before **September 21, 2009**, the parties from both actions shall file the appropriate Stipulation in that regard.

(2) With respect to the In re Google Adwords Litigation:

(a) On or before **May 24, 2009**, the parties shall complete all class discovery, including class-related expert discovery;

(b) The Court sets a hearing on Plaintiffs' anticipated Motion for Class Certification on **September 20, 2010 at 9 a.m.**  On or before **July 9, 2010**, Plaintiffs shall notice and file their Motion in accordance with the Civil Local Rules of the Court.  All briefing must be completed on or before **August 27, 2009.**

(c) In light of this Order and the discussion at the conference, the Court DENIES the parties' Stipulation re: Modifying Class Discovery and Expert Disclosure as moot.  (See Docket Item No. 59.)

Dated: September 14, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dustin Lamm Schubert dschubert@schubertlawfirm.com
Dustin Lamm Schubert dschubert@schubertlawfirm.com
Guido Saveri guido@saveri.com
Kimberly Ann Kralowec kkralowec@schubertlawfirm.com
Leo Patrick Norton lnorton@cooley.com
Michael Graham Rhodes rhodesmg@cooley.com
Peter Joel Willsey pwillsey@cooley.com
Reginald Von Terrell reggiet2@aol.com
Robert C. Schubert rschubert@schubertlawfirm.com
Sarah Ruth Boot sboot@cooley.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
Donald Chidi Amamgbo , Esq., donald@amamgbolaw.com
Reginald Von Terrell, reggiet2@aol.com

**Dated: September 14, 2009**              **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California

3