ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

James Ware

Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 08-3369 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING <u>OLABODE V. GOOGLE, INC.</u>, NO. 09-3414 JW INTO <u>IN RE GOOGLE ADWORDS LITIGATION</u>, NO. 08-3369 JW** |

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220



Dockets.Justia.com

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

WHEREAS, by order dated February 25, 2009 the Court consolidated four related class actions under the foregoing caption, and appointed the law firm of Schubert Jonckheer Kolbe & Kralowec LLP as interim lead counsel (Docket #40);

WHEREAS, by order dated February 25, 2009, the Court bifurcated discovery into class and merits discovery, and issued a scheduling order for Class Discovery, including the plaintiffs' motion for class certification (Docket #41);

WHEREAS, on April 24, 2009, plaintiffs filed the Consolidated Class Action Complaint in this matter (Docket #45);

WHEREAS, on May 18, 2009, defendant Google, Inc. ("Google") filed the answer to the Consolidated Class Action Complaint;

WHEREAS, on July 27, 2009, the action Olabode v. Google Inc., No. 09-3414 JW was filed in this Court, which action is based on the same alleged facts and circumstances concerning Google's AdWords program at issue in the consolidated action;

WHEREAS, on August 21, 2009, the Court issued an order relating Olabode to the consolidated action;

WHEREAS, on September 17, 2009, following a case management conference, the Court issued a further scheduling order (1) setting a Class Discovery cutoff of May 24, 2010 and a hearing date for plaintiffs' motion for class certification on September 20, 2010; and (2) directing the parties to stipulate to consolidation of the Olabode action (Docket #65);

WHEREAS, the parties agree that, pursuant to Federal Rule of Civil Procedure Rule 21, plaintiff Olabode should be added to the consolidated action as party plaintiff, such that service of the Olabode complaint is unnecessary;

THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. The action Olabode v. Google, Inc., No. 09-3414 JW is hereby consolidated into In re Google AdWords Litigation, No. 08-3369 JW.

2. Pursuant to Federal Rule of Civil Procedure Rule 21, plaintiff Olabode is added to the consolidated action as a party plaintiff.

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

3. All orders regarding (a) the appointment of plaintiffs' interim lead counsel (Docket #40) and (b) scheduling matters in the consolidated action (Docket #65) shall remain unchanged.

4. The Consolidated Class Action Complaint filed April 24, 2009 (Docket #45) shall remain, and be deemed, the operative complaint.

5. In light of the foregoing, the Olabode complaint need not be served, and Google shall not be required to answer or otherwise respond to the Olabode complaint.

Dated: September 21, 2009

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158

By: /s/Willem F. Jonckheer
Willem F. Jonckheer

Attorneys for Consolidated Plaintiffs

Dated: September 21, 2009

COOLEY GODWARD KRONISH LLP

By: /s/Leo P. Norton
Leo P. Norton

Attorneys for Defendant GOOGLE, INC.

Dated: September 21, 2009

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES

By: /s/Reginald Von Terrell
Reginald Von Terrell

Attorneys for Plaintiff Bolaji Olabode

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

**ATTESTATION OF FILER**

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: September 21, 2009

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

By: /s/Willem F. Jonckheer
Willem F. Jonckheer

Attorneys for Plaintiffs

**ORDER**

1. The action Olabode v. Google, Inc., No. 09-3414 JW is hereby consolidated into In re Google AdWords Litigation, No. 08-3369 JW.

2. Pursuant to Federal Rule of Civil Procedure Rule 21, plaintiff Olabode is added to the consolidated action as a party plaintiff.

3. All orders regarding (a) the appointment of plaintiffs' interim lead counsel (Docket #40) and (b) scheduling matters in the consolidated action (Docket #65) shall remain unchanged.

4. The Consolidated Class Action Complaint filed April 24, 2009 (Docket #45) shall remain, and be deemed, the operative complaint.

5. In light of the foregoing, the Olabode complaint need not be served, and Google shall not be required to answer or otherwise respond to the Olabode complaint.

**The Clerk of Court shall administratively close C 09-3414 JW.**

Dated: October 2, 2009

Hon. James Ware