Levitte v. Google Inc. Doc. 68

ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

October 27, 2009

To:   Counsel of Record

Re:   Levitte v. Google Inc.
      Case No. C 08-03369 JW MED

Dear Counsel:

The ADR Program would like to convene a conference call with a member of the ADR Program Legal Staff to discuss the ADR referral. We would like to schedule this for **Wednesday, November 4, 2009 at 10:00 a.m.** and ask plaintiff's counsel to initiate the call to all parties then call the ADR Program's phone conference line at 415-522-4603.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf

Dockets.Justia.com