ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | Case No. 08-3369 JW |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING METHOD OF ADR SELECTED BY THE PARTIES** |
| This Document Relates to:<br><br>All Actions | |

1.

WHEREAS, the first of five related class actions against defendant Google Inc. was filed on July 11, 2008;

WHEREAS, by order dated February 25, 2009 the Court ordered consolidation of the related actions under the foregoing caption, and appointed lead counsel;

WHEREAS, by order dated September 17, 2009, the Court established a schedule for discovery regarding class certification, and set a hearing date for plaintiffs' anticipated motion for class certification on September 20, 2010;

WHEREAS, on January 5, 2009, pursuant to the requirements of the Court's ADR Program, the parties filed the required Stipulation and Proposed Order Selecting ADR Process ("ADR Stipulation"), attached hereto as Exhibit A, pursuant to which the parties (1) stipulated to mediation; and (2) requested the Court to extend the presumptive deadline for mediation until 90 days from the date of the order on plaintiffs' anticipated motion for class certification;

WHEREAS, on January 16, 2009 the Court signed the ADR Stipulation and ordered this case to mediation, pursuant to the parties' agreement;

WHEREAS, by selecting "Mediation" on the ADR Stipulation, the parties intended for the matter to proceed to private mediation at the designated time, not for its inclusion in the ADR Program's court-sponsored mediation;

WHEREAS, on or about November 2, 2009, counsel for plaintiffs discussed these matters with a staff attorney from the Court's ADR Program, who requested a clarifying stipulation that any mediation conducted pursuant to the ADR Stipulation would be private mediation;

THEREFORE, the parties hereby stipulate, and request the Court to order, that this matter shall be removed from inclusion in the Court's ADR Program, and shall proceed to private mediation pursuant to the terms of the parties' agreement.

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Dated: November 16, 2009         SCHUBERT JONCKHEER KOLBE &
                                 KRALOWEC LLP
                                 ROBERT C. SCHUBERT S.B.N. 62684
                                 WILLEM F. JONCKHEER S.B.N. 178748
                                 KIMBERLY A. KRALOWEC S.B.N. 163158

                                 By:     /s/Willem F. Jonckheer
                                             Willem F. Jonckheer

                                 Attorneys for Consolidated Plaintiffs

Dated: November 16, 2009         COOLEY GODWARD KRONISH LLP

                                 By:     /s/Leo P. Norton
                                             Leo P. Norton

                                 Attorneys for Defendant GOOGLE INC.

### **ATTESTATION OF FILER**

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: November 19, 2009         SCHUBERT JONCKHEER KOLBE &
                                 KRALOWEC LLP

                                 By:     /s/Willem F. Jonckheer
                                             Willem F. Jonckheer

                                 Attorneys for Plaintiffs

**ORDER**

For the reasons set forth herein, and pursuant to the parties' agreement, this matter is hereby removed from the Court's ADR Program in favor of private mediation, and the presumptive deadline for private mediation shall be extended until 90 days from the date of the order on plaintiffs' anticipated motion for class certification.

_____

Hon. James Ware

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAL K. LEVITTE,

                     CASE NO. 08-cv-03369-JW RS

        Plaintiff(s),

    v.                         STIPULATION AND [~~PROPOSED~~]

GOOGLE INC.,                   ORDER SELECTING ADR PROCESS

        Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
                Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
                the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        ✓    other requested deadline  The parties request that the Court extend the presumptive deadline for mediation until 90 days from the date of the order on plaintiff's anticipated motion for class certification.

Dated: 1/5/2009                                s/Willem F. Jonckheer
                                                        Attorney for Plaintiff

Dated: 1/5/2009                                s/Leo P. Norton
                                                         Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
✓ Mediation
  Private ADR

Deadline for ADR session
  90 days from the date of this order.
✓ other 90 days from the date of the order on plaintiff's anticipated motion for class certification.

IT IS SO ORDERED.

Dated: Jan 16, 2009

                *James Ware*
               UNITED STATES DISTRICT JUDGE