UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No:     **08-03369**

Title:     **HAL K. LEVITTE, ET AL.** v. **GOOGLE, INC.**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the referral of all discovery matters in this case to Judge Richard Seeborg is hereby withdrawn, and all discovery matters will hereafter be heard by Magistrate Judge Howard R. Lloyd.

DATE: January 14, 2010                    FOR THE EXECUTIVE COMMITTEE

*Richard W. Wieking*
Clerk