```
                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA


                                 )
                                 )
BOARD OF TRUSTEES ET AL          )
            Plaintiff(s)         )
                                 )           C 03-04376 HRL
      -v-                        )
                                 ) ORDER SETTING INITIAL CASE MANAGEMENT
DREXAL POWER INC ET AL           ) CONFERENCE
            Defendant(s)         )
_____  )


     IT IS HEREBY ORDERED that this action is assigned to the
Honorable Howard R. Lloyd.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California," the Notice of Assignment to United States Magistrate
Judge for Trial, and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

     IT IS FURTHER ORDERED that this action is assigned to the
Alternative Dispute Resolution (ADR) Multi-Option Program governed
by ADR Local Rule 3.  Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."


              CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

Date       Event                                            Governing Rule
--------------------------------------------------------------------------
09/26/2003 Complaint filed

01/06/2004 Last day to meet and confer re initial           FRCivP 26(f)
           disclosures, early settlement, ADR process       & ADR LR 3-5
           selection, and discovery plan
01/06/2004 Last day to file Joint ADR Certification         Civil L.R. 16-8
           with Stipulation to ADR process or Notice of
           Need for ADR Phone Conference

01/20/2004 Last day to complete initial disclosures         FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,         Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

01/27/2004 Case Management Conference in
           2 at 1:30 PM                                     Civil L.R. 16-10
```