ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | Case No.  08-3369 JW |
| This Document Relates to:<br><br>All Actions | **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

1.

1 WHEREAS, by orders dated February 25, 2009 the Court consolidated four related class
2 actions under the foregoing caption, appointed interim lead counsel, and bifurcated class and
3 merits discovery in this action;

4 WHEREAS, on April 24, 2009, plaintiffs filed the Consolidated Class Action Complaint;

5 WHEREAS, on May 18, 2009, defendant Google Inc. ("Google") filed its answer to the
6 Consolidated Class Action Complaint;

7 WHEREAS, on May 27, 2009, plaintiffs served document requests on Google, and on July
8 13, 2009, Google served document requests and interrogatories on plaintiffs;

9 WHEREAS, the parties exchanged initial disclosures on June 11, 2009;

10 WHEREAS, plaintiffs served responses and objections to Google's document requests and
11 interrogatories on September 18, 2009, and Google served responses and objections to plaintiffs'
12 document requests on July 13, 2009;

13 WHEREAS, in connection with the foregoing discovery, the parties negotiated (1) a
14 document production protocol governing the parties' document production; (2) a Stipulated
15 Protective Order, entered by the Court on August 31, 2009, and (3) a Stipulated Expert Witness
16 Discovery Order, filed with the Court on August 31, 2009, but not yet entered by the Court;

17 WHEREAS, in response to plaintiffs' initial document requests, Google commenced a
18 rolling production of documents in early November 2009, with additional productions occurring in
19 December 2009 and January 2010, amounting to over 306,000 pages to date;

20 WHEREAS, on or about January 14, 2010, counsel for Google advised plaintiffs that
21 additional production of documents will occur;

22 WHEREAS, plaintiffs are advised that Google expects that its document production in
23 response to plaintiffs' initial document requests will be completed by March 31, 2010;

24 WHEREAS, following a case management conference on September 15, 2009, the Court
25 issued an order setting the following schedule: (1) May 24, 2010: class certification discovery cut-
26 off, including expert discovery; (2) July 9, 2010: deadline for filing plaintiffs' motion for class
27 certification; (3) August 27, 2010: completion of all briefing on plaintiffs' motion for class
28 certification; and (4) September 20, 2010: hearing on plaintiffs' motion for class certification.

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

WHEREAS, given the scope of discovery and Google's continued rolling production of documents, and the need to perform any additional discovery by the parties, including contemplated expert discovery and depositions, plaintiffs proposed, and defendant Google has agreed, to modify the case management schedule, subject to approval by the Court;

THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. The hearing date for a motion for class certification shall be continued to December 6, 2010.

2. Expert reports shall be exchanged on August 20, 2010.

3. Expert rebuttal reports shall be exchanged on September 10, 2010.

4. Expert depositions shall occur between September 17, 2010 and October 4, 2010.

5. The class certification discovery cut-off shall be October 4, 2010.

6. The opening brief in support of a motion for class certification shall be filed on October 11, 2010.

7. The opposition brief to a motion for class certification shall be filed on November 8, 2010.

8. The reply brief on a motion for class certification shall be filed on November 22, 2010.

Dated: February 22, 2010

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
KIMBERLY A. KRALOWEC S.B.N. 163158

By:     /s/Willem F. Jonckheer
        Willem F. Jonckheer

Lead Counsel for Plaintiffs

Dated: February 22, 2010                    COOLEY GODWARD KRONISH LLP

                                            By:  /s/Leo P. Norton
                                                     Leo P. Norton

                                            Attorneys for Defendant GOOGLE, INC.

## ATTESTATION OF FILER

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 22, 2010                    SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

                                            By:  /s/Willem F. Jonckheer
                                                     Willem F. Jonckheer

                                            Attorneys for Plaintiffs

4.

**ORDER**

Good cause appearing, pursuant to the stipulation of the parties:

1. The hearing date for a motion for class certification shall be continued to December 6 8, 2010.

2. Expert reports shall be exchanged on August 20, 2010.

3. Expert rebuttal reports shall be exchanged on September 10, 2010.

4. Expert depositions shall occur between September 17, 2010 and October 4, 2010.

5. The class certification discovery cut-off shall be October 4, 2010.

6. The opening brief in support of a motion for class certification shall be filed on October 11, 2010.

7. The opposition brief to a motion for class certification shall be filed on November 8, 2010.

8. The reply brief in support of a motion for class certification shall be filed on November 22, 2010.

_____

Hon. James Ware