IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS LOCAL 7         No.02-01059 CW
PENSION TRUST, et al.,

            Plaintiffs,                     ORDER ADOPTING
                                            MAGISTRATE
       v.                                   JUDGE'S REPORT
                                            AND
EDWARD EUGENE RICKS, et al.,                RECOMMENDATION
                                            RE: MOTION FOR
            Defendant.                      DEFAULT JUDGMENT
_____

ALAN A BRADFORD, a California
corporation,

            Cross-Complainant,

v.

EDWARD EUGENE RICKS, et al.,

            Cross-Defendants
_____/


     The Court has reviewed Magistrate Judge Chen's Report and

Recommendation Re: Cross-Complainant's Motion for Default

Judgment.  No objections to the Report were filed.  The Court

finds the Report correct, well-reasoned and thorough, and adopts

it in every respect except that the Court calculates the

interest as of September 1, 2003.  Accordingly,

     Default judgment is entered in favor of Alan A. Bradford

against E & T as a partnership and Edward, Lynda and Ted Ricks

United States District Court
For the Northern District of California

1  as individuals for a total judgment of $125,544.93 (owed as of

2  September 1, 2003).

3       IT IS SO ORDERED.

4

5

6  Dated: 10/1/03                          /s/ CLAUDIA WILKEN
                                           CLAUDIA WILKEN
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28