B. Scott Douglass (State Bar No. 184700)
Julie E. Grey (State Bar No. 210541)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant,
Counter-Claimant and Cross-Claimant:
IHI, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLATTE ANCHOR BOLT, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IHI, INC., a Delaware corporation; FCI CONSTRUCTORS, INC./CLEVELAND BRIDGE CALIFORNIA, INC. JOINT VENTURE, a California joint venture; CLEVELAND BRIDGE CALIFORNIA, INC., a California corporation; FCI CONSTRUCTORS, INC., a Delaware corporation; PARK-OHIO STRUCTURAL HARDWARE, LLC, an Ohio limited liability company dba ST. LOUIS SCREW AND BOLT; PARK-OHIO FORGED & MACHINED PRODUCTS, LLC, an Ohio limited liability company; PARK-OHIO INDUSTRIES, INC. an Ohio corporation, dba ST. LOUIS SCREW AND BOLT; PARK-OHIO HOLDINGS CORPORATION, an Ohio corporation dba ST. LOUIS SCREW AND BOLT; SLSB, LLC, a Pennsylvania limited liability company, dba ST. LOUIS SCREW AND BOLT; HAYDON BOLTS, INC., a Pennsylvania corporation, dba ST. LOUIS SCREW AND BOLT,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. C 03-2984 (VRW) (ARB)<br><br>DEFENDANT IHI, INC.'S AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC REFERRAL TO ARBITRATION<br><br><br>Hearing Date: December 10, 2003<br>Time: 10:00 AM<br>Courtroom: 6, 17th Floor<br>Judge: Judge Vaughn R. Walker |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

- 1 -

18036\657937.1

DEFENDANT IHI, INC.'S AMENDED NOTICE OF MOTION
FOR RELIEF FROM AUTOMATIC REFERRAL TO ARBITRATION
Case No. C 03-2984 (VRW) (ARB)

Dockets.Justia.com

TO PLAINTIFFS AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

AMENDED NOTICE IS HEREBY GIVEN that Defendant IHI, Inc.'s Motion for Relief from Automatic Referral to Arbitration, which was previously noticed to be heard on November 4, 2003, at 9:00 AM, is now re-noticed and will be heard on December 10, 2003, at 10:00 AM, or as soon as possible thereafter.

DATED: October 2, 2003                        FARELLA BRAUN & MARTEL LLP

By: /s/ B. Scott Douglass
      B. Scott Douglass

Attorneys for Defendant,
Counter-Claimant and Cross-Claimant,
IHI, INC., a Delaware corporation

- 2 -

18036\657937.1

DEFENDANT IHI, INC.'S AMENDED NOTICE OF MOTION
FOR RELIEF FROM AUTOMATIC REFERRAL TO ARBITRATION
Case No. C 03-2984 (VRW) (ARB)

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400