UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>NASSDA CORPORATION,<br><br>        Defendant. | Case No. C-03-2664 SI<br><br>**[PROPOSED] ORDER GRANTING NASSDA CORPORATION'S MOTION TO (1) COMPEL SYNOPSYS' COMPLIANCE WITH THE COURT'S CMC ORDER, FED. R. CIV. P. 26(F) AND ADR L.R. 3-5, AND (2) REMOVE SYNOPSYS' UNILATERAL "REPORT" FILED OCTOBER 1, 2001 FROM THE RECORD**<br><br>**Date: November 21, 2003**<br>**Time: 9:00 a,m,**<br>**Judge: Susan Illston**<br>**Courtroom: 10** |

[PROPOSED] ORDER GRANTING NASSDA'S MT TO (1) COMPEL
COMPLIANCE WITH THE COURT'S CMC ORDER, AND (2) REMOVE
SYNOPSYS' UNILATERAL "REPORT" FROM THE RECORD

Case No. C-03-2664 SI
SV1:\176440\01\3S5401!.DOC\64809.0005

Dockets.Justia.com

1    The Court, having considered the papers submitted in connection with the motion of Defendant Nassda Corporation ("Nassda") to (1) compel Plaintiff Synopsys, Inc.'s ("Synopsys") compliance with the Court's Case Management Conference Order, Fed. R. Civ. P. 26(f) and ADR L.R. 3-5, and (2) remove Synopsys' unilateral "report" filed October 1, 2001 from the record, the arguments of counsel, and the law, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

    1.    Nassda's motion is GRANTED.

    2.    Synopsys is ORDERED to confer in good faith with Nassda on all of the topics covered by the Court's Case Management Conference Order, Fed. R. Civ. P. 26(f) and ADR L.R. 3-5, by at least 21 days before the Case Management Conference.

    3.    Synopsys is further ORDERED to confer with Nassda in good faith to prepare a joint ADR Certification which is to be filed at least 21 days before the Case Management Conference.

    4.    Synopsys is further ORDERED to confer with Nassda in good faith to prepare a joint case management statement which is to be filed at least 7 days before the Case Management Conference and which shall address all of the issues raised in this Court's Case Management Conference Order and the relevant Federal and Local Rules.

    5.    It is further ORDERED that the unilateral "Report: Case Management Statement And Proposed Case Management Order" and the accompanying Declaration of Guadalupe Garcia filed by Synopsys on October 1, 2003, are hereby removed from the record and shall have no force and effect.

    6.    It is further ORDERED that, in accordance with Fed. R. Civ. P. 26(d), discovery served by Synopsys prior to the completion of the parties' joint obligations to confer

///
///
///
///
///

[PROPOSED] ORDER GRANTING NASSDA'S MT TO (1) COMPEL COMPLIANCE WITH THE COURT'S CMC ORDER, AND (2) REMOVE SYNOPSYS' UNILATERAL "REPORT" FROM THE RECORD — 1

Case No. C-03-2664 SI
SV1:\176440\01\3S5401!.DOC\64809.0005

regarding case management issues covered by this Court's Case Management Order, Fed. R. Civ. P. 26(f), and ADR L.R. 3-5 shall be withdrawn by Synopsys and is hereby deemed null and void.

**IT IS SO ORDERED.**

Dated: _____.          _____
                                              HON. SUSAN ILLSTON
                                              United States District Judge

Respectfully Submitted By:

MATTHEW D. POWERS (Bar No. 104795)
CHRISTOPHER J. COX (Bar No. 151650)
COLETTE VOGELE (Bar No. 192865)
STEVEN C. CARLSON (Bar No. 206451)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Attorneys for Defendant NASSDA CORPORATION