**\*\* E-filed October 15, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION, _____/ | No. C08-03369 JW (HRL)<br><br>**ORDER RE: PARTIES' STIPULATION RE: SETTING SCHEDULE FOR FURTHER RESPONSES TO PLAINTIFFS' FIFTH SET OF INTERROGATORIES AND SETTING EXPEDITED HEARING DATE ON ANY RELATED MOTION TO COMPEL**<br><br>**[Re: Docket No. 107]** |

On October 14, 2010, Plaintiffs and defendant Google, Inc. ("Google") filed a stipulation and proposed order in the above-captioned matter setting a schedule for Google's further responses to Plaintiffs' Fifth Set of Interrogatories and setting an expedited hearing date and briefing schedule on any related motion to compel that might be filed by Plaintiffs. (Docket No. 107.) Per the parties' agreement, (1) Google shall supplement its responses to Plaintiffs' Fifth Set of Interrogatories by October 15, (2) Plaintiffs' shall file any related motion to compel by October 19, and (3) Google shall file any opposition to any related motion to compel by October 22.[1]  However, it is presumptuous on the part of the parties' counsel to assume that the Court will shorten time for hearing a motion that it has not even seen, and, in fact, does not even currently exist. If Plaintiffs file a motion to compel related to Google's supplemental responses to Plaintiffs' Fifth Set of

---

[1] It appears to the Court that the parties do not contemplate any reply brief to be filed by Plaintiffs, as none is mentioned in their stipulation. As such, none shall be allowed to be filed.

1  Interrogatories, the Court will <u>at that time</u> decide when to hear the motion based on the
2  circumstances set forth in the parties' stipulation.
3  **IT IS SO ORDERED.**
4  Dated: October 15, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C08-03369 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Claudia Edith Candelas | cc@kbklawyers.com |
| Donald Chidi Amamgbo, Esq | donald@amamgbolaw.com, ndudi@amamgbolaw.com |
| Dustin Lamm Schubert | dschubert@schubertlawfirm.com |
| Guido Saveri | guido@saveri.com, cadio@saveri.com, william@saveri.com |
| Kimberly Ann Kralowec | kkralowec@kraloweclaw.com, enewman@kraloweclaw.com, ggray@kraloweclaw.com |
| Leo Patrick Norton | lnorton@cooley.com, maraujo@cooley.com, swarren@cooley.com, wsomvichian@cooley.com |
| Michael Graham Rhodes | rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com |
| Reginald Von Terrell | reggiet2@aol.com |
| Robert C. Schubert | rschubert@schubertlawfirm.com |
| Sarah Ruth Boot | sboot@cooley.com, llange@cooley.com, mhittle@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com, swarren@cooley.com |
| Willem F. Jonckheer | wjonckheer@schubertlawfirm.com, sstrickland@schubertlawfirm.com |

**5:08-cv-03369-JW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Peter Joel Willsey
Cooley Godward Kronish LLP
777 6th Street, N.W.
11th Floor
Washington, DC 20001

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**