ROBERT A. BUCCOLA, ESQ. (CSBN 112880)
LENA L. DALBY, ESQ. (CSBN 190207)
DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

    715 University Avenue
    Sacramento, California 95825
    Telephone:  916.920.2111
    Facsimile:   916.920.5687
    Email:       ldalby@dbbc.com

Attorneys for Plaintiffs

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  415.436.6857
    Facsimile:   415.436.6748
    Email:       patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM L. KASTNER, SR. and JOYCE GAYLON KASTNER,<br><br>           Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | No. C 01-4882 VRW<br><br>**STIPULATION AND ORDER RE: DEPOSITION DISCOVERY CUT-OFF DATE** |

       The parties agree, subject to the Court's approval, that the general discovery cut-off date currently set for November 14, 2003, be rescheduled to leave deposition discovery open to and including December 24, 2003, in order to schedule a second mediation session before plaintiff has to incur the expense associated with depositions, particularly of witnesses who are out-of-

state. In an abundance of caution in the event that the second mediation is not successful and with recognition of the difficulty in scheduling witnesses for depositions during the Thanksgiving and December holiday seasons, the parties also agree, subject to the Court's approval, that they will within the next week, on or before October 21, 2003, identify individuals which each side wishes to depose and make every effort within the next three weeks, on or before November 4, 2003, to schedule the depositions at mutually convenient times and dates for counsel and for the witnesses.

The reason for this stipulated request is that there is interest in conducting a second mediation session. During the first session, the mediator, Howard Janssen, suggested that the mediation might be more productive if it included defendants in plaintiffs' state court action – State of California, County of Lake, and Yolo County Flood Control & Water Conservation District. Finding mutually convenient dates for all counsel and parties, however, has proven to be difficult and the parties are attempting to schedule a mutually agreeable date in the first week of December. Plaintiff is interested in postponing as much costly discovery as possible until after the mediation can take place.

Accordingly, the parties request that deposition discovery be extended to December 24.

**IT IS SO STIPULATED:**          DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

Dated: October 14, 2003
                                  ROBERT A. BUCCOLA, ESQ.
                                  LENA L. DALBY, ESQ.
                                  Attorney for Plaintiffs

                                  KEVIN V. RYAN
                                  United States Attorney

Dated: October 14, 2003
                                  PATRICIA J. KENNEY
                                  Assistant United States Attorney

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____ DAY OF OCTOBER, 2003.

                                  _____
                                  HONORABLE VAUGHN R. WALKER
                                  United States District Judge

Stipulation Re Discovery
C 01-4882 VRW                              2

| | |
|---|---|
| 1 | state. In an abundance of caution in the event that the second mediation is not successful and |
| 2 | with recognition of the difficulty in scheduling witnesses for depositions during the |
| 3 | Thanksgiving and December holiday seasons, the parties also agree, subject to the Court's |
| 4 | approval, that they will within the next week, on or before October 21, 2003, identify individuals |
| 5 | which each side wishes to depose and make every effort within the next three weeks, on or before |
| 6 | November 4, 2003, to schedule the depositions at mutually convenient times and dates for |
| 7 | counsel and for the witnesses. |
| 8 | The reason for this stipulated request is that there is interest in conducting a second |
| 9 | mediation session. During the first session, the mediator, Howard Janssen, suggested that the |
| 10 | mediation might be more productive if it included defendants in plaintiffs' state court action – |
| 11 | State of California, County of Lake, and Yolo County Flood Control & Water Conservation |
| 12 | District. Finding mutually convenient dates for all counsel and parties, however, has proven to |
| 13 | be difficult and the parties are attempting to schedule a mutually agreeable date in the first week |
| 14 | of December. Plaintiff is interested in postponing as much costly discovery as possible until after |
| 15 | the mediation can take place. |
| 16 | Accordingly, the parties request that deposition discovery be extended to December 24. |

**IT IS SO STIPULATED:**     DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

Dated: October 14, 2003

ROBERT A. BUCCOLA, ESQ.
LENA L. DALBY, ESQ.
Attorney for Plaintiffs

KEVIN V. RYAN
United States Attorney

Dated: October 14, 2003

PATRICIA J. KENNEY
Assistant United States Attorney

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____ DAY OF OCTOBER, 2003.

HONORABLE VAUGHN R. WALKER
United States District Judge

Stipulation Re Discovery
C 01-4882 VRW                                              2