\*\* **E-filed October 21, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | No. C08-03369 JW (HRL) |
| | **ORDER (1) SETTING HEARING ON PLAINTIFFS' MOTION TO COMPEL AND (2) SETTING SHOW CAUSE HEARING RE: DEFENDANT GOOGLE, INC.'S FAILURE TO COMPLY WITH THE COURT'S OCTOBER 15 ORDER** |
| | **[Re: Docket Nos. 108 & 112]** |

Plaintiffs served their Fifth Set of Interrogatories on defendant Google, Inc. ("Google") on May 19, 2010. (Docket No. 113 ("Jonckheer Decl."), Ex. A.) Google served its objections and responses to these interrogatories on June 18. (*Id*., Ex. B.) After meeting and conferring with Plaintiffs, Google agreed to provide supplemental responses, which it did on July 26. (*Id*., ¶6, Ex. C.)

Further discussions between the parties resulted in a stipulation setting forth deadlines for the production of certain agreed-upon data, the filing of any related motion to compel, and the briefing schedule for any such motion. (Docket No. 107.) Google specifically agreed to produce the following:

> (1) data not previously produced for all clicks on parked domain webpages for all plaintiff accounts from July 11, 2004 forward; and

  (2) data regarding the value of the "ClickCostMultiplier" for SmartPriced clicks where the "ClickCost Multiplier" data field for a click is presently blank or "NA" including the default score where available;

  (3) a supplemental interrogatory response describing the methodology for deriving the answer to whether each click was SmartPriced, as requested in items 1(h) and 2(h), from the data to be produced; and

  (4) a supplemental interrogatory response regarding the reason that the domain names for certain clicks requested in 1(a) and 2(a) could not be identified.

(*Id*. at 3.) Based on the parties' stipulation, this Court's order instructed that "(1) Google shall supplement its responses to Plaintiffs' Fifth Set of Interrogatories by October 15, (2) Plaintiffs shall file any related motion to compel by October 19, and (3) Google shall file any opposition to any related motion to compel by October 22." (Docket No. 108.)

  Plaintiffs filed a motion to compel on October 19 and request that it be heard on October 26. (Docket No. 112.) Good cause appearing, Plaintiffs' motion will be heard on October 26 at 10:00 a.m. in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, 95113.

  Plaintiffs also represent that they have not yet received the click data that Google agreed, and was ordered, to produce by October 15. (Jonckheer Decl., ¶¶ 12-13.) Indeed, Plaintiffs' counsel states that he was told by Google's counsel that Google "hoped" to provide "certain" of the data "in the next few days" with "the rest to follow over the next several days," but that no firm date for production was given. (*Id.*, ¶ 13.) As such, Google shall appear in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113 on October 26 at 10:00 a.m. and show cause, if any, why it and/or its counsel should not be sanctioned for failure to comply with this Court's October 15 order.

**IT IS SO ORDERED.**

Dated: October 21, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C08-03369 JW (HRL) Notice will be electronically mailed to:**

2 Claudia Edith Candelas cc@kbklawyers.com
Donald Chidi Amamgbo , Esq donald@amamgbolaw.com, ndudi@amamgbolaw.com
3 Dustin Lamm Schubert dschubert@schubertlawfirm.com
Guido Saveri guido@saveri.com, cadio@saveri.com, william@saveri.com
4 Kimberly Ann Kralowec kkralowec@kraloweclaw.com, enewman@kraloweclaw.com, ggray@kraloweclaw.com
5 Leo Patrick Norton lnorton@cooley.com, maraujo@cooley.com, swarren@cooley.com, wsomvichian@cooley.com
6 Michael Graham Rhodes rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com
7 Reginald Von Terrell reggiet2@aol.com
Robert C. Schubert rschubert@schubertlawfirm.com
8 Sarah Ruth Boot sboot@cooley.com, llange@cooley.com, mhittle@cooley.com
Whitty Somvichian wsomvichian@cooley.com, swarren@cooley.com
9 Willem F. Jonckheer wjonckheer@schubertlawfirm.com, sstrickland@schubertlawfirm.com

**5:08-cv-03369-JW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Peter Joel Willsey
Cooley Godward Kronish LLP
777 6th Street, N.W.
11th Floor
Washington, DC 20001

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**