QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
  Diane M. Doolittle (Bar No. 142046)
  Evette D. Pennypacker (Bar No. 203515)
 555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 620-4500
Facsimile:  (650) 620-4555

Attorneys for Defendants
Scotts Company, K-Mart Corporation, and
Swiss Farm Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**(San Jose Division)**

| | |
|---|---|
| JOAN MURPHY, a California resident, <br><br> Plaintiff, <br><br> v. <br><br> SCOTTS COMPANY, an Ohio Corporation, K-GRO, K-MART CORPORATION, a Michigan Corporation, SWISS FARM PRODUCTS, a Delaware Corporation, and DOES 1 THROUGH 100, <br><br> Defendants. | Case No. C 03-05132 PVT <br><br> STIPULATION RE: EXTENSION OF TIME FOR DEFENDANTS THE SCOTTS COMPANY, SWISS FARM PRODUCTS INC., AND KMART CORPORATION TO RESPOND TO COMPLAINT |

Pursuant to Civil L.R. 6-1(a), IT IS HEREBY STIPULATED by and between Plaintiff Joan Murphy ("Plaintiff") and Defendants The Scotts Company, Swiss Farm Products Inc., and Kmart Corporation ("Defendants"), through their respective counsel of record, that Defendants may have a 30-day extension of time to respond to Plaintiffs' Complaint. As such, Defendant's time for responding to Plaintiffs' Complaint shall be extended from its current due date of November 26, 2003, until and including December 29, 2003. Defendants have not previously obtained an extension of time to respond to Plaintiffs' Complaint, and the requested extension will

06346/16750.1

STIPULATION RE EXTENSION OF TIME TO RESPOND, CASE NO. C03-05132 PVT

not affect the date of any hearing or conference scheduled by the Court. This stipulation is without prejudice to either party's position regarding any future request for time extension by the other party.

IT IS SO STIPULATED.

DATED: November 24, 2003

By  /s/
Robert J. Filippi
Attorney for Plaintiff
Joan Murphy

DATED: November 24, 2003

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/
Diane M. Doolittle
Attorneys for Defendants
The Scotts Company, Swiss Farm Products Inc., and Kmart Corporation