AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>Lindsay Brice | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>ArtRock | CASE NUMBER: C 03 4380 RMW |

V. THIRD PARTY DEFENDANT

Corbis Corporation, a Washington corporation

TO: (Name and address of defendant)

Corbis Corporation
710 Second Avenue, Suite 200, Seattle, WA 98104

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Brooke Oliver<br>Brooke Oliver Law Group, P.C.<br>50 Balmy Alley<br>San Francisco, CA 94110 | Roy S. Gordet<br>Attorney at Law<br>98 Battery Street, Suite 601<br>San Francisco, CA 94111<br>(415) 627-0300 |

an answer to the third-party complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING

_/s/ Betty J. Walton_

CLERK

(BY) DEPUTY CLERK

NOV 10 2003

DATE