I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of November, 2003 at San Francisco, California.

_____
STEVEN N. SHERR

WD 112503/1-0239256/1116561/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

SHERR DECL. ISO GENSLER'S REPLY RE MOT. FOR JOINDER & REMAND
-2-

C 03-3838 SBA