**\*\* E-filed January 7, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | No. C08-03369 JW (HRL) |
| | **ORDER DENYING AS MOOT DEFENDANT GOOGLE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| _____/ | **[Re: Docket No. 180]** |

On December 21, 2010, defendant Google, Inc. ("Google") filed an administrative motion for leave to file under seal Exhibit A to its administrative motion to modify this Court's order of December 8, 2010. Docket Nos. 180, 181. In light of this Court's order denying Google's administrative motion to modify the December 8 order on procedural grounds (Docket No. 188), this Court DENIES Plaintiffs' administrative motion for leave to file under seal as moot.

**IT IS SO ORDERED.**

Dated: January 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-03369 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Claudia Edith Candelas | cc@kbklawyers.com |
| Donald Chidi Amamgbo , Esq | donald@amamgbolaw.com, ndudi@amamgbolaw.com |
| Dustin Lamm Schubert | dschubert@schubertlawfirm.com |
| Guido Saveri | guido@saveri.com, cadio@saveri.com, william@saveri.com |
| Kimberly Ann Kralowec | kkralowec@kraloweclaw.com, enewman@kraloweclaw.com, ggray@kraloweclaw.com |
| Leo Patrick Norton | lnorton@cooley.com, maraujo@cooley.com, swarren@cooley.com, wsomvichian@cooley.com |
| Michael Graham Rhodes | rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com |
| Miranda Kolbe | mkolbe@schubert-reed.com |
| Reginald Von Terrell | reggiet2@aol.com |
| Robert C. Schubert | rschubert@schubertlawfirm.com |
| Sarah Ruth Boot | sboot@cooley.com, llange@cooley.com, mhittle@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com, swarren@cooley.com |
| Willem F. Jonckheer | wjonckheer@schubertlawfirm.com, sstrickland@schubertlawfirm.com |

**5:08-cv-03369-JW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Peter Joel Willsey
Cooley Godward Kronish LLP
777 6th Street, N.W.
11th Floor
Washington, DC 20001

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**