** E-filed January 12, 2011 **

ROBERT C. SCHUBERT S.B.N. 62684
rschubert@schubertlawfirm.com
WILLEM F. JONCKHEER S.B.N. 178748
wjonckheer@schubertlawfirm.com
MIRANDA P. KOLBE S.B.N. 214392
mkolbe@schubertlawfirm.com
JASON A. PIKLER S.B.N. 245722
jpikler@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE GOOGLE ADWORDS LITIGATION | Case No.  08-3369 JW HRL |
|---|---|
| This Document Relates to:<br><br>All Actions | **STIPULATION AND [PROPOSED]<br>ORDER REGARDING WITHDRAWAL<br>OF GOOGLE'S TESTIFYING EXPERT<br>MICHAEL MOTHNER** |

STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL BY GOOGLE OF EXPERT MICHAEL MOTHNER
CASE NO. 08-CV-3369 JW HRL

1  WHEREAS Google designated Michael Mothner as a testifying expert regarding class
2  certification issues and submitted Mothner's expert report on October 5, 2010.

3  WHEREAS Plaintiffs sought an order from this Court to compel Google to provide
4  supplemental expert disclosures relating to Mothner's expert report pursuant to Rule 26(a)(2)(B) of
5  the Federal Rules of Civil Procedure.

6  WHEREAS on December 8, 2010, Judge Howard R. Lloyd issued an order compelling
7  Google, "[w]ithin 14 days of the date of this order to disclose to Plaintiffs the identities of the four
8  Wpromote clients whose click data Mothner considered with respect to his expert report."
9  (Docket No. 174 at 7:8-10.)

10  WHEREAS Google has not complied with the Court's order and represents that it cannot
11  comply, as Mothner will not provide the required information to Google or Google's counsel.

12  WHEREAS on January 7, 2011, Judge Lloyd denied Google's administrative motion that
13  sought to modify the Court's December 8, 2010 order and suggested that, if Google was unable to
14  comply with the Court's order and the requirements of Rule 26 due to Mothner's inability or
15  unwillingness to provide it with the necessary information, "Google should consider de-
16  designating Mothner as an expert witness."  (Docket No. 188 at 2:16.)

17  THEREFORE the parties stipulate, and request the Court to order, as follows:

18  1. Google withdraws its designation of Michael Mothner as an expert witness on class
19     certification; and
20  2. Google will not offer or in any way use Mothner's report or testimony in opposition to
21     Plaintiffs' forthcoming motion for class certification.

STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL BY GOOGLE OF EXPERT MICHAEL MOTHNER
CASE NO. 08-CV-3369 JW HRL                                                                                1

| | |
|---|---|
| Dated: January 11, 2011 | SCHUBERT JONCKHEER & KOLBE LLP |
| | By: /s/Willem F. Jonckheer |
| | Willem F. Jonckheer |
| | *Lead Counsel for Plaintiffs* |
| Dated: January 11, 2011 | COOLEY LLP |
| | By: /s/Peter J. Wilsey |
| | Peter J. Wilsey |
| | *Attorneys for Defendant Google Inc.* |

## ATTESTATION OF FILER

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: January 11, 2011 | SCHUBERT JONCKHEER & KOLBE LLP |
| | By: /s/Willem F. Jonckheer |
| | Willem F. Jonckheer |
| | *Lead Counsel for Plaintiffs* |

STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL BY GOOGLE OF EXPERT MICHAEL MOTHNER
CASE NO. 08-CV-3369 JW HRL                                                                                                   2

**ORDER**

Good cause appearing, pursuant to the parties' stipulation:

1. Google withdraws its designation of Michael Mothner as an expert witness on class certification; and

2. Google will not offer or in any way use Mothner's expert report or testimony in opposition to Plaintiffs' motion for class certification.

Dated:  January 12, 2011

_____
Hon. Howard R. Lloyd

SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220