**\*\* E-filed February 10, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION, | No. C08-0036 JW (HRL) |
| | **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |
| | [Re: Docket No. 193] |
| _____/ | |

On February 4, 2011, Plaintiffs filed a motion for leave to serve their sixth set of interrogatories and to compel Google to respond to those interrogatories and to their requests for admission. See Docket No. 194. Plaintiffs also filed an administrative motion to shorten the time for the hearing on their discovery motion. Docket No. 193. Defendant Google, Inc. opposes the administrative motion. Docket No. 199. Good cause not being shown, the Court DENIES Plaintiffs' administrative motion. Plaintiffs' discovery motion shall be heard on March 15, 2011 at 10:00 a.m. and briefing on the motion shall proceed in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-03369 JW (HRL) Notice will be electronically mailed to:**

| Name | Email |
|---|---|
| Claudia Edith Candelas | cc@kbklawyers.com |
| Dustin Lamm Schubert | dschubert@schubertlawfirm.com |
| Guido Saveri | guido@saveri.com, cadio@saveri.com, william@saveri.com |
| Kimberly Kralowec | kkralowec@kraloweclaw.com |
| Kimberly Ann Kralowec | kkralowec@kraloweclaw.com, enewman@kraloweclaw.com, ggray@kraloweclaw.com |
| Kyle Christopher Wong | kwong@cooley.com |
| Leo Patrick Norton | lnorton@cooley.com, maraujo@cooley.com, swarren@cooley.com, wsomvichian@cooley.com |
| Michael Graham Rhodes | rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com |
| Miranda Kolbe | mkolbe@schubert-reed.com |
| Robert C. Schubert | rschubert@schubertlawfirm.com |
| Sarah Ruth Boot | sboot@cooley.com, llange@cooley.com, mhittle@cooley.com |
| Terry Gross | terry@gba-law.com, adam@gba-law.com, joann@grossbelsky.com, monique@gba-law.com |
| Whitty Somvichian | wsomvichian@cooley.com, jmcarthur@cooley.com, kwong@cooley.com, swarren@cooley.com |
| Willem F. Jonckheer | wjonckheer@schubertlawfirm.com, jdang@schubertlawfirm.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**