ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161

*Lead Counsel for Plaintiffs*



2/15/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | Case No.  08-3369 JW |
| | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to: | |
| All Actions | |

1.

WHEREAS, by order dated November 23, 2010 the Court set the hearing date on plaintiffs' motion for class certification for May 16, 2011;

WHEREAS, the parties have conferred and agreed on a briefing schedule for plaintiffs' motion for class certification;

WHEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Plaintiffs' opening brief and any materials in support of plaintiffs' motion for class certification shall be filed on March 14, 2011.

2. Defendant Google's opposition brief to plaintiffs' motion for class certification and any supporting materials shall be filed on April 11, 2011.

3. Plaintiffs' reply brief and any materials in rebuttal to defendant Google' opposition shall be filed on April 25, 2011.

Dated: February 11, 2011

SCHUBERT JONCKHEER & KOLBE LLP
ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748

By:       /s/Willem F. Jonckheer
              Willem F. Jonckheer

Lead Counsel for Plaintiffs

Dated: February 11, 2011

COOLEY LLP

By:       /s/Whitty Somvichian
              Whitty Somvichian

Attorneys for Defendant GOOGLE, INC.

## **ATTESTATION OF FILER**

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 11, 2011          SCHUBERT JONCKHEER & KOLBE LLP

By: _____/s/Willem F. Jonckheer_____
            Willem F. Jonckheer

Attorneys for Plaintiffs

**ORDER**

Good cause appearing, pursuant to the stipulation of the parties:

1. Plaintiffs' opening brief and any materials in support of plaintiffs' motion for class certification shall be filed on March 14, 2011.

2. Defendant Google's opposition brief to plaintiffs' motion for class certification and any supporting materials shall be filed on April 11, 2011.

3. Plaintiffs' reply brief and materials in rebuttal to Google's opposition shall be filed on April 25, 2011.

Dated: February 15, 2011

_____
Hon. James Ware
United States District Chief Judge