**\*\* E-filed March 4, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | No. C08-03369 JW (HRL) |
| | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| | [Re: Docket No. 219] |
| _____/ | |

Plaintiffs filed an administrative motion for leave to file under seal their reply brief and supporting declaration in support of their motion for leave to serve further interrogatories and to compel further responses to discovery. Docket No. 219. Good cause having been shown, Plaintiffs' motion is GRANTED. Plaintiffs shall file under seal these documents in accordance with the procedures set forth in Civil Local Rule 79-5 and General Order 62.

**IT IS SO ORDERED.**

Dated: March 4, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-03369 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Claudia Edith Candelas | cc@kbklawyers.com |
| Donald Chidi Amamgbo , Esq | donald@amamgbolaw.com, ndudi@amamgbolaw.com |
| Dustin Lamm Schubert | dschubert@schubertlawfirm.com |
| Guido Saveri | guido@saveri.com, cadio@saveri.com, william@saveri.com |
| Kimberly Ann Kralowec | kkralowec@kraloweclaw.com, enewman@kraloweclaw.com, ggray@kraloweclaw.com |
| Leo Patrick Norton | lnorton@cooley.com, maraujo@cooley.com, swarren@cooley.com, wsomvichian@cooley.com |
| Michael Graham Rhodes | rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com |
| Miranda Kolbe | mkolbe@schubert-reed.com |
| Reginald Von Terrell | reggiet2@aol.com |
| Robert C. Schubert | rschubert@schubertlawfirm.com |
| Sarah Ruth Boot | sboot@cooley.com, llange@cooley.com, mhittle@cooley.com |
| Whitty Somvichian | wsomvichian@cooley.com, swarren@cooley.com |
| Willem F. Jonckheer | wjonckheer@schubertlawfirm.com, sstrickland@schubertlawfirm.com |

**5:08-cv-03369-JW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Peter Joel Willsey
Cooley Godward Kronish LLP
777 6th Street, N.W.
11th Floor
Washington, DC 20001

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2