MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Google AdWords Litigation | Case No.  08-CV-03369 JW HRL |
|---|---|
| | **STIPULATED REQUEST AND PROPOSED ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12 FOR AN ORDER EXTENDING TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

WHEREAS, the Court has set the hearing date on plaintiffs' motion for class certification for May 16, 2011;

WHEREAS, on February 12, 2011 (Docket No. 207) this Court approved the parties' stipulated briefing schedule, which called for plaintiffs' reply brief in support of class certification ("Reply") to be filed on April 25, 2011;

WHEREAS, plaintiffs subsequently filed a Motion to Compel with Magistrate Judge Lloyd on February 4, 2011 (Docket No. 194) seeking to compel responses to Interrogatories Nos. 1, 2, 3, 4, 7, 8, and 9  from their Sixth Set of Interrogatories;

WHEREAS, Magistrate Judge Lloyd issued a ruling on April 1, 2011 (Docket No. 240) ordering Google to provide responses to the above-referenced Interrogatories within two weeks of

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIP. REQ. FOR ORDER EXTEND. TIME
TO FILE REPLY I/S/O CLASS CERT.
CASE NO.  08-CV-03369 JW HRL

the date of the Order, on April 15, 2011;

WHEREAS, Google has represented to plaintiffs that it would not be feasible for it to comply with the April 15, 2011 discovery deadline and complete its responses by the current April 25 due date for Plaintiffs' Reply;

WHEREAS, plaintiffs have therefore stipulated to an extension of Magistrate Judge Lloyd's deadline from April 15, 2011 to April 26, 2011, contingent on this Court granting an extension of plaintiffs' time to file their Reply from April 25, 2011 to May 2, 2011;

WHEREAS, an extension of plaintiffs' time to file their Reply will still allow all briefing to be completed two weeks before the May 16, 2011 hearing date, consistent with the timing as contemplated under Local Rule 7-3(c).

## STIPULATION

In light of the foregoing, the parties hereby stipulate, and request the Court to order, as follows:

1. The deadline for plaintiffs' Reply in rebuttal to Google's opposition to plaintiffs' motion for class certification is extended from April 25, 2011 to May 2, 2011.

Dated: April 8, 2011            COOLEY LLP

                                By:   /s/ Whitty Somvichian
                                         Whitty Somvichian

                                Attorneys for Defendant GOOGLE INC.

Dated: April 8, 2011            ROBERT C. SCHUBERT S.B.N. 62684
                                WILLEM F. JONCKHEER S.B.N. 178748
                                SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

                                By:   /s/ Willem F. Jonckheer
                                         Willem F. Jonckheer

                                Attorneys for Plaintiffs

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____April 12_____, 2011

By: _/s/ James Ware_____
The Honorable James Ware
United States District Chief Judge

**ATTESTATION OF FILER**

I, Whitty Somvichian, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 8, 2011         COOLEY GODWARD KRONISH LLP

By:     /s/ Whitty Somvichian_____
              Whitty Somvichian

Attorneys for Defendant GOOGLE INC.

1216627 v2/SF

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIP. REQ. FOR ORDER EXTEND. TIME
TO FILE REPLY I/S/O CLASS CERT.**
CASE NO. 08-CV-03369 JW HRL