MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

\*\* E-filed April 13, 2011 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Google AdWords Litigation | Case No. 08-CV-03369 JW HRL |
|---|---|
| | **STIPULATED REQUEST AND PROPOSED ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12 FOR AN ORDER EXTENDING TIME TO SERVE RESPONSES TO PLAINTIFFS' INTERROGATORIES** |

WHEREAS, plaintiffs filed a Motion to Compel on February 4, 2011 (Docket No. 194) seeking to compel responses to Interrogatories Nos. 1, 2, 3, 4, 7, 8, and 9 from their Sixth Set of Interrogatories;

WHEREAS, the Court issued a ruling on April 1, 2011 (Docket No. 240, hereafter the "Order") ordering Google to provide responses to the above-referenced Interrogatories within two weeks of the date of the Order, on April 15, 2011;

WHEREAS, plaintiffs' current deadline to file their reply brief on their motion for class certification is April 25, 2011 (Docket No. 207);

WHEREAS, Google has represented to Plaintiffs that it is not feasible for Google to complete its supplemental responses by April 15, 2011, despite reasonable efforts, given the

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIP. REQ. FOR ORDER EXTENDING
TIME TO SERVE RESPONSES
CASE NO. 08-CV-03369 JW HRL

1  inherent difficulties of the data extraction process needed to compile the information required to
2  respond to Plaintiffs' Interrogatories;

3      WHEREAS, plaintiffs do not agree with Google's representation that it would not be
4  feasible for Google to comply with the Order, but are willing to give Google additional time to
5  comply with the Order on the condition that Chief Judge Ware grants the parties' joint motion to
6  extend the deadline for Plaintiffs Reply brief (if Chief Judge Ware does not grant the extension,
7  Plaintiffs strongly oppose Google's efforts to move the discovery deadline, as it would mean that
8  Plaintiffs would not obtain discovery determined by this Court to be relevant to class certification
9  until after the class certification briefing has been completed).

## STIPULATION

In light of the foregoing, the parties hereby stipulate, and request the Court to order, as follows:

1. Concurrently with this Stipulated Request, the parties will submit a Stipulated Request for an order to Chief Judge Ware, extending the time for plaintiffs to file their reply brief in support of their motion for class certification from April 25, 2011 to May 2, 2011.

2. If and when Chief Judge Ware grants the parties' stipulation to extend the deadline for Plaintiffs to file their Reply Brief in support of their Motion for Class Certification to May 2, 2011, the deadline for Google to provide responses to Interrogatories Nos. 1, 2, 3, 4, 7, 8, and 9 in compliance with the Court's Order shall be extended from April 15 to April 26.

3. To the extent Google is able to complete portions of its responses in advance of April 26, it will provide such responses to Plaintiffs expeditiously on a rolling basis.

4. Google reserves the right to seek further relief from the Court in the event that it becomes infeasible for Google to complete the data extraction process needed to provide full responses to Interrogatories Nos. 1, 2, 3, 4, 7, 8, and 9 by April 26, and plaintiffs reserve their right to object to any such request and/or seek relief from the Court if Google fails to meet the April 26 deadline.

///

///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIP. REQ. FOR ORDER EXTENDING
TIME TO SERVE RESPONSES
CASE NO. 08-CV-03369 JW HRL

| | | |
|---|---|---|
| 1 | Dated: April 8, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | By:       /s/ Whitty Somvichian<br>              Whitty Somvichian |
| 4 | | Attorneys for Defendant GOOGLE INC. |
| 5 | Dated: April 8, 2011 | ROBERT C. SCHUBERT S.B.N. 62684<br>WILLEM F. JONCKHEER S.B.N. 178748 |
| 6 | | SCHUBERT JONCKHEER KOLBE &<br>KRALOWEC LLP |
| 7 | | |
| 8 | | By:       /s/ Willem F. Jonckheer<br>              Willem F. Jonckheer |
| 9 | | |
| 10 | | Attorneys for Plaintiffs |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: __April 13__, 2011

By: _____
The Honorable Howard R. Lloyd
United States Magistrate Judge

### ATTESTATION OF FILER

I, Whitty Somvichian, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

| | | |
|---|---|---|
| Dated: April 8, 2011 | | COOLEY GODWARD KRONISH LLP |
| | | By:       /s/ Whitty Somvichian<br>              Whitty Somvichian |
| | | Attorneys for Defendant GOOGLE INC. |

1216539 v2/SF
COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIP. REQ. FOR ORDER EXTENDING
TIME TO SERVE RESPONSES
CASE NO. 08-CV-03369 JW HRL