ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161
Email:  rschubert@schubertlawfirm.com
Email:  wjonckheer@schubertlawfirm.com

*Lead Counsel for Plaintiffs*



IT IS SO ORDERED AS MODIFIED
Judge James Ware
4/22/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION



SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | Case No.  08-3369 JW HRL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE AGAINST CERTAIN DECLARATIONS SUBMITTED BY DEFENDANT GOOGLE INC. IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date: May 16, 2011**<br><br>**Time: 9:00 a.m.**<br><br>**Hon. James Ware** |

WHEREAS, plaintiffs filed their motion for class certification on March 14, 2011, with a hearing scheduled for May 16, 2011 at 9:00 a.m.;

WHEREAS, defendant Google Inc. ("Google") filed its opposition to plaintiffs' motion for class certification, including certain supporting declarations, on April 11, 2011;

WHEREAS, plaintiffs intend to file a motion to strike certain declarations filed by Google in opposition to plaintiffs' motion for class certification; Google disputes that there is any basis to strike its declarations;

WHEREAS, the parties have met and conferred, and agreed upon a briefing schedule for plaintiffs' motion to strike, pursuant to which the motion and opening memorandum would be filed on April 22, 2011, Google's opposition would be filed on May 2, 2011, and the motion would be heard on May 16, 2001, concurrently with plaintiffs' motion for class certification;

WHEREAS, pursuant to N.D. Local Rule 7-3(c), plaintiffs wish to file a reply memorandum in support of their motion to strike, and to file it on May 9, 2011;

WHEREAS, Google believes that all briefing in connection with plaintiffs' motion for class certification should conclude by May 2, 2011 and that a reply memorandum is unnecessary;

WHEREAS, as part of this stipulation, the parties agreed to jointly request that the Court resolve the issue of whether a reply memorandum shall be permitted, and if so, on what date it must be filed;

THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Plaintiffs' motion to strike and opening memorandum shall be filed on April 22, 2011.
2. Google's opposition to plaintiffs' motion to strike shall be filed on May 2, 2011
3. The hearing on plaintiffs' motion to strike shall be held on May 16, 2011, concurrently with the hearing on plaintiffs' motion for class certification.
4. The issue of whether plaintiffs may file a reply memorandum, and the date of the filing thereof, shall be resolved by the Court, in the Order below.

2

Dated: April 20, 2011                                SCHUBERT JONCKHEER & KOLBE LLP

By: _____/s/_____
Robert C. Schubert
Willem F. Jonckheer

Lead Counsel for Plaintiffs

Dated: April 20, 2011                                COOLEY LLP

By: _____/s/_____
Whitty Somvichian

Attorneys for Defendant Google Inc.

## ATTESTATION OF FILER

I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 20, 2011                                SCHUBERT JONCKHEER & KOLBE LLP

By: _____/s/Willem F. Jonckheer_____
Willem F. Jonckheer

Lead Counsel for Plaintiffs

3

**ORDER**

Good cause appearing, pursuant to the stipulation of the parties:

1. Plaintiffs' motion to strike and opening memorandum shall be filed on April 22, 2011.
2. Google's opposition to plaintiffs' motion to strike shall be filed on May 2, 2011.
3. The hearing on plaintiffs' motion to strike shall be held on May 16, 2011, concurrently with the hearing on plaintiffs' motion for class certification.

Date: April 22, 2011

_____
Hon. James Ware
United States District Chief Judge