# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of NOLAN, ARMSTRONG & BARTON, LLP and is a of such age and discretion to be competent to serve papers. The undersigned certifies that he is causing a copy of:

**ROBERT PREVETT'S MEMORANDUM ON DISGORGEMENT AND CIVIL PENALTIES FOR INSIDER TRADING**

to be served this date on the party(ies) in this action, by: U.S. Mail.

John S. Yun, Esq.
Securities and Exchange Commission
44 Montgomery Street, Suite 1100
San Francisco, California 94104
Fax: 415-705-2501

Edward Swanson
Swanson and McNamara
300 Montgomery Street, Suite 1100
San Francisco, CA 94104

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   December 1, 2003

           /s Paul Ketz
           Paul Ketz

Certificate of Service
No. CR 01-20169 (JW)                    -1-