**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10   In re Google AdWords Litigation          NO. C 08-03369 EJD

11                                            **ORDER REQUIRING SUPPLEMENTAL
                                             BRIEFING**
12

13

14

15   _____/

16          Plaintiffs' Motion for Class Certification was heard on June 24, 2011.  (Docket Item No.

17   295.)  All briefing on the issue of class certification was completed by June 2, 2011.  (See e.g.,

18   Docket Item No. 293.)

19          In light of the Supreme Court's June 20, 2011 decision in Wal-Mart Stores Inc. v. Dukes, the

20   Court finds that it would benefit from supplemental briefing from the parties.  Accordingly, **on or**

21   **before July 20, 2011**, the parties shall file simultaneous supplemental briefs addressing the effect of

22   Dukes on Plaintiffs' Motion for Class Certification.

23

24

25   Dated:  July 6, 2011                      _____

26                                            EDWARD J. DAVILA
                                             United States District Judge
27

28

                                            1