

ROBERT C. SCHUBERT S.B.N. 62684
(rschubert@schubertlawfirm.com)
WILLEM F. JONCKHEER S.B.N. 178748
(wjonckheer@schubertlawfirm.com)
MIRANDA P. KOLBE S.B.N. 214392
(mkolbe@ schubertlawfirm.com)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161

*Lead Counsel for Plaintiffs*



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No.  08-3369 EJD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME FOR THE PARTIES TO SUBMIT SUPPLEMENTAL BRIEFS<br><br>**[Local Rule 6-3]** |

# [PROPOSED] ORDER

Presently before the Court is Plaintiffs' Motion to Enlarge Time for the Parties to Submit Supplemental Briefs. Upon consideration of the motion and supporting Declaration of Miranda P. Kolbe, and good cause appearing, the Court hereby GRANTS Plaintiffs' motion and orders as follows:

The deadline for the parties to submit supplemental briefs addressing the effect of the Supreme Court's recent decision, <u>Wal-Mart Stores, Inc. v. Dukes</u>, on Plaintiffs' pending Motion for Class Certification shall be extended from July 20, 2011 to August 3, 2011.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
Hon. Edward J. Davila
U.S. District Court Chief Judge