

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Google AdWords Litigation | Case No. 08-cv-03369 EJD HRL |
|---|---|
| | **AMENDED ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AN EXCERPT FROM THE TRANSCRIPT OF THE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | Hon. Edward J. Davila |

Having reviewed Jonathan Alferness's Declaration in Support of Google's Administrative Motion to File Under Seal an Excerpt from the Transcript of the Hearing on Plaintiffs' Motion for Class Certification ("Class Certification Hearing Transcript"), pursuant to Local Rules 7-11 and 79-5, General Order No. 59, and good cause appearing, the motion is GRANTED and the Clerk is directed to allow (1) the Class Certification Hearing Transcript (Docket No. 297) to be filed under seal; and (2) the court reporter to submit a redacted version of the official Class Certification Hearing Transcript, consistent with the Alferness Declaration, to be filed in the public record.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1228672 v3/SF

1.

**AMENDED ORDER GRANTING MOT. TO SEAL CLASS CERT TRANSCRIPT**
**08-CV-03369 EJD HRL**

1
2  **IT IS SO ORDERED.**

   Dated: August 3, 2011

3                                              _____
                                               HON. EDWARD J. DAVILA
4                                              UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1228672 v3/SF                    2.        **AMENDED ORDER GRANTING
                                           MOT. TO SEAL CLASS CERT TRANSCRIPT
                                           08-CV-03369 EJD HRL**