UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION<br><br>This Document Relates to:<br><br>All Actions<br>_____/ | Case No. 5: 08-CV-03369 EJD<br><br>**CASE MANAGEMENT ORDER** |

    This case is scheduled for a Case Management Conference on February 17, 2012. Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 319), the court finds a Case Management Conference would be premature at this time.

    Accordingly, the Case Management Conference is VACATED and continued until March 23, 2012. The parties shall file a Joint Case Management Statement no later than March 13, 2012.

**IT IS SO ORDERED.**

Dated: February 13, 2012

                                                    EDWARD J. DAVILA
                                                    United States District Judge