**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ADWORDS LITIGATION | ) Case No. 5:08-CV-3369 EJD )<br>) **CASE MANAGEMENT ORDER**<br>)<br>)<br>) |

    This case is scheduled for a Case Management Conference on March 23, 2012. Based on the parties' Joint Case Management Statement (see Docket Item No. 321), the court finds that a Case Management Conference would be premature at this time.

    Accordingly, the Case Management Conference is CONTINUED to May 11, 2012. The parties shall file a Joint Case Management Statement no later than May 1, 2012.

**IT IS SO ORDERED.**

Dated: March 20, 2012

                                                _____
                                                EDWARD J. DAVILA
                                                United States District Judge

Case No. 5:08-CV-3369 EJD
CASE MANAGEMENT ORDER