IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE
GOOGLE ADWORDS LITIGATION

CASE NO. 5:08-cv-03369 EJD

**ORDER VACATING CASE MANAGEMENT CONFERENCE; STAYING CASE**

_____/

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 335), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for September 7, 2012, is VACATED. In addition, the court issues the following order in light of the pending appellate proceedings:

1. This case is STAYED until a ruling has been issued by the Ninth Circuit Court of Appeals in Case No. 12-16752.

2. Due to what may be a period of extended inactivity while the appeal progresses, the clerk of the court shall administratively close this file.

3. The parties shall provide notice to the court within one week of the issuance of the Ninth Circuit's opinion. In the notice, the parties shall request that this matter be reopened and that a case management conference be scheduled.

**IT IS SO ORDERED.**

Dated: September 5, 2012

EDWARD J. DAVILA
United States District Judge