# Exhibit A

Dockets.Justia.com

# SIDLEY AUSTIN BROWN & WOOD LLP

| | | |
|---|---|---|
| BEIJING | BANK ONE PLAZA | LOS ANGELES |
| BRUSSELS | 10 S. DEARBORN STREET | NEW YORK |
| CHICAGO | CHICAGO, ILLINOIS 60603 | SAN FRANCISCO |
| DALLAS | TELEPHONE 312 853 7000 | SHANGHAI |
| GENEVA | FACSIMILE 312 853 7036 | SINGAPORE |
| HONG KONG | www.sidley.com | TOKYO |
| LONDON | FOUNDED 1866 | WASHINGTON, D.C. |

WRITER'S DIRECT NUMBER
(312) 853 7567

WRITER'S E-MAIL ADDRESS
lschneider@sidley.com

December 11, 2003

**By Facsimile**

Patrick E. Premo
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041

Re: Boston Scientific and Target Therapeutics v. Cordis Neurovascular, Case Number C 02 1474 JW

Dear Patrick:

In accordance with your request, Cordis will reimburse UCLA for the cost of redacting the patient records called for by the UCLA subpoena. My understanding is that there is approximately one box of patient records that has already been collected. If that understanding is incorrect, please let me know promptly.

In response to your comments regarding whether UCLA could legally produce these patient records in unredacted form, Cordis is willing to accept the records with all patient identifiable information redacted except the date of procedure. As explained, the date of procedure is necessary to determine whether the procedure was performed before or after the priority date. UCLA may produce this information in accordance with 45 C.F.R. 512(e)(1)(ii), which allows production of patient records in response to a subpoena when the protective order contains certain provisions. The protective order in this case contains these provisions and, if you do not already have a copy of the revised protective order, I will send you one.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

**SIDLEY AUSTIN BROWN & WOOD LLP**                                    CHICAGO

Patrick E. Premo
December 11, 2003
Page 2


      Please advise us no later than the end of the day Friday whether UCLA will promptly produce the patient records sought by the subpoena. If you refuse to do so, we will file a motion to compel. *See* 45 C.F.R. 164.512(e)(1)(i) (authorizing production pursuant to court order).

      Very truly yours,

      Lisa A. Schneider

cc:    Roland Schwillinski