Levitte v. Google Inc.

Doc. 497

Dockets.Justia.com

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BERG & PARKER<br>Attorneys At Law<br>JAMES M. BERG - SBN # 049878<br>Four Embarcadero Center, 14th Floor<br>SAN FRANCISCO, CA 94111<br>ATTORNEY FOR (NAME)    PLAINTIFFS | (415) 397-6000<br><br>REFERENCE NUMBER<br>0T255791-04 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
VB GOLF III, LLC, ETC. vs. SAN BRUNO PARK SCHOOL ETC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-04-0083 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action. I served copies of the:
   SUMMONS AND COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER OF MAGISTRATE JUDGE ELIZABETH D. LAPORTE; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

2. A. Party Served:   CHRISTOPHER P. KIELY, AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN BRUNO PARK SCHOOL DISTRICT

   B. Person Served:  CHRISTOPHER P. KIELY, AS AN INDIVIDUAL AND IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SAN BRUNO PARK SCHOOL DISTRICT

   C. Address:        314 HAZEL AVENUE
                      SAN BRUNO, CA                   (Residence)

Physical Description:
AGE: 50     HAIR: BLK     HEIGHT: 6'0     RACE: CAUC
SEX: M      EYES: BRN     WEIGHT: 180

3. I served the party named in item 2
   A. By personally delivering the copies.
      (1) On:  January 15, 2004
      (2) At:  07:28 am

4. The Notice to the Person Served (On the Summons) was completed as follows:
   A. as an individual defendant

Fee for service:   $ 51.13

JUDICIAL COUNCIL FORM, RULE #982 (A) (23)

[X] Registered: ALAMEDA County,
    Number: 715
    Attorney's Diversified Services
    1453 Mission Street, Ste 510
    San Francisco, CA 94103
    415-437-6177
    313/0T255791-04

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: January 15, 2004
at: San Francisco, California.

Signature: [signed]
Name: CAESAR ERIC RAILEY
Title: REGISTERED PROCESS SERVER