U.S. Department of Homeland Security
Arlington, VA 22202



Transportation
Security
Administration

Northwest Airlines, Inc.
5102 Northwest Drive
St. Paul, MN 55111-3034

# FINAL ORDER: CHOWDHURY V. NORTHWEST AIRLINES, INC.

Pursuant to the authority conferred by 49 U.S.C. Sections 114, 5103, 40119, 44901-907, 44913-914, 44916-918, 44935-936, 44942, and 46105, and 49 C.F.R. Part 1520, and as delegated by the Transportation Security Administration (TSA):

1. I am the Acting Director, Aviation Operations Litigation Support and Special Actions Staff, TSA, Department of Homeland Security. In this position, I am authorized to designate whether information pertaining to aviation security is Sensitive Security Information (SSI), as set forth under 49 C.F.R. Part 1520, 49 U.S.C. Sections 114(s) and 40119.

2. The authority to make SSI determinations has been delegated from the Administrator of the TSA to the Associate Administrator for Aviation Operations to the Director of the Aviation Operations Litigation Support office, pursuant to the Delegation Order signed by the TSA Administrator on May 22, 2003.

3. In connection with the lawsuit, *Chowdhury v. Northwest Airlines, Inc.*, Case No. C 02-2665 (N.D. Cal.), the TSA, through the Office of the Chief Counsel, has received a number of aviation security documents from defendant Northwest Airlines, with a request that the documents be reviewed for SSI, as the documents are subject to discovery requests from the Plaintiff in this case.

4. I have reviewed the following list of Bates-stamped documents, identified the SSI contained therein within the meaning of the governing regulations, and redacted it, as reflected in the documents themselves and as follows:

 (a) Defendant Northwest Airlines Inc.'s Second Amended Reponses to Plaintiff's First Set of Interrogatories, February 7, 2004 (redacted content contains specific counter-terrorism security measures);

 (b) Civil Aviation Security Directive, SD 108-01-___, September 17, 2001 (Bates Nos. NW000687-688) (redacted content contains specific threat information and mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

 (c) Email from GOCOMM, September 13, 2001, with attachment (Bates No. NW000689-690) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

 (d) Email from GOCOMM, September 13, 2001, with attachment (Bates No. NW000693-694) (redacted content contains mandatory counter-terrorism security measures);

 (e) Email from GOCOMM, September 14, 2001, with attachment (Bates Nos. NW000695-700) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

 (f) Email from GOCOMM, September 14, 2001, with attachment (Bates Nos. NW000701-706) (redacted content contains

mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(g) Email from GOCOMM, September 14, 2001, with attachment (Bates Nos. NW000707-711) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(h) Email from GOCOMM, September 14, 2001, with attachment (Bates Nos. NW000712-722) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(i) Email from GOCOMM, September 15, 2001, with attachment (Bates Nos. NW000728-731) (redacted content reveals systemic vulnerabilities of the aviation system);

(j) Email from GOCOMM, September 15, 2001, with attachment (Bates Nos. NW000732-733) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(k) Email from GOCOMM, September 15, 2001, with attachment (Bates Nos. NW000734-739) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(l) Email from GOCOMM, September 16, 2001, with attachment (Bates Nos. NW000740-741) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(m) GOCOMM Communication 020, September 16, 2001 (Bates No. NW000742) (redacted content reveals systemic vulnerabilities of the aviation system);

(n) GOCOMM Communication 021, no date (Bates Nos. NW000743-744) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(o) Civil Aviation Security, Emergency Amendment, EA 129-01-___, September 17, 2001 (Bates Nos. NW000745-746) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(p) Civil Aviation Security, Security Directive, SD 108-01-___, September 17, 2001 (Bates Nos. NW000747-748) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(q) Civil Aviation Security, Security Directive, SD 108-01-___, September 18, 2001 (Bates Nos. NW000749-754) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(r) Email from GOCOMM, September 18, 2001, with attachment (Bates Nos. NW000755-761) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(s) Email from GOCOMM, September 19, 2001 (Bates Nos. NW000762-763) (redacted content contains mandatory counter-

terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(t)  Email from GOCOMM, September 19, 2001, with attachment (Bates Nos. NW000764-766) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(u)  Civil Aviation Security, Emergency Amendment, EA 129-01-___, September 18, 2001 (Bates Nos. NW000767-768) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(v)  Email from GOCOMM, September 19, 2001, with attachment (Bates Nos. NW000769-770) (redacted content contains mandatory counter-terrorism security measures);

(w)  Civil Aviation Security, Emergency Amendment, EA 107-01-___, September 20, 2001 (Bates Nos. NW000771-774) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(x)  Civil Aviation Security, Emergency Amendment, EA 107-01-___, September 19, 2001 (Bates Nos. NW000775-777) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(y)  Email from GOCOMM, September 20, 2001 (Bates No. NW000778-779) (redacted content reveals systemic vulnerabilities of the aviation system);

(z) Memorandum entitled "Current FAA 'Security Directives,'" September 20, 2001, with attachments (Bates Nos. NW000780-792) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(aa) Civil Aviation Security, Security Directive, SD 108-01-___, September 21, 2001 (Bates Nos. NW000793-798) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(bb) Civil Aviation Security, Emergency Amendment, EA 129-01-___, September 21, 2001 (Bates Nos. NW000799-812) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(cc) Civil Aviation Security, Security Directive, SD 108-01-___, September 21, 2001 (Bates Nos. NW000813-815) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(dd) Civil Aviation Security, Emergency Amendment, EA 129-01-___, September 21, 2001 (Bates Nos. NW000816-818) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(ee) Email from GOCOMM, September 21, 2001, with attachment (Bates Nos. NW000819-821) (redacted content contains mandatory counter-terrorism security measures, as well as

information derived from the Air Carrier Standard Security Program);

(ff) Email from GOCOMM, September 25, 2001, with attachment (Bates Nos. NW000822-824) (redacted content contains mandatory counter-terrorism security measures);

(gg) Email from GOCOMM, September 26, 2001 (Bates No. NW000825) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(hh) Email from GOCOMM, September 26, 2001, with attachment (Bates Nos. NW000826-835) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(ii) Email from GOCOMM, September 26, 2001 (Bates Nos. NW000836-838) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(jj) Email from GOCOMM, September 28, 2001 (Bates No. NW000839) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(kk) Email from GOCOMM, October 1, 2001 (Bates Nos. NW000840-849) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(ll) Email from GOCOMM, September 15, 2001 (Bates Nos. NW000850-855) (redacted content contains mandatory counter-terrorism security measures and reveals systemic vulnerabilities of the aviation system);

(mm) Email from GOCOMM, September 15, 2001 (Bates Nos. NW000856-869) (redacted content contains mandatory counter-terrorism security measures, including names and other identifying information, and reveals systemic vulnerabilities of the aviation system).

5. The SSI determinations made to the listed documents in paragraph Four constitute a final order for purposes of 49 U.S.C. Section 46110.

Dated: February 24, 2004.

_____
ANN BEDELL HUNT
Acting Director, Aviation Operations
Litigation Support and Special Actions Staff
Transportation Security Administration
Department of Homeland Security