AO88 (Rev 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

JOSE ROE, a minor, by MAURICIO RODRIGUEZ
BORREGO, his guardian ad litem, Plaintiff

**SUBPOENA IN A CIVIL CASE**

V.

THOMAS F. WHITE, NATHAN LOVAAS, and DOES
1 through 100, inclusive, Defendants

Case Number: C-03-4035-CRB

TO:     BANK OF AMERICA

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all documents, including but not limited to canceled checks, statements, accounting records and correspondence, concerning all accounts maintained at the Bank of America by the firm of **Arguedas, Cassman & Headley, LLP, fka Cooper Arguedas & Cassman, 5900 Hollis St., Ste. N, Emeryville, CA 94608**

| PLACE   LAW OFFICES OF DAVID REPLOGLE, APC <br> 550 Montgomery St., Ste. 550, San Francisco, CA 94111 | DATE AND TIME <br> March 16, 2004 at 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) <br> _____ Attorney for Plaintiff | DATE <br> 24 FEB 04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
LAW OFFICES OF DAVID REPLOGLE, APC
550 Montgomery St., Ste. 550, San Francisco, CA 94111     Tel: (415) 362-4700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/90) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | February 24, 2004 | Bank of America<br>345 Montgomery St., San Francisco, C |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MERCY PAULER<br>TELLER MANAGER | PERSONAL SERVICE |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DAVID REPLOGLE | Attorney for Plaintiff |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    Feb. 24, 2004
                DATE

SIGNATURE OF SERVER
DAVID REPLOGLE
550 Montgomery St., Ste. 550, San Francisco
ADDRESS OF SERVER   California 94111

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## PROOF OF SERVICE BY FACSIMILE AND MAIL

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of San Francisco, California, and not a party to the within entitled cause; my business address is 550 Montgomery Street, Suite 550, San Francisco, California.

On February 24, 2004 I served the following:

**SUBPOENA IN A CIVIL CASE (BANK OF AMERICA)**

on the interested party(ies) in said cause, by transmitting a true copy by facsimile to the number set forth below and thereafter placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, California addressed as follows:

| | |
|---|---|
| Nanci Clarence<br>Clarence, Snell & Dyer, LLP<br>899 Ellis Street<br>San Francisco, CA 94109<br>(415) 749-1694 | Attorneys for Defendant<br>Thomas F. White |
| William Berland<br>Ferguson & Berland<br>1816 Fifth St.<br>Berkeley, CA 94710<br>(510) 548-3143 | Attorneys for Defendant<br>Nathan Lovaas |
| Cristina C. Arguedas<br>Arguedas Cassman & Headley, LLP<br>5900 Hollis St., Ste. N<br>Emeryville, CA 94608<br>(510) 654-2350 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 24, 2004 at San Francisco, California.

DAVID REPLOGLE