**EXHIBITS A-P omitted**


**EXHIBITS A-P to DECLARATION OF RANDALL T. KIM IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 2 TO PRECLUDE EXPERT TESTIMONY OF DR. GILBERT KLIMAN ON CERTAIN MATTERS**

have been filed under seal

No. C-02-5570 WHA (MEJ)