Alan J. Kessel, Esq. (Cal. Bar No.: 130707)
Suzanne M. Burke, Esq. (Cal. Bar No.: 188597)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

John E. Moran, Esq. (Cal. Bar No. 94179)
Susan L. Wilson, Esq. (Cal. Bar No. 195022)
**DANNER & MARTYN, LLP**
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360
Telephone: (805) 777-8700
Facsimile: (805) 778-0736

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. C 03-05316 JSW |
| Plaintiff, | Hon. Jeffrey S. White |
| vs. | **[PROPOSED] ORDER EXTENDING TIME TO SERVE DEFENDANTS PURSUANT TO FRCP 4(m)** |
| RICHARD BRACKETT, et al. | |
| Defendants. | |

Having read and considered the Application of Plaintiff DIRECTV, Inc. ("DIRECTV") to extend the time to serve the Defendants in this matter, the Declaration in support thereof, and such other pleadings and documents deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) DIRECTV's Application is granted;

1 Case No. C 03-05316 JSW
**[PROPOSED] ORDER EXTENDING TIME TO SERVE DEFENDANTS**

OC 25659v1 03/24/2004

Dockets.Justia.com

(2) The time within which DIRECTV must serve the Complaint on all Defendants in this matter pursuant to Fed. R. Civ. P., Rule 4(m), is extended for a period of 60 days, up to and including May 24, 2004.

Dated:

_____
Judge of the United States District Court,
Eastern District of California