1 | Dale E. Barnes, Jr.
2 | BINGHAM McCUTCHEN LLP
    Three Embarcadero Center
3 | San Francisco, CA 94111

4   by placing same in sealed envelopes addressed as shown above, affixing proper first class

5   postage, and depositing them in the United States Mail at San Francisco, California.

6      I declare under penalty of perjury pursuant to Federal law and the law of the State of

7   California that the foregoing is true and correct.

8      Executed at San Francisco, California, on April 6, 2004.

               Tyler Kelly

[CV 04-00136 SBA] CERTIFICATE OF SERVICE

4