_____
LAW OFFICES OF MARY DRYOVAGE

DATE:        March 16, 2004

TO:          Mr. Joseph Maloney                    via fax: 916-554-2900
             Assistant U.S. Attorney
             Civil Division
             501 "I" Street, Suite 10-100
             Sacramento, CA 95814

RE:          Cheryl A. Koel v John Ashcroft
             9th Cir. Docket No. 04-15183; No. C-02-01289 EDL

Dear Mr. Maloney;

        In response to your March 15, 2004 letter, it is my understanding that you are requesting me to amend the transcript ordering form to add the portions of the record set forth on page 2 of your letter, which is attached. I understand that you, on behalf of defendant, will make arrangements for payment of those portions with the court reporters. If this is correct, please indicate by signing below and faxing this letter back to me at 415 593-0096. As soon as you confirm this, I will forward an amended form to the Clerk for the U.S. District Court.

        Thank you for your cooperation.

                                VERY TRULY YOURS,


                                MARY DRYOVAGE


        I, AUSA Joseph Maloney, on behalf of Defendant John Ashcroft will make arrangement for payment of the additional transcripts ordered, as set forth on page 2.


                                _____

*The information contained in this facsimile is confidential and may also be attorney-client privileged. The information is intended only for the use of the addressee. If you are not the intended recipient, or a person responsible for delivery to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address below via U.S. Mail. Thank you.*


                                                240 STOCKTON STREET
                                                SAN FRANCISCO
                                                CALIFORNIA 94108
                                                415 956-1360 ext. 321
                                                FAX 415 625-1339
                                                mdryovage@igc.org
                                                www.mdryovage.com