| | |
|---|---|
| 1<br>2 | HELANE L. MORRISON (Cal Bar No. 127752)<br>JOHN S. YUN (Cal Bar No. 112260)<br>CAROLYN A. SAMIERE (Cal Bar No. 118353) |
| 3<br>4<br>5 | Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 1100<br>San Francisco, California 94104<br>Telephone: (415) 705-2500<br>Facsimile: (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. OFSTEDAHL, ROBERT D. RUTNER and WILLIAM K. KUNCZ,<br><br>Defendants | Civil Action No. C-02-3685 JW<br><br>CERTIFICATE OF SERVICE |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age, and am not a party or counsel to a party in this action. On April 16, 2004, I served true and correct copies of the following:

**1)  PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR THE REMEDIES TRIAL AGAINST DEFENDANT MICHAEL A. OFSTEDAHL**
**2)  CERTIFICATE OF SERVICE**

I served true and correct copies via **U.S. MAIL.** I placed the sealed envelope for collection and mailing today following ordinary business practices. I am familiar with this firm's practice for

CERTIFICATE OF SERVICE
CASE NO. C-02-3685-JW

collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business. I served the documents addressed to the following:

Robert Charles Friese, Esq.
Erick Charles Howard, Esq.
Shartsis, Friese & Ginsburg LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Counsel for Michael Ofstedahl

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on April 16, 2004.


/s/ Janet L. Johnston
Janet L. Johnston

CERTIFICATE OF SERVICE
CASE NO. C-02-3685-JW                    2