Pursuant to Fed. R. Civ. P. § 41(a)(1), Trustees of Boston University, Cree Lighting Company, and AXT, Inc., and their attorneys, request that all claims and all counterclaims be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: April, 16, 2004                    WEIL, GOTSHAL & MANGES LLP


By _____
                 CHRISTOPHER COX

Attorneys for Plaintiffs
TRUSTEES OF BOSTON UNIVERSITY and CREE
LIGHTING COMPANY

Dated: April 16, 2004                     SONNENSCHEIN NATH & ROSENTHAL LLP


By _____
                 DONALD M. CARLEY

Attorneys for Defendant
AXT, INC.

**SO ORDERED:**

Dated: _____            _____
                                 Hon. Jeremy Fogel
                                 United States District Judge

STIPULATION AND ORDER FOR DISMISSAL          2          Case No. C 03-02700 JF
                                                         NY1:\1252794\01\Q%N%011.DOC\39603.0013

Dockets.Justia.com