CHARLES M. LOUDERBACK (SBN 88788)
CLARICE C. LIU (SBN 160555)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Plaintiffs
JONATHAN DEYOE AND CHARLES POUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEYOE AND CHARLES POUND,<br><br>Plaintiffs,<br><br>v.<br><br>SALOMON SMITH BARNEY, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C03 01391 JF<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>Date: April 26, 2004<br>Time: 10:30 a.m.<br>Courtroom: 3<br><br>**The Hon. Jeremy Fogel** |

1

JOINT CASE MANAGEMENT STATEMENT

1  The parties to the above-entitled action jointly submit this Joint Case Management Statement.

On July 14, 2003, Defendant Salomon Smith Barney's Motion to Compel Arbitration was heard by this Court, the Hon. Jeremy Fogel presiding. The Court subsequently issued a written Order on July 29, 2003 compelling the matter to be submitted to arbitration. Pursuant to the Court's Order, the matter has been submitted to the National Association of Securities Dealers ("NASD") for arbitration. The parties have been engaged in the process of selecting an arbitration panel. Currently, the parties are awaiting the NASD's ruling on a matter regarding the appointment of certain arbitrator.

In light of the foregoing, the parties request the Court to continue the April 26, 2004 Case Management Conference for 90 days to provide sufficient time for the completion of the NASD arbitration process.

Respectfully Submitted by,

Dated: April 14, 2004                THE LOUDERBACK LAW FIRM

                                     By:_____/s/_____
                                        Charles M. Louderback
                                        Clarice C. Liu
                                        Attorneys for Plaintiffs
                                        Jonathan Deyoe and Charles Pound

Dated: April 14, 2003                ORRICK HERRINGTON & SUTCLIFF, LLP

                                     By:_____/s/_____
                                        Robert S. Shwarts
                                        Virginia Mattos
                                        Attorneys for Defendant
                                        Salomon Smith Barney

# CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case. The Case Management Conference will be continued from January 26, 2004 to July 26, 2004.


Dated:   April 23, 2004                    UNITED STATES DISTRICT JUDGE

                                           /s/electronic signature authorized
                                           THE HON. JEREMY FOGEL

JOINT CASE MANAGEMENT STATEMENT