# MAYNARD, COOPER & GALE, P.C.

Suite 2400, AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

FACSIMILE (205) 254-1999

## FAX COVER SHEET

Date: October 8, 2002

**DELIVER TO:**

William E. Hartgering
Deb Stewart
Todd E. Thompson

**FAX NUMBER:**

(847) 424-9191
(312) 655-0644
(415) 217-5910

**FROM:** Tony G. Miller

TOTAL PAGES INCLUDING COVER PAGE: 2        SENT BY: _____

**IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES,
PLEASE CALL (205) 254-1994**

**USER NUMBER:** 9493        **FILE NO.:** 08042        **MATTER NO.:** 0013

**PLEASE NOTE:**

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and/or other confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service at our expense. Thank you.

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 AMSOUTH/HARBERT PLAZA

BIRMINGHAM, ALABAMA 35203-2618

(205) 254-1000

FACSIMILE (205) 254-1999

Tony G. Miller

e-mail address: tmiller@mcglaw.com

Direct Dial: (205) 254-1046

October 8, 2002

**VIA FAX and U.S. MAIL**

(847) 424-9191
Mr. William E. Hartgering
534 Sheridan Square
Evanston, IL 60202

(415) 217-5910
Mr. Todd E. Thompson
Howard, Rice, Nemerovski, Canady,
  Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4065

(312) 655-0644
Ms. Deb Stewart
Case Manager
JAMS
222 South Riverside Plaza, Suite 1850
Chicago, Illinois 60606

RE: *Misha Consulting v. Source Medical*

Dear Sir and Madam:

I received this morning instructions from my client, Source Medical Solutions, to cancel the mediation scheduled before Mr. Hartgering on Friday, October 11. Because it sees no possibility of resolving this matter short of litigation, my client has determined that it must terminate the mediation process.

I apologize for any inconvenience associated with the termination.

Very truly yours,

Tony G. Miller

TGM/bg