# CHRISTOPHER REAM

## *Legal Counsel*

2600 El Camino Real, Suite 410
Palo Alto, California 94306-1719

Telephone: 1–650–424–0821
Facsimile: 1–650–856–8448
Email: ream@reamlaw.com

April 22, 2004

HAND DELIVERED

Robert Nielsen
835 Webster Street, Apartment A
Palo Alto, CA  94301

     Re:   Notice to Vacate Temporarily

Dear Mr. Nielsen:

     As you know, I am one of the attorneys for James S. Tyler, the managing owner of the apartment building located at 835 Webster Street, Palo Alto.  You are currently residing in Apartment A of that apartment building.

     On April 5, 2004, the United States District Court issued its Order in the case of *Nielsen* v. *Tyler, et al.* that you must temporarily leave the premises so the owners may fumigate and make repairs.  We need you to vacate the premises by **not later than Wednesday, May 5, 2004** so the owners can fumigate the building shortly thereafter.  The owners will take the entire ground floor of the apartment building off the market, and after the fumigation, will have extensive repairs and renovations done to all three ground floor apartments.  If anyone is living with you in Apartment A, then he or she must also vacate with all of their personal belongings by not later than May 5, 2004.

     As soon as the work is completed on the three ground floor apartments, they will be placed back on the rental market.  At that time, you will be given the opportunity, along with the rest of the public, to enter into a lease for Apartment A, or even Apartment B or Apartment C if you would prefer either of those.

Dockets.Justia.c

Robert Nielsen
April 22, 2004
Page 2

**Please confirm to me in writing** promptly that you, and your co-inhabitant, if any, will vacate Apartment A by not later than Wednesday, May 5, 2004, and will remove all personal belongings by that date so we can proceed with firming up the scheduling for the fumigation and the subsequent repairs and renovations.

Very truly yours,

Christopher Ream

CR:mg

cc:  Heidi Li, Esq.
     James S. Tyler
     Jeffrey F. Ryan, Esq.
     (*all via email and U.S. Mail*)