**EXHIBIT 1**

# TAYLOR & GOINS LLP

## The Business Lawyers™

1330 Broadway, Suite 1701  
Oakland, CA 94612  
wtaylor@thebusinesslawyers.com

Phone: 510.893.9465  
Fax: 510.893.4228  
vgoins@thebusinesslawyers.com

May 4, 2004

<u>VIA HAND DELIVERY</u>

Byron C. Thompson, Esq.  
Law Offices of Byron C. Thompson  
1714 Franklin Street, Suite 350  
Oakland, CA 94612

Re: East Coast Foods, Inc. v. Wilson, et al.  
United States District Court Case No. C 04 1734 VRW  
Notice of Hearing on Request for Temporary Restraining Order and OSC

Dear Mr. Thompson:

Please be advised that plaintiff East Coast Foods, Inc. ("ECF") will, on Thursday, May 6, 2004 at 2:00 p.m. in courtroom 6 of the above referenced court located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, seek a Temporary Restraining Order against your clients Michael Wilson, Julian Heard and Derreck Johnson ("defendants"), restraining them from using the service mark of "Roscoe's" in connection with their restaurant business.

As shown in the Complaint and moving papers served with this letter, the said application will be made on the ground that defendants' use of the name "Roscoe's" in connection with their "Roscoe's Chicken N Waffles" restaurant in Oakland impermissibly infringes upon plaintiff's registered and protected trade and service marks.

If you have any questions, please do not hesitate to call me.

Sincerely yours,  
TAYLOR & GOINS LLP

N. Maxwell Njelita

nmn.lit.thompson.doc