Vaughn R. Walker
United States District Judge
United States District Court

## **STANDING ORDERS**

1. Counsel are expected to consult and comply with all provisions of the Local Rules relating to continuances, Motions, and all other matters.

2. The court will not entertain formal motions to compel disclosure or discovery without prior leave of court. Discovery disputes, should be brought to the court's attention by: (1) arranging a telephone conference with the court and all parties scheduled by the court, or (2) a letter not exceeding <u>two</u> pages, with copies served on all parties, alerting the court to the dispute and suggesting a means for its prompt resolution. Such a letter need not contain argument on the dispute; the court will contact the parties to resolve the dispute. The court prefers any such telephone conference to be reported, but will proceed without a court reporter with the parties' consent.

3. Counsel need not reserve a Motion hearing date with the court. A pre-recorded listing of the court's Law & Motions schedule with available hearing dates and times can be obtained by calling (415) 522-2039 or via internet at *www.cand.uscourts.gov.*

4. LAW & MOTION CALENDAR (Courtroom 6, 17th Floor):
   **CIVIL (Thursday):**
      **2:00 PM - Civil Motions**
      **3:30 PM - Case Management, Pretrial & Status Conferences**

   **CRIMINAL (Tuesday):**
      **2:30 PM - All Proceedings**

5. Counsel may, but are not required to, send a courtesy copy of voluminous e-filed documents and their attachments to chambers.

6. To obtain a copy of court order or other court documents, please call (415) 522-2063 for civil cases; or (415) 522-2093 for criminal matters.