IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDY LUE MOORE, individually; SANDY LUE MOORE, individually and doing business as RG CONSTRUCTION; and RG CONSTRUCTION,<br><br>Defendants. / | No. C 04-00725 CRB<br><br>**JUDGMENT** |

The Court having granted plaintiffs' motion for a default judgment by Order dated May 28, 2004, it is hereby ordered that judgment be entered in favor of plaintiffs and against all defendants in the total amount of $20,487.54. In addition, the Court confirms the Board of Adjustment Award dated September 10, 2003 and orders defendants to submit to an audit of their books and records pursuant to the Trust Agreements and to pay all amounts found due and owing as a result of the audit. This Court shall retain jurisdiction of this matter to enforce the order compelling an audit.

**IT IS SO ORDERED.**

Dated: May 28, 2004

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0725\judgment.wpd