1   Matthew T. Powers (SBN 124493)
    SIDLEY AUSTIN BROWN & WOOD LLP
2   555 California Street, Suite 5000
    San Francisco, CA 94104-1715
3   Telephone: (415) 772-1200
    Facsimile: (415) 397-4621
4
    David T. Pritikin (*Pro Hac Vice*)
5   Hugh A. Abrams (*Pro Hac Vice*)
    Lisa A. Schneider (*Pro Hac Vice*)
6   Stephanie P. Koh (*Pro Hac Vice*)
    SIDLEY AUSTIN BROWN & WOOD LLP
7   10 S. Dearborn Street
    Chicago, IL  60603
8   Telephone: (312) 853-7000
    Facsimile: (312) 853-7036
9
    Attorneys for Defendant
10  CORDIS NEUROVASCULAR, INC.

11

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15
    BOSTON SCIENTIFIC CORPORATION     )   Case No. C 02 1474 JW (RS)
16  and TARGET THERAPEUTICS, INC.,    )
                                      )   **[PROPOSED] ORDER GRANTING**
17              Plaintiffs,           )   **DEFENDANT CORDIS' MOTION FOR**
                                      )   **LEAVE TO AMEND ITS FINAL**
18       vs.                          )   **INVALIDITY CONTENTIONS**
                                      )
19  CORDIS CORPORATION,               )   Hearing Date: August 16, 2004
                                      )   Time: 9:00 a.m.
20              Defendant.            )   Place: Courtroom of the Hon. James Ware
                                      )
21  _____  )

22

23

24

25

26

27

28

Dockets.Justia.com

# [PROPOSED] ORDER

This matter came regularly before this Court on the motion of defendant Cordis Neurovascular, Inc. for leave to amend its Final Invalidity Contentions.

Good cause appearing;

IT IS HEREBY ORDERED THAT defendant Cordis' Motion for Leave to Amend Final Invalidity Contentions is GRANTED.

Dated: _____          _____
                                        Honorable James Ware
                                        United States District Court Judge
                                        Northern District of California

SF1 1396799v1