

# GONSALVES & STRONCK
Construction Company Inc.

June 15, 2004

To Whom It May Concern:

This will confirm that as of June 15, 2004 we have appointed Woodruff-Sawyer & Co. as our exclusive broker regarding the above. The appointment of Woodruff-Sawyer & Co. rescinds all previous appointments and the authority contained herein shall remain in force until canceled in writing.

This letter constitutes your authority to furnish Woodruff-Sawyer & Co.'s representatives with all information they may request as it pertains to all policies and contracts for coverage past, present, and future, and all data they may wish to obtain for their study of our past, present, and future requirements. We understand that they will not share responsibility for any deficiencies in the present or past programs.

Further, we wish this authorization to extend to all information they request for their study of our past, present, and future claims activity.

We request that you waive your customary broker recision period to expedite matters.

Sincerely,

GONSALVES & STRONCK CONSTRUCTION COMPANY, INC.

William Stronck
President

Cc: misccontactdata
    Ltr5

---

- 1000 Washington Street, San Carlos, CA 94070-5319 • TEL: 650/802-2960 • FAX: 650/802-2970 • Lic. 672769 •
- E-MAIL: (contact person)@gs-construction.com •