Levitte v. Google Inc.                                                                                                          Doc.

1  JARED BOBROW (Bar No. 133712)
   NICHOLAS BROWN (Bar No. 198210)
2  DAVID POLLOCK (Bar No. 217546)
   WEIL, GOTSHAL & MANGES LLP
3  Silicon Valley Office
   201 Redwood Shores Parkway
4  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  Attorneys for Plaintiff
   Neothermia Corporation

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  NEOTHERMIA CORPORATION,              **Case No. C-03-4277 (VRW)**

12                    Plaintiff,          **NOTICE OF MANUAL FILING OF
                                          EXHIBITS TO THE CONFIDENTIAL
13       v.                               DECLARATION OF PHILIP E. EGGERS
                                          IN SUPPORT OF NEOTHERMIA'S
14  RUBICOR MEDICAL, INC.,                OPPOSITION TO RUBICOR'S MOTION
                                          FOR SUMMARY JUDGMENT ON
15                    Defendant.          NEOTHERMIA'S CLAIMS FOR BREACH
                                          OF CONTRACT**
16

17                                        **EXHIBIT A:  NONDISCLOSURE
18                                        AGREEMENT (7/24/98);**

19                                        **EXHIBIT B:  OVERVIEW OF
                                          NEOTHERMIA CORPORATION (7/27/98);**
20
                                          **EXHIBIT C:  LETTER FROM PHILIP
21                                        EGGERS TO JAMES VETTER (7/27/98);**

22                                        **EXHIBIT D:  LETTER FROM PHILIP
23                                        EGGERS TO JAMES VETTER (9/24/98);**

24                                        **EXHIBIT E:  MEMORANDUM FROM
                                          PHILIP EGGERS (10/24/97)**
25  ──────────────────────────────
    AND RELATED COUNTERCLAIMS
26  ──────────────────────────────

27           **LODGED WITH REQUEST TO B E FILED UNDER SEAL**

28       **Contains Highly-Confidential Material Under The Protective Order**

MANUAL FILING NOTIFICATION                                    Case No. C-03-4277 (VRW)

Dockets.Justi

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS A, B, C, D, AND E to the CONFIDENTIAL DECLARATION OF PHILIP E. EGGERS IN SUPPORT OF NEOTHERMIA'S OPPOSITION TO RUBICOR'S MOTION FOR SUMMARY JUDGMENT ON NEOTHERMIA'S CLAIMS FOR BREACH OF CONTRACT.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___    Voluminous Document (PDF file size larger than efiling system allowances)

___    Unable to Scan Documents

___    Physical Object (description): _____

_____

___    Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

XX    Items Under Seal

___    Conformance with the Judicial Conference Privacy Policy (General Order 53)

___    Other (description): _____

Dated: July 15, 2004                        Jared Bobrow
                                            Nicholas Brown
                                            David Pollock
                                            WEIL, GOTSHAL & MANGES LLP

                                            By: ___ /s/ Nicholas Brown _____
                                                    Nicholas Brown
                                                    Attorneys for Plaintiff

                                            NEOTHERMIA CORPORATION