## DECLARATION OF SERVICE BY MAIL

am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson and Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

On July 28, 2004, I served the following documents by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, CA 94105, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Documents served:

1    Request to Enter Default; and

2.    Declaration of Stephen A. Sommers in Support of Request to Enter Default.

I declare under penalty of perjury that the foregoing is true and correct.

Dated on July 28, 2004, at San Francisco, California.

By: /s/ Anna Lee

| | |
|---|---|
| Timothy Charles Murphy, individually and doing business as Murphy Construction and Plastering, a California partnership 2179 Yellowstone Avenue Tracy, CA 95377 | Murphy Construction and Plastering, a California partnership 2179 Yellowstone Avenue Tracy, CA 95377 |
| Garett Kevin Murphy, individually and doing business as Murphy Construction and Plastering, a California partnership 2179 Yellowstone Avenue Tracy, CA 95377 | |

REQUEST TO ENTER DEFAULT
Case No. C 04 1559 EDL