Levitte v. Google Inc. Doc. 1679

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLETON COOK,<br><br>                  Plaintiff,<br><br>v.<br><br>DON HORSLEY, Sheriff,<br>                  Defendant.<br>_____/ | Case Number: C 04-01821 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2004, I SERVED a true and correct copy(ies) of the order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Superior Court
Hall of Justice & Records
400 County Center
Redwood City, CA 94063


Dated: August 17, 2004                             Richard W. Wieking, Clerk

                                                                       By: /s/DawnToland
                                                                         Deputy Clerk

Dockets.Justia.com