| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| | THOMAS J. FRIEL, JR. (80065) |
| 2 | BRIAN E. MITCHELL (190095) |
| | KENNETH B. OPLINGER (219095) |
| 3 | One Maritime Plaza, 20th Floor |
| | San Francisco, CA 94111-3580 |
| 4 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 951-3699 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | LASER DESIGN INTERNATIONAL, LLC and NORWOOD |
| 7 | OPERATING COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, LLC and NORWOOD OPERATING COMPANY, | Lead Case No. C 03-1179 JSW<br>Consolidated with No. C 03-3905 JSW |
| Plaintiffs, | **MANUAL FILING RE EXHIBITS C AND D TO DECLARATION OF BRIAN E. MITCHELL IN SUPPORT OF PLAINTIFFS' REPLY CLAIM CONSTRUCTION BRIEF** |
| v. | |
| BJ CRYSTAL, INC., a California corporation; CRYSTAL MAGIC, INC., a Florida corporation; U.C. LASER, INC., a New Jersey corporation; VITRO LASER GROUP U.S.A., INC., a Nevada corporation; JIMAC MARKETING, INC., a Canadian corporation; CONCORD INDUSTRIES, INC., a Connecticut corporation; C. STIEFELMAYER GMBH & Co. KG, a German limited liability partnership; CERION GMBH, a German limited liability company; CRYSTAL CAPTURE INC., a Texas corporation; CRYSTAL CAPTURE INTERNATIONAL, LLC, a Nevada limited liability company; G.W. PARTNERS INTERNATIONAL, INC., a California corporation; HIRSCH GIFT INC., a Texas corporation; VISIONS IN CRYSTAL, INC., a California corporation; VITRO LASER GMBH, a German limited liability company; VITRO INTERNATIONAL, LLC, a Nevada limited liability company; VITRO USA, LLC, a Nevada limited liability company; MERITAGE GRAPHICS, INC., a Nevada corporation; 3DLI, Inc., a Nevada corporation; and DOES 1-20, | **HEARING DATE:** NOVEMBER 9, 2004<br>**TIME:** 2:00 P.M.<br>**JUDGE:** JEFFREY S. WHITE<br>**LOCATION:** COURTROOM 2 |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

910254 v1/SF
J$C%01!.DOC

1.

MANUAL FILING NOTIFICATION
CASE NO. C03 01179 JSW

Dockets.Justia.com

Defendants.

AND RELATED COUNTERCLAIMS

## MANUAL FILING NOTIFICATION

Regarding: Exhibits C and D to the Declaration of Brian E. Mitchell in Support of Plaintiffs' Reply Claim Construction Brief

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_X_ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

Dated: August 23, 2004

COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
BRIAN E. MITCHELL (190095)
KENNETH B. OPLINGER (219095)


/s/
Brian E. Mitchell
Attorneys for Plaintiffs
Laser Design International, LLC and Norwood Operating Company

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

910254 v1/SF
J$C%01!.DOC

2.

MANUAL FILING NOTIFICATION
CASE NO. C03 01179 JSW

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, California 94111-3580. On the date set forth below I served the documents described below in the manner described below:

1. Manual Filing Notification Re Exhibits C and D to the Declaration of Brian E. Mitchell in Support of Plaintiffs' Reply Claim Construction Brief **(Via E-mail)**

2. Exhibits C and D to the Declaration of Brian E. Mitchell in Support of Plaintiffs' Reply Claim Construction Brief **(Via U.S. Mail)**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the undersigned.

on the following part(ies) in this action:

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

910254 v1/SF
J$C%01!.DOC

3.

MANUAL FILING NOTIFICATION
CASE NO. C03 01179 JSW

| | |
|---|---|
| 1 | Kenneth B. Wilson |
| 2 | Lisa Kobialka<br>Amanda M. Fox |
| 3 | Perkins Coie LLP<br>180 Townsend Street, 3rd Floor |
| 4 | Menlo Park, CA 94025 |
| 5 | David W. Affeld<br>Law Offices of David W. Affeld, A.P.C. |
| 6 | 333 South Grand Avenue, Suite 4270<br>Los Angeles, California 90071 |
| 7 | Executed on August 23, 2004, at San Francisco, California. |

                                               /s/_____
                                                     Faye Nyland

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

910254 v1/SF
J$C%01!.DOC

4.

MANUAL FILING NOTIFICATION
CASE NO. C03 01179 JSW