UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Tilcock et al,

        Plaintiff,

  v.

Knowledge Learning Corporation and Children's et al,

        Defendant.

Case Number: CV04-03551 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. McGlamery
Law Offices of James E. McGlamery
555 Capitol Mall
Suite 600
Sacramento, CA 95814

Dated: August 27, 2004        /s/ Karen L. Hom
                                    Richard W. Wieking, Clerk
                                    By: Karen Hom, Deputy Clerk