UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA WINE COMPANY,

Plaintiff(s),

v.

KNIGHTSBRIDGE FINE WINES, INC.,

Defendant(s).

No. C -04-1902-EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 7, 2004

Signature  Ryan D. Fischbach

Counsel for Knightsbridge Fine Wines, Inc.
(Plaintiff, Defendant or indicate "pro se")

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
| 3 | ) ss |
| 4 | COUNTY OF LOS ANGELES ) |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Jenkens & Gilchrist, LLP, 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On September 8, 2004, I served the within document:

**DISPUTE RESOLUTION PROCEDURES
IN THE NORTHERN DISTRICT OF CALIFORNIA**

☐     I sent such document from facsimile machine on _____, 2004. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

X     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Richard Van Duzer (SBN: 136205)
FARELLA BRAUN & MARTELL LLP
Attorneys for Plaintiff
235 Montgomery Street
San Francisco, CA 94104

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

LOSANGELES 269358v1 59134-00001

1 | I declare that I am employed in the office of a member of the bar of
2 | this court whose direction the service was made.

3 | Executed on September 8, 2004, at Los Angeles, California.

*[signature]*
Lisa M. Lovullo