Levitte v. Google Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 1932

E-filing

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DONOVAN JONES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:


C 04 3370

V.

CATALINA RESTAURANT GROUP, INC.
d.b.a. COCO'S BAKERY RESTAURANT
Does One through Ten, inclusive

TO:

CATALINA RESTAURANT GROUP, INC.
d.b.a. COCO'S BAKERY RESTAURANT
5780 FLEET ST., SUITE 250
CARLSBAD, CA 92008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

MICHAEL M. HERRICK
HERRICK LAW OFFICES
1750 MONTGOMERY ST., SUITE 1104
SAN FRANCISCO, CA 94111-1063

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 17 2004

CLERK　　　　　　　　　　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK

Dockets.Justia.com