I, PAUL PLEVA, declare as follows:

1. The facts stated herein are true and correct based upon my personal knowledge. If called as a witness, I could and would competently testify as stated below.

2. I am the Director of Publications for Florists Transworld Delivery, Inc. As part of my job responsibilities, I am responsible for overseeing the retention of FTD's membership records. FTD tracks changes made to FTD florist memberships and keeps records of these changes in the course of its regularly conducted business activity.

3. Attached as Exhibit A to my declaration is a true and correct copy of Montevideo Greenhouse's termination of its FTD membership. This is part of the membership records that I oversee and I am personally familiar with how to read this document. This document reflects that Montevideo Greenhouse, located in Montevideo, MN, terminated its membership on Friday, November 22, 2002.

4. Attached as Exhibit B to my declaration is a true and correct copy of Heather Floral and Greenhouses' termination of its FTD membership. This document is also part of the membership records that I oversee and I am personally familiar with how to read this document. This document reflects that Heather Floral and Greenhouses, located in Montevideo, MN, terminated its FTD membership on Friday, November 29, 2002.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September 2004, in Downers Grove, Illinois.

By: 
PAUL PLEVA

SFI-514505v1

2

DECL. OF PAUL PLEVA IN SUPP. OF DEF. FTD'S OPP'N TO SUMM. J.
C-03-5858 JW