```
 1   William Sloan Coats (Bar No. 94864)
     Vickie L. Feeman (Bar No. 177487)
 2   Gabriel M. Ramsey (Bar No. 209218)
     Cynthia A. Wickstrom (Bar No. 209320)
 3   Tarek J. Helou (Bar No. 218225)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
 4   1000 Marsh Road
     Menlo Park, CA  94025
 5   Telephone:  (650) 614-7400
     Facsimile:   (650) 614-7401
 6
     Attorneys for Plaintiff
 7   Gracenote, Inc.

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12                                      CASE NO.  C 02-3162 CW
     GRACENOTE, INC., a Delaware
13   corporation,                       GRACENOTE'S DISCLOSURE OF
                                        ASSERTED CLAIMS AND FINAL
14              Plaintiff,              INFRINGEMENT CONTENTIONS
                                        PURSUANT TO PATENT LOCAL
15        v.                            RULE 3-6

16   MUSICMATCH, INC., a Washington
     corporation,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28
```

ORRICK,
HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

GRACENOTE'S DISCLOSURE OF ASSERTED CLAIMS AND
FINAL INFRINGEMENT CONTENTIONS  CASE NO. C 02-
3162 CW

Plaintiff Gracenote, Inc. ("Gracenote") hereby makes the following Disclosure of Asserted Claims and Final Infringement Contentions pursuant to Patent L.R. 3-6.

## I. Patent Local Rule 3-1(a) Identification of Infringed Claims

Gracenote, in its First Amended Complaint, identified two U.S. patents which it asserts that Defendant MusicMatch, Inc. ("MusicMatch") infringes (the patents-in-suit):

| U.S. Patent No. | Title |
|---|---|
| 6,230,192 | Method And System For Accessing Remote Data Based On Playback Of Recordings |
| 6,330,593 | System For Collecting Use Data Related To Playback Of Recordings |

Pursuant to Local Rule 3-1(a), Gracenote discloses the following claims of the patents-in-suit, which are infringed by MusicMatch:

| U.S. Patent No. | Asserted Claim(s) |
|---|---|
| 6,230,192 | 10, 12, 18, 26, 45, 58 |
| 6,330,593 | 1, 2, 3, 4, 5, 6, 22, 35, 37, 41, 62, 68, 69, 70, 85, 93, 95, 96 |

## II. Patent Local Rule 3-1(b) Identification of Accused Instrumentalities

Pursuant to Patent Local Rule 3-1(b), Gracenote discloses the following accused apparatus, product, device, process, method, act or other instrumentality of MusicMatch ("Accused Instrumentality"), which infringes the above disclosed claims of the patents-in-suit, either literally, contributorily or by inducing infringement, or by the doctrine of equivalents:

| Claim(s)/U.S. Patent No. | Accused Instrumentality |
|---|---|
| 10/6,230,192 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 12/6,230,192 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 18/6,230,192 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |

| | | |
|---|---|---|
| 1 | 26/6,230,192 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 2 | | |
| 3 | 45/6,230,192 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 4 | | |
| 5 | 58/6,230,192 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 6 | | |
| 7 | | |
| 8 | 1/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 9 | | |
| 10 | 2/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 11 | | |
| 12 | 3/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 13 | | |
| 14 | 4/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 15 | | |
| 16 | 5/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 17 | | |
| 18 | 6/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 19 | | |
| 20 | 22/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 21 | | |
| 22 | 35/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 23 | | |
| 24 | 36/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 25 | | |
| 26 | 37/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 27 | | |
| 28 | 41/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 |

|   |   |
|---|---|
|   | and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 62/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 68/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 69/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 70/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 85/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 93/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 95/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |
| 96/6,330,593 | MUSICMATCH Jukebox client software versions 7.1, 7.2, 7.5, 8.0 and 8.1, in combination with the MUSICMATCH Jukebox server-side software |

III. **Patent Local Rule 3-1(c) Correlation of Elements of Asserted Claims and Accused Instrumentalities, Including Elements Governed by 35 U.S.C. § 112(6)**

The Expert Report of Andy Johnson-Laird, served 2/17/03, included tables in the body of the report, as well as in the exhibits attached to that report, which show where each element of each asserted claim is found within each Accused Instrumentality. The Expert Report of Andy Johnson-Laird is incorporated herein in its entirety.

IV. **Patent Local Rule 3-1(d) Characterization of Infringement by Accused Instrumentalities**

Gracenote asserts that each element of each asserted claim is infringed literally by the Accused Instrumentalities. Should MusicMatch assert that any claim is not literally infringed by

ORRICK,
HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

GRACENOTE'S DISCLOSURE OF ASSERTED CLAIMS
AND FINAL INFRINGEMENT CONTENTIONS CASE No.
C 02-3162 CW

the Accused Instrumentalities, Gracenote reserves the right to argue that it is infringed under the Doctrine of Equivalents.

V. **Patent Local Rule 3-1(e) Priority Date(s) for Asserted Claims**

United States Patent No. 6,230,192 claims priority to March 28, 1996. Gracenote contends that each asserted claim in the '192 patent is entitled to this priority date. United States Patent No. 6,330,593 claims priority to May 15, 1996. Gracenote contends that each asserted claim in the '593 patent is entitled to this priority date.

VI. **Patent Local Rule 3-1(f) Identification of Products, Devices or Other Instrumentalities**

Gracenote's CDDB[2] service, in conjunction with products and services of its licensees, including both hardware and software components, embody Gracenote's claimed inventions, incorporating or reflecting all of the asserted claims of the patents-in-suit.

Dated: March 3, 2004

WILLIAM SLOAN COATS
VICKIE L. FEEMAN
GABRIEL M. RAMSEY
CYNTHIA A. WICKSTROM
TAREK J. HELOU
Attorneys for Plaintiff
Gracenote, Inc
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Vickie L. Feeman
Attorneys for Plaintiff, Gracenote, Inc.

ORRICK,
HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -

GRACENOTE'S DISCLOSURE OF ASSERTED CLAIMS
AND FINAL INFRINGEMENT CONTENTIONS  CASE NO.
C 02-3162 CW