UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Scognamillo et al,

        Plaintiff,

  v.

Credit Suisse First Boston Corporation et al,

        Defendant.

Case Number: CV03-02061 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don Bivens
Meyer Hendricks & Bivens, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, AZ 85012-2915

Jennifer L. Hadley
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Joel P. Hoxie
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Justin S. Anand
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006-1470

Maureen Beyers
Osborn Maledon, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012-2784

Mitchell A. Lowenthal
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006-1470

Paul L. Stoller
Meyer Hendricks & Bivens, P.A.
3003 North Central Avenue
Suite 1200
Phoenix, AZ 85012-2915

Quinton F. Seamons
Beus Gilbert PLLC
4800 North Scottsdale Road
Suite 6000
Scottsdale, AZ 85251

Richard F. Ziegler
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006-1470

Stephen S. Mayne
Steefel Levitt & Weiss
One Embarcadero Center, 30th Floor
San Francisco, CA 94111

Dated: September 21, 2004

                                                Richard W. Wieking, Clerk
                                                By: R.B. Espinosa, Deputy Clerk