# ATTACHMENT

1 | **ORDER**
2 |
3 | Having reviewed the foregoing stipulation and good cause appearing therefor, IT
4 | IS ORDERED that: (1) the hearing of Lancôme Parfums et Beaute & Cie's Motion to
5 | Dismiss for Lack of Personal Jurisdiction is continued to December 3, 2004 at 9:00 a.m.
6 | in Courtroom 6 of the United States District Court for the Northern District of California,
7 | San Jose Division; (2) Bare Escentual's opposition, if any, to Lancôme Parfums et Beaute
8 | & Cie's Motion to Dismiss for Lack of Personal Jurisdiction must be filed and served on
9 | or before November 12, 2004; (3) Lancôme Parfums et Beaute & Cie's reply, if any, in
10 | support of its motion to dismiss for lack of personal jurisdiction must be filed and served
11 | on or before November 19, 2004; and (4) the Stipulation to Continue the Hearing of
12 | Defendant Lancôme Parfums et Beaute & Cie's Motion to Dismiss for Lack of Personal
13 | Jurisdiction and to Continue Corresponding Deadlines is not deemed an appearance by
14 | Lancôme Parfums et Beaute & Cie before this Court for purposes of personal
15 | jurisdiction.

DATED: _____, 2004

_____
The Honorable Ronald M. Whyte
United States District Court Judge