PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ROBERT G. CUMMINGS (SBN 204438)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Plaintiff
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VORRIS BLANKENSHIP,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AS ADMINISTRATOR AND FIDUCIARY OF THE KPMG EMPLOYEE LONG-TERM DISABILITY PLAN AND THE KPMG EMPLOYEE LONG-TERM DISABILITY PLAN,

Defendant.

Case No. 03-1132 SC

**DECLARATION OF JEANNE M. SASEK IN SUPPORT OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO AMEND OR ALTER THE JUDGMENT**

Date: November 19, 2004
Time: 10:00 a.m.
Dept.: Courtroom No. 1.

**The Honorable Samuel Conti**

Levitte v. Google Inc. Doc. 2163

I, JEANNE M. SASEK, declare:

1. I am employed as a manager in the group benefits department of KPMG. I have personal knowledge of the matters stated in this declaration, and could competently testify to same if called upon as a witness to do so.

2. I am familiar with the practices and policies of KPMG regarding leave of absences and retirement.

3. According to KPMG employee policy, employees who are on medical leave and do not return to work within two years are terminated. The termination does not affect the

Dockets.Justia.com

09/20/2004 15:19 FAX 212 909 5685 KPMG LLP 005/005
SEP-20-2004 16:01 KPMG COMPENSATION & BENIF 201 307 7056 P.03/03

continuation of any group insurance benefits or entitlement to post-retirement benefits.

4. Vorris Blankenship took a leave of absence from KPMG in 1998. His employment with KPMG was subsequently terminated on September 12, 2000, after a two year leave of absence.

5. Mr. Blankenship's termination of his employment at KPMG was unrelated to Liberty Life Assurance Company of Boston's discontinuation of his disability income benefits. He would have been terminated after two years even if disability benefits were still being paid at the time of his termination.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 20th day of September, 2004 at Montvale, New Jersey.

Jeanne M. Sasek

Jeanne M. Sasek

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/359915.1/RGC

- 2 -

DECL. OF JEANNE M. SASEK IN SUPPORT OF MOTION TO AMEND OR ALTER THE JUDGMENT - CASE NO. C03 1132 SC

TOTAL P.03