MANUAL FILING NOTIFICATION

Regarding: **DECLARATION OF JOCELYN BURTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PORTIONS OF THE COMPLAINT PURSUANT TO 12(b)(1) AND 12 (b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

This filing was not efiled for the following reason(s):

    _X_ Voluminous Document (PDF file size larger than the efiling system allows)

    ___ Unable to Scan Documents

    ___ Physical Object (description): _____

        _____

    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

    ___ Item Under Seal

    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

    ___ Other (description): _____

        _____

Dockets.Justia.com