LEONIDOU & ROSIN
Professional Corporation
JANETTE G. LEONIDOU (SBN 155257)
SLOAN C. BAILEY (SBN 188113)
DAVID COUNTRYMAN (SBN 226995)
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134
Telephone: (415) 715-2860
Facsimile: (415) 715-2870

Attorneys for Plaintiff
SVALA CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVALA CONSTRUCTION, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ZURICH NORTH AMERICAN, a business entity, form unknown; COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a purported Maryland corporation; and DOES 1 through 75, inclusive,<br><br>    Defendants. | Case No.: C 04-00262 MJJ<br><br>[Alameda County Superior Court Case No. HG04136312 filed January 14, 2004]<br><br>DECLARATION OF DAVID COUNTRYMAN<br><br>Date:      November 16, 2004<br>Time:     9:30 a.m.<br>Courtroom: 11 |

I, David Countryman, declare:

    1.    I am an associate at Leonidou & Rosin, a professional corporation, attorneys of record for Svala Construction, Inc. I am admitted to practice before the courts of the State of California. I make this declaration of my own knowledge and if called to do so, I could and would testify competently as to the matters set forth herein.

    2.    Along with its other records maintained in the regular course of business, Svala's file contains a letter dated November 24, 2003 from Paul Eaves, claims counsel for Zurich North

///

1

DECLARATION OF DAVID COUNTRYMAN

S:\ALRDOCS\30206\2\00058906.DOC

America ("Zurich"). Attached hereto as Exhibit A is a true and correct copy a letter from Paul Eaves dated November 24, 2003.

3. In that letter, Zurich admits that it is the parent company of Fidelity & Deposit Company of Maryland.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 26, 2004

_____
David Countryman

EXHIBIT A


# ZURICH

Zurich North America
Surety & Financial Claims
3910 Keswick Road
Baltimore, MD 21211

Phone: (888) 320-9659 ext. 8
Fax: 877-812-5754

November 24, 2003

Svala Construction, Inc.
1274 Vermont Street
San Francisco, CA 94110

RE: Bond: 08170219
Principal: LIS Electrical, Inc.
Claimant: Svala Construction, Inc.
Project: Electrical Work Modernization at Irvington High School
Claim#: 6508

Dear Gentleman:

Please be advised that Zurich North America, parent company of Fidelity & Deposit Company, Mountbatten Surety Company and Colonial American Casualty and Surety Company, the undersigned will be taking over the handling of this claim. This will acknowledge receipt of your claims for $225,000.00 for labor and/or materials furnished concerning the above referenced project-involving LIS Electrical, Inc.

You will please find enclosed three (3) Proof of Claim forms for your use in documenting your claim against our Bond. These forms should be completed in as much detail as possible on the face of the forms themselves with documentation supporting your claim attached to each form. Documentation supporting your claim in this instance would include copies of any subcontracts, signed purchase orders, signed invoices, signed delivery tickets, etc. In addition, please provide the last date that your company either performed the work or supplied materials claimed for on these projects. Please note that these forms must be notarized. Upon completion, two of these forms should be returned to my attention; the third form is for your own records.

Please be advised that this action is taken at this time without waiver of or prejudice to any of the rights and defenses, past or present, known or unknown, which either Zurich North America or LIS Electrical, Inc. may have in this matter.

Very truly yours,
Zurich North America
Surety and Financial Claims

Paul Eaves, Claims Counsel

Enclosures:

cc LIS Electrical, Inc..
3254-19th Street
San Francisco, CA 94110