THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Michael P. Murphy, Chief Deputy (SBN 83887)
By: Miruni Soosaipillai, Deputy (SBN 180619)
By: Timothy Fox, Deputy (SBN 190084)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4747
Fax: (650) 363-4034

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR BRAUN, ANDREA BRAUN and the OSCAR BRAUN TRUST DATED 1996, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO<br><br>Defendants. | Case No. CV 03-03415 MJJ<br><br>**DECLARATION OF MICHAEL P. MURPHY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION** |

I, MICHAEL P. MURPHY, DECLARE AS FOLLOWS:

I am an attorney admitted to practice before this court, and am a Chief Deputy County Counsel for the County of San Mateo, attorneys for the defendant in this case. I have personal knowledge of the following facts, and if called to testify to these facts I could and would competently do so.

1. On October 7, 2002, plaintiffs Andrea Braun, Oscar Braun, Half Moon Bay Coastside Foundation and Bernie Neves filed an action in mandamus in Superior Court for the County of San Mateo. The lawsuit, entitled *Half Moon Bay Coastside Foundation, et al., v. County of San Mateo*, Case No. CIV 426174, arose out of the same actions of the San Mateo County Board of Supervisors as are challenged in the within action. Among other things, the state lawsuit challenged the amount of permit and investigation fees determined by the County.

Case No. CV 03-03415 MJJ

DECLARATION OF MICHAEL P. MURPHY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION

2. On July 2, 2004, the plaintiffs in the State lawsuit and the County entered into a Settlement Agreement resolving all claims in that action. A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A. Paragraph 1 of the Settlement Agreement provides for the payment by plaintiffs to defendant of the sum of $12,000 in "full payment of all permit and investigation fees, for each and every permit which is the subject of this action, including planning permits, building permits and environmental health permits."

3. Plaintiffs have paid the $12,000 amount required by paragraph 1 of the Settlement Agreement, the Settlement Agreement has never been rescinded, and it remains in full force and effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 26, 2004 at Redwood City, CA.

Dated: October 26, 2004                THOMAS F. CASEY III, COUNTY COUNSEL


By: _____/s/_____
    Michael P. Murphy, Chief Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO