1   JOHN P. KERN (CSB # 206001)
    PERKINS COIE LLP
2   180 Townsend Street, 3rd Floor
    San Francisco, CA 94107-1909
3   (415) 344-7000
4   (415) 344-7050 - fax

5   MICHAEL D. BROADDUS (Appearing Pro Hac Vice)
    TRACY S. LEMKE (Appearing Pro Hac Vice)
6   PERKINS COIE LLP
7   1201 Third Avenue, 48th Floor
    Seattle, Washington 98101
8   (206) 359-8000
    (206) 359-9000 - fax
9
10  Attorneys for Plaintiff Semitool, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SEMITOOL, INC., a Montana corporation, | CASE NO. C01-1391 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SEMITOOL'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| DYNAMIC MICRO SYSTEMS SEMICONDUCTOR EQUIPMENT GmbH, a German corporation, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING SEMITOOL'S
MISCELLANEOUS ADMINISTRATIVE REQUEST TO
FILE DOCUMENTS UNDER SEAL**
Case No. C01-1391 WHA

[42274-0021/SL043440.357]

1  The Court, having considered plaintiff Semitool, Inc.'s ("Semitool") Miscellaneous

2  Administrative Request to File Documents Under Seal, and all other relevant records on file in

3  this matter, and for good cause appearing,

4      IT IS HEREBY ORDERED that the following portions of the pleadings set forth below

5  be filed under seal and are not to appear on the public docket:

6      1.   Semitool's Motion to Enforce Permanent Injunction and Settlement Agreement:
            Pg. 3; lns. 25-27; pg. 5, lns. 14-23 and last portion of ln. 24 through ln. 25;
7           pg. 6, lns. 3-15 and last portion of ln. 17 through ln. 26; pg. 7 lns. 1-12 and
            last portion of ln. 13 through ln. 25; pg. 8, ln. 1 through most of ln. 7 and
8           lns. 10-23; pg. 9, first half of ln. 1 through ln. 16 and lns. 19-27; pg. 10, lns.
            23-28; pg. 11, ln. 15 through first portion of ln. 18; pg. 12, ln. 1 through
9           first portion of ln. 3; pg. 15, lns. 22-27; pg. 16, lns. 1-5, last portion of ln. 8
10          through ln. 23, and lns. 27-28; pg. 17, lns. 1-14 and 16-28; pg. 18, ln. 23
            through first portion of ln. 27; pg. 19, last portion of ln. 4 through first
11          portion of ln. 19; pg. 20, last portion of ln. 11 through first portion of ln. 14;
12          pg. 21, lns. 17-26; pg. 22, lns. 1-2 and 17-23; pg. 23, lns. 1-9.

13      2.   Declaration of Michael D. Broaddus in Support of Motion to Enforce Permanent
14          Injunction and Settlement Agreement:  Exhibits 2-4; 8, 10-22; 24-28; and 35-37.

15

16
    DATED: _____     _____
17                             The Honorable William Alsup
18                             United States District Court Judge

19

20

21

22

23

24

25

26

27

28                                    - 2 -