Levitte v. Google Inc. Doc. 2543

# UNITED STATES DISTRICT COURT

## Northern District of California

| Halterman, | 3:04-cv-03953 VRW |
|---|---|
| Plaintiff(s), | **Order of Removal from Arbitration and Assignment to the ADR Multi-Option Program** |
| v. | |
| Delta Air Lines, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

Upon the filing of certification by counsel under ADR Local Rule 4-2(b)(1) that the amount in controversy exceeds $150,000, this action is hereby removed from the court's Arbitration program governed by ADR L.R. 4 and reassigned to the ADR Multi-Option Program. The parties shall comply with ADR L.R. 3-5 by no later than 30 days before the date set for the initial case management conference.

Dated: February 9, 2005

**IT IS SO ORDERED**

/S/
Vaughn R. Walker
United States District Judge

Enclosed:
*Dispute Resolution Procedures in the Northern District booklet*
Stipulation and [Proposed] Order Selecting ADR Procedure form
Notice of Need for ADR Phone Conference form