Levitte v. Google Inc. Doc. 2564

# ATTACHMENT A

Dockets.Justia.com

# AFFIDAVIT
(Pursuant to California Evidence Code 1561 & 1271)

Check #
File # SJS417408

READ, SIGN, DATE, ATTACH TO YOUR RECORDS, AND SUBMIT TO DEPOSITION OFFICER:

**QUEST DISCOVERY SERVICES**
2025 GATEWAY PLACE, SUITE 330
SAN JOSE, CA 95110
(408) 441-7000  (800) 800-6800

Title of Case: HORTA, LLC. VS. CITY OF SAN JOSE
Attorney for Plaintiff: GRAY, CARY, WARE & FREIDENRICH LLP, ATTORNEYS AT LAW
Attorney for Defendant: CITY OF SAN JOSE OFFICE OF THE CITY ATTORNEY

DATE OF DEPOSITION: Wednesday August 11, 2004
RECORDS PERTAINING TO: HORTA LLC

Limitations:

**FEDERAL RULES OF EVIDENCE, RULE 803**
It is the regular practice of this business to make the record being certified.

I, THE UNDERSIGNED, BEING THE DULY AUTHORIZED CUSTODIAN OF THE RECORDS AND HAVING THE AUTHORITY TO CERTIFY THE RECORDS DECLARE THE FOLLOWING: THE ATTACHED ARE THE RECORDS OF FAA SAN JOSE FLIGHT STANDARDS AND THAT THESE RECORDS ARE KEPT IN THE REGULAR COURSE OF BUSINESS AND SUCH BUSINESS IS A TYPE OF BUSINESS IN WHICH IT IS CUSTOMARY TO KEEP SUCH RECORDS; THE RECORDS WERE PREPARED BY PERSONNEL OF THE BUSINESS WITH ACTUAL KNOWLEDGE OF THE MATTERS STATED IN THE RECORDS AND THAT THE ENTRIES CONTAINED IN THE ATTACHED RECORDS WERE MADE AT OR NEAR THE TIME OF THE ACTS, CONDITIONS OR EVENTS DESCRIBED.


JUL 28 2004 REGIONAL COUNSEL

**TRUE COPIES**
[X] Pursuant to Evidence Code Section 1560(b) the attached copy is a true, legible and durable copy of the records described in the Subpoena.

**ORIGINAL RECORDS**
[ ] Pursuant to Evidence Code Section 1560(e) the original records described in the Subpoena were delivered to the attorney or the attorney's representative for copying at the witness' place of business.

**CERTIFICATION OF NO RECORDS**
[ ] That a thorough search of our files revealed no documents, records or other materials called for in the Subpoena and that no such records exist with the information provided. (Please give a detailed explanation.) _____

[ ] Requested records existed at one time but have since been purged.
[ ] Records do not exist for the time frame specified.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE _____
PRINTED NAME: for JOHN R. HOWARD
TITLE: MANAGER   PHONE # 408-291-7681
Executed on AUG. 10, 2004 at SAN JOSE, California

IN REPLY PLEASE REFER TO:
FAA SAN JOSE FLIGHT STANDARDS
DISTRICT OFFICE
15000 AVIATION BLVD
HAWTHORNE, CA 90250

AFFIDAVIT OF PROFESSIONAL PHOTOCOPIER
SECTION 22462 of Business and Professions Code.

I solemnly affirm that I am the attorney's representative and that I made true copies of all the original records delivered to me by the Custodian of Records of the within named location, and these records will be distributed to the authorized persons or entities.

Executed on _____
At _____
Signature _____

000001


SJS417408SMS  AFFIDAVIT

dmunoz / AFFIDAVI