| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | PETER H. GOLDSMITH (Bar No. 91294) |
| 2 | TIMOTHY R. CAHN (Bar No. 162136) |
| | LOUISE E. MA. (Bar No. 84649) |
| 3 | TAE H. KIM (Bar No. 214684) |
| | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, CA 94111-3834 |
| | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300 |

6 Attorneys for Plaintiff and Counter-Defendant
NEORIS DE MEXICO, S.A. DE C.V.,
7 formerly known as CEMTEC, S.A. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEORIS DE MEXICO, S.A. DE C.V., formerly known as CEMTEC, S.A., DE C.V., | Case No. C 02-1670 JSW (JCS) |
| Plaintiff and Counter-Defendant, | **[PROPOSED] ORDER PERMITTING DELIVERY AND USE OF COURTROOM PRESENTATION EQUIPMENT** |
| v. | |
| ARIBA, INC., | **Complaint Filed:** April 8, 2002 |
| Defendant and Counter-Claimant. | **Trial Date:** TBA |

The Court having considered Plaintiff Neoris de Mexico's Miscellaneous Administrative Request for an Order Permitting Delivery and Use of Courtroom Presentation Equipment, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Neoris de Mexico and/or its counsel shall be permitted to deliver to Courtroom 17 the following audiovisual equipment:

1. Dell Lattitude C610 laptop computer, serial number CN-06p823-48155-244-1466, with external power cord and mouse;

2. 6 1/2-foot projector screen, with built in stand;

3. Infocus LP70+ projector, serial number ANEN44400844, with remote control, power cord, surge protector, monitor extension cable, spare bulb, and carrying case;

| | |
|---|---|
| 1 | 4. Dell Flat Panel Monitor, Model 1702FP monitor, serial number MX- |
| 2 | 08G152-47605-25D-ASE1, with external power cord; |
| 3 | 5. Power cord extension. |
| 4 | |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: _____, 2005 |
| 9 | Honorable Jeffrey S. White |
| 10 | United States District Court Judge |