UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| KARUK TRIBE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No. 4:04-cv-04275-SBA<br><br>**(PROPOSED) ORDER ALLOWING TELEPHONIC HEARING OF MINERS' MOTION TO INTERVENE** |

The Court being fully advised and upon consideration of the parties' joint stipulation to allow telephonic hearing of the motion to intervene filed by The New 49'ers, Inc. and Raymond W. Koons (the "Miners") currently scheduled for hearing on April 5, 2005 at 1:00 p.m., the Court hereby orders that the hearing of this motion shall be held by telephonic conference at __:__ p.m. on April 5, 2005, and further orders that counsel for the Miners arrange the telephonic conference and provide the Court and the counsel for the parties the telephone number and pass-code for entering the conference.

IT IS SO ORDERED:

_____     _____
Hon. Saundra B. Armstrong                              Date
U.S. District Court Judge

(PROPOSED) ORDER ALLOWING TELEPHONIC HEARING OF MINERS' MOTION TO INTERVENE     (4:04-cv-04275-SBA)