# EXHIBIT A

Yahoo! My Yahoo! Mail    Sign In    Search the Web  

**YAHOO! FINANCE** Sign In / New User? Sign Up    Finance Home - Help    

**Welcome [Sign In]**    To track stocks & more, Register

**Financial News**

Enter symbol(s) [ ] Basic [Go]    Symbol Lookup

**Press Release**    Source: Schiffrin & Barroway, LLP

## Shareholder Class Action Filed Against Sipex Corporation By The Law Firm of Schiffrin & Barroway, LLP

Monday January 24, 9:03 pm ET

BALA CYNWYD, Pa., Jan. 24 /PRNewswire/ -- The following statement was issued today by the law firm of Schiffrin & Barroway, LLP:

Notice is hereby given that a class action lawsuit was filed in the United States District Court for the Northern District of California on behalf of all securities purchasers of Sipex Corporation (Nasdaq: SIPX - News; "Sipex" or the "Company") between April 10, 2003 and January 20, 2005, inclusive (the "Class Period").

If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to these matters, please contact Schiffrin & Barroway, LLP (Marc A. Topaz, Esq. or Darren J. Check, Esq.) toll-free at 1-888-299-7706 or 1-610-667-7706, or via e-mail at info@sbclasslaw.com.

The complaint charges Sipex, Douglas M. McBurnie, Walid Maghribi, Phillip A. Kagel, and Clyde R. Wallin with violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. More specifically, the Complaint alleges that the Company failed to disclose and misrepresented the following material adverse facts which were known to defendants or recklessly disregarded by them: (1) that the Company inappropriately recognized revenue on sales for which price protection, stock rotation and/or return rights were granted; (2) that the Company's financial results were in violation of Generally Accepted Accounting Principles ("GAAP"); (3) that the Company lacked adequate internal controls; and (4) that as a result of the above, the Company's financial results were materially inflated at all relevant times.

On January 20, 2005 Sipex announced that the Company may restate its financial statements for the fiscal year ended December 31, 2003 and the fiscal quarters ended April 3, 2004, July 3, 2004 and October 2, 2004 due to the possible improper recognition of revenue during these periods on sales for which price protection, stock rotation and/or return rights may have been granted. The news shocked the market. Shares of Sipex fell $0.90 per share, or 23.44 percent, on January 21, 2005 to close at $2.94 per share, on unusually high volume.

Plaintiff seeks to recover damages on behalf of class members and is represented by the law firm of Schiffrin & Barroway, which prosecutes class actions in both state and federal courts throughout the country. Schiffrin & Barroway is a driving force behind corporate governance reform, and has recovered in excess of a billion dollars on behalf of institutional and high net worth individual investors. For more information about Schiffrin & Barroway, or to sign up to participate in this action online, please visit http://www.sbclasslaw.com.

If you are a member of the class described above, you may, not later than March 22, 2005, move the Court to serve as lead plaintiff of the class, if you so choose. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Schiffrin & Barroway, or other counsel of your choice, to serve as your counsel in this action.

```
        CONTACT:  Schiffrin & Barroway, LLP
                  Marc A. Topaz, Esq.
                  Darren J. Check, Esq.
                  Three Bala Plaza East, Suite 400
                  Bala Cynwyd, PA 19004
                  1-888-299-7706 (toll-free) or 1-610-667-7706
                  Or by e-mail at info@sbclasslaw.com
```

Source: Schiffrin & Barroway, LLP

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2005 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.