Levitte v. Google Inc.

Doc. 2840



# G A O

**Accountability * Integrity * Reliability**

**United States Government Accountability Office**
**Washington, DC  20548**

## Facsimile Transmission Sheet

| | |
|---|---|
| **Date:** | April 22, 2005 |
| **Re:** | B-294777 |
| | Advisory Opinion |
| **From:** | Glenn Wolcott, Esq. |

Number of pages, including this cover sheet: 3

If transmission problems occur, please call
202-512-4788.
Our fax number is 202-512-9749.

| Name | Firm/Agency | Phone | Fax |
|---|---|---|---|
| Eric J. Marcotte, Esq. | Winston & Strawn | 202/371-5721 | 202/371-5950 |
| David A. Townsend, Esq. | Department of the Navy | 202/685-5166 | 202/685-5180 |
| Kevin C. Dwyer, Esq. | Jenner & Block | 202/639-6059 | 202/637-6370 |

**Comments:**



**United States Government Accountability Office**
**Washington, DC  20548**

April 22, 2005

Eric J. Marcotte, Esq.
Winston & Strawn
Washington, D.C. 20005

David A. Townsend, Esq.
Department of the Navy
Washington, D.C. 20398

David A. Churchill, Esq.
Jenner & Block
Washington, D.C. 20005

>       **File:** B-294777
>       **Protester:** Patriot Contract Services
>       **Agency:** Department of the Navy
>       **Solicitation No.:** N00033-03-R-5556

## NOTICE TO THE PARTIES

On March 15, 2005, the United States District Court for the Northern District of
California requested that GAO provide an advisory opinion regarding the issues
raised by Patriot Contract Services in the above-referenced matter. On March 31,
counsel for Patriot provided this Office with information not contained in GAO's
prior administrative record, including a declaration by American Overseas Marine
Corporation's (AMSEA) president. On April 6, counsel for AMSEA provided
additional information to GAO, including another declaration by AMSEA's president
in which he acknowledged certain inaccuracies in his previous declaration. In light
of the additional documents and acknowledged inaccurate statements, GAO
conducted a telephone hearing on April 11; during that hearing testimony was
obtained from seven witnesses. The parties' post-hearing briefs were submitted to
GAO by April 18.

In light of the above, GAO will not complete the advisory opinion by April 26. Unless
we are advised the Court no longer seeks our opinion, we will continue our activities

towards completion as expeditiously as possible; upon completion we will provide the opinion to the Court and to counsel for the parties.

If further discussion of this matter is appropriate, contact the undersigned at 202-512-8174.

Glenn G. Wolcott
Deputy Assistant General Counsel