## Superior Court of California, County of San Francisco

Case Number: CGC-05-438782
Title: DOUGLAS FRAZIER VS. CITICORP INVESTMENT SERVICES, INC., et al
Cause of Action: INJUNCTIVE RELIEF

Generated: Apr-18-2005 12:21 pm PST

**Register of Actions**   **Parties**   **Attorneys**   **Calendar**   **Payments**   **Documents**

## Register of Actions

Date Range: First Date FEB-17-2005   Last Date MAR-29-2005   (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence    ALL FILING TYPES    Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| MAR-29-2005 | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT FILED BY DEFT CITICORP INVESTMENT SERVICES | | |
| MAR-24-2005 | ANSWER TO COMPLAINT FILED BY DEFENDANT CITICORP INVESTMENT SERVICES INCORRECTLY IDENTIFIED IN COMPLAINT AS CITICORP INVESTMENT SERVICES, INC. | View | 292.20 |
| MAR-03-2005 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF FRAZIER, DOUGLAS INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS SERVED FEB-23-2005, PERSONAL SERVICE, ON DEFENDANT CITICORP INVESTMENT SERVICES, INC., | | |
| MAR-03-2005 | SUMMONS RETURNED FILED BY PLAINTIFF FRAZIER, DOUGLAS INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS ON DEFENDANT CITICORP INVESTMENT SERVICES, INC., DOES 1-25, INCLUSIVE | | |
| FEB-17-2005 | NOTICE TO PLAINTIFF | View | |
| FEB-17-2005 | INJUNCTIVE RELIEF, COMPLAINT FILED BY PLAINTIFF FRAZIER, DOUGLAS INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS AS TO DEFENDANT CITICORP INVESTMENT SERVICES, INC., DOES 1-25, INCLUSIVE SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUL-22-2005 PROOF OF SERVICE DUE ON APR-18-2005 CASE MANAGEMENT STATEMENT DUE ON JUL-07-2005 | View | 295.50 |

**EXHIBIT A**