# EXHIBIT A

**Judicial Panel on Multidistrict Litigation - Case Listing Report**

Docket: 1657 - In re Vioxx Products Liability Litigation
Status: Transferred on 02/16/2005
Transferee District: LAE    Judge: Fallon, Eldon E.

Report is Ordered by District and Case #

Printed on 04/22/2005

Page 1

| Civil Action | Short Caption | Judge | CTO | Initiation | - Date | Transferee Civil # | Disposition | - Date | Termination | - Date |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | | | | | | | | |
| 3-04-4435 | Tokes v. Merck & Co., Inc. | Patel | | Motion | 11/22/2004 | 2005-439 | Transfer | 02/16/2005 | | |
| 3-04-4510 | Taylor v. Merck & Co., Inc. | Chen | | Motion | 11/22/2004 | 2005-440 | Transfer | 02/16/2005 | | |
| 3-04-4521 | Brass v. Merck & Co., Inc. | Patel | | Motion | 11/22/2004 | 2005-441 | Transfer | 02/16/2005 | | |
| 3-04-5027 | Janke, et al. v. Merck & Co., Inc. | White | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |
| 3-04-5061 | Guinta v. Merck & Co., Inc. | Patel | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |
| 3-04-5062 | Strong v. Merck & Co., Inc. | Patel | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |
| 3-05-741 | Mitchell v. Merck & Co., Inc. | White | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |
| 3-05-749 | Riddle v. Merck & Co., Inc. | Larson | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |
| 3-05-750 | McRae v. Merck & Co., Inc. | Breyer | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |
| 3-05-919 | Moore, et al. v. Merck & Co., Inc. | Alsup | 5 | CTO Filed | 04/05/2005 | | CTO Final | 04/21/2005 | | |
| 3-05-928 | Jagoda, et al. v. Merck & Co., Inc. | Illston | 5 | CTO Filed | 04/05/2005 | | CTO Final | 04/21/2005 | | |
| 3-05-937 | Kargodorian v. Merck & Co., Inc., et al. | Patel | 5 | CTO Filed | 04/05/2005 | | CTO Opposed | 04/20/2005 | | |
| 3-05-1196 | Machum, et al. v. Merck & Co., Inc. | Hamilton | 9 | Suspense | 04/05/2005 | | | | | |
| 3-05-1256 | Olson, et al. v. Merck & Co., Inc., et al. | Patel | 9 | Suspense | 04/08/2005 | | | | | |
| 4-05-742 | Mirabella, et al. v. Merck & Co., Inc. | Armstrong | 2 | CTO Filed | 03/10/2005 | | CTO Final | 03/28/2005 | | |

**REPORT SUMMARY and FILTERS**

Docket: 1657 - Vioxx Products Liability
District: CAN
For All Cases

There are 15 Cases on this Report.

0 XYZ Actions         12 Transferred Actions
2 Suspense Actions     0 Terminated Actions

# EXHIBIT B



### LAW OFFICE OF
### DONALD S. EDGAR
ATTORNEYS AND COUNSELORS AT LAW

408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401

DONALD S. EDGAR
(Also admitted to
Washington D.C. Bar)

JEREMY R. FIETZ

408
COLLEGE AVENUE

SANTA ROSA

CALIFORNIA 95401

Phone
(707) 545 3200

Facsimile
(707) 578 3040

E-Mail
don@classattorneys.com

jeremy@classattorneys.com

April 20, 2005

VIA FACSIMILE (without attachments) TO (202) 502-2888
AND UPS OVERNIGHT MAIL

CLERK OF THE PANEL
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: **Olson v. Merck, et al. C.A. No 3:05-cv-01256**
Originally filed - Sonoma County Superior Court

**NOTICE OF OPPOSITION**

Dear Clerk,

Please consider this letter our **NOTICE OF OPPOSITION**, as referenced in Rule 7.4(c). We hereby object to defendant Merck's characterization of the above referenced matter as a "tag-along" action suitable for transfer to the Federal Court in Louisiana.

Importantly, we believe your office is being used improperly by the defendant Merck to assist them in a scheme to improperly hijack cases that should properly be left in State Court jurisdiction. The above referenced case includes California State Court parties, including a defendant that is resident of California. There is no diversity jurisdiction or any other basis for Federal Court jurisdiction. The case was properly filed in California Superior Court County of Sonoma and defendant Merck improperly removed the matter to the Northern District of California Federal Court. Plaintiff has filed a Motion to Remand (see attached as Exhibit A) seeking that the case be remanded to the County of Sonoma and seeking sanctions against Merck for its improper removal. In an effort to avoid this Merck has filed a Motion for Stay (see attached as Exhibit B) and are attempting to use your office to hijack the case before the filed Motion for Remand can be heard.

April 20, 2005
Judicial Panel on Multidistrict Litigation
Page 2

While we understand that Merck's attorneys have a duty to zealously advocate on behalf of their client, we do not believe that your office should condone being used as a tool of the defense to avoid answering for its improper and sanctionable removal.

Pursuant to the Rules of Procedure of the Judicial Panel on Multi-District Litigation we respectfully request that the Panel refuse to transmit the transfer order to the MDL Court in this matter until the Panel has the opportunity to review this matter, hear from the parties, and issue a determination of the propriety of transfer.

Thank you for your time and courtesy in this matter. We are sending this Notice of Opposition via facsimile with permission from your office, as well as overnight mail with exhibits attached. Please contact the undersigned after your office has had the opportunity to review this matter and come to a conclusion on appropriate action.

Very truly yours,

EDGAR LAW FIRM

Jeremy R. Fietz, Esq.

Encl.

# PROOF OF SERVICE

I am employed in the City and County of Santa Rosa, State of California. I am over the age of 18 and not a party to the within action. My business address is 408 College Avenue, Santa Rosa, California 95401. On July 8th, 2004, I served the foregoing document(s) described as:

## NOTICE OF OPPOSITION

on the interested parties by placing ( ) the original ( X ) a true and correct copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael Brown, Esq.<br>Thomas Yoo, Esq.<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Telephone: 213/457-8000<br>Facsimile: 213/457-8080<br>**Attorneys for Merck & Company, Inc.** | Steven J. Boranian, Esq.<br>R. Euna Kim, Esq.<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>**Attorneys for<br>Merck & Company, Inc.** |

[X] VIA OVERNIGHT MAIL:

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ] VIA U.S. MAIL:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Santa Rosa, California.

[X] FEDERAL:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the state of California, and United States of America that the above is true and correct and was executed on April 20, 2005

*/s/ Jeremy R. Fietz*

JEREMY R. FIETZ

```
                    TRANSMISSION VERIFICATION REPORT

                                            TIME  : 04/20/2005 14:17
                                            NAME  : LAW OFFCS SANTA ROSA
                                            FAX   : 707-578-3040
                                            TEL   :


   DATE,TIME              04/20 14:15
   FAX NO./NAME           12025022888
   DURATION               00:01:14
   PAGE(S)                04
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```



# LAW OFFICE OF
## DONALD S. EDGAR
ATTORNEYS AND COUNSELORS AT LAW

408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401

DONALD S. EDGAR
(Also admitted to
Washington D.C. Bar)

JEREMY R. FIETZ

408
COLLEGE AVENUE

SANTA ROSA

CALIFORNIA 95401

Phone
(707) 545 3200

Facsimile
(707) 578 3040

E-Mail
don@classattorneys.com

jeremy@classattorneys.com

# FAX TRANSMITTAL COVERSHEET

Date: April 20/05        Time: _____

From: Jeremy    of The Law Office of Donald S. Edgar

To: Clerk of the Panel
    Judicial Panel on MDL

Fax No.: 202 502 2888

Phone No.: _____

Regarding: Notice of Opposition

No. of Pages (including this one): 4

Hard Copy to Follow?    (Yes)    No

Message: Enclosed please find
a Notice of Opposition with
Proof of Service.