**ATTESTATION OF SIGNATURE**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed this  29  day of  April , 2005.

/s/ Joshua Borger
Joshua Borger

*Case No. C 04-4275 (SBA):  Declaration of Toz Soto*  i