# EXHIBIT 1

Dockets.Justia.com

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  **FUNAI ELECTRIC COMPANY,**                    )
                                                  )
4                      PLAINTIFF,                  )
                                                  )   **NO.  C-04-1830 CRB**
5  VS.                                            )
                                                  )      FRIDAY,
6  **DAEWOO ELECTRONICS CORPORATION,**            )    APRIL 15, 2005
                                                  )     10:32 A.M.
7                      RESPONDENT.                 )
                                                  )    SAN FRANCISCO,
8  _____)        CALIFORNIA

9


10


11              REPORTER'S TRANSCRIPT OF PROCEEDINGS
            **BEFORE THE HONORABLE CHARLES R. BREYER**
12                UNITED STATES DISTRICT JUDGE

    APPEARANCES:
13
    FOR THE PLAINTIFF:          MORGAN LEWIS & BOCKIUS LLP
14                              2 PALO ALTO SQUARE
                                3000 EL CAMINO REAL.
15                              PALO ALTO, CA 94306
                        BY:  **MICHAEL J. LYONS, ESQ.**
16

17  FOR THE RESPONDENT:         PRESTON GATES ELLIS
                                55 SECOND STREET
18                              SAN FRANCISCO, CA 94105
                        BY:  **TIMOTHY P. WALKER, PH.D, ESQ.**
19

20

21

22

23  **REPORTED BY:  CATHERINE LUCIANO, RPR, USDC REPORTER PRO TEM**
    **COMPUTER-AIDED TRANSCRIPTION BY STENOGRAPH**
24

25

1          **FRIDAY, APRIL 15, 2005 -- 10:32 A.M.**

2                    **P R O C E E D I N G S**

3          **THE CLERK:** CALLING CASE C-04-1830, FUNAI VS.

4    DAEWOO ELECTRONICS.

5      APPEARANCES, COUNSEL.

6          **MR. WALKER:** GOOD MORNING, YOUR HONOR. TIM WALKER,

7    PRESTON GATES & ELLIS REPRESENTING DAEWOO ELECTRONICS COMPANY

8    LTD. AND DAEWOO CORPORATION OF AMERICA.

9          **MR. LYONS:** GOOD MORNING, YOUR HONOR. MICHAEL LYONS

10   ON BEHALF OF FUNAI. I'M JOINED BY STEVE DANIELS AS WELL.

11         **THE COURT:** AS I UNDERSTAND IT BASED UPON YOUR

12   DECLARATION PERTAINING TO THE MOTION TO WITHDRAW, YOU HAVE

13   NOT BEEN ABLE TO HAVE A CLIENT WITH WHOM YOU CAN COMMUNICATE,

14   IS THAT THE ISSUE?

15         **MR. WALKER:** CORRECT, YOUR HONOR.

16     AT THE BEGINNING OF THE CASE -- I REPRESENT TWO COMPANIES

17   THAT ARE BASICALLY OUT OF BUSINESS, WHO HAVE BEEN OUT OF

18   BUSINESS FOR A NUMBER OF YEARS, HAD BEEN OUT OF BUSINESS

19   QUITE SOME TIME BEFORE THE CASE WAS FILED, AND THEY HAD A

20   SORT OF CARETAKER OFFICER, S.N. KIM.

21     MR. KIM HAS RESIGNED, HAS NOT BEEN REPLACED. THERE IS

22   NOBODY TO GIVE THE INSTRUCTIONS TO.

23         **THE COURT:** WELL, OKAY. I'M SURE YOU APPRECIATE THE

24   FACT THAT CORPORATIONS CANNOT APPEAR IN PRO PER. THEY CAN

25   ONLY APPEAR THROUGH COUNSEL ACCORDING TO THE RULES OF THE

1  STATE OF CALIFORNIA AND ALSO THE RULES OF THIS COURT.

2     SO WHAT I PROPOSE TO DO IS TO ALLOW YOU TO WITHDRAW.  YOU

3  HAVE AGREED TO ACCEPT ANY PAPERS ON THEIR BEHALF AND FORWARD

4  THEM I GUESS.  I DON'T KNOW.

5        **MR. WALKER:**  I DO HAVE --

6        **THE COURT:**  SOMEBODY SENT THEM TO YOU.

7        **MR. WALKER:**  I CAN SEND THEM TO MR. CHOY, I SUPPOSE.

8        **THE COURT:**  OKAY.  ALL RIGHT.

9     I WOULD SUGGEST YOU DO SO.

10    I'M GOING TO ASK THE PLAINTIFFS TO FILE A MOTION FOR

11  DEFAULT.  AND LET'S PICK THE DATE NOW FOR THE DEFAULT AGAINST

12  THESE TWO DEFENDANTS TO BE HEARD.

13    AND I WILL SEND OUT A NOTICE FROM THE COURT THAT THEY

14  SHOULD APPEAR, OTHERWISE DEFAULT WILL BE ENTERED AGAINST THEM

15  AND WHAT -- HOW SOON CAN YOU GET YOUR MOTION FOR DEFAULT ON?

16        **MR. LYONS:**  WE CAN GET SOMETHING FILED CERTAINLY

17  WITHIN TWO WEEKS.

18        **THE COURT:**  SO WE WILL SET THE MOTION FOR DEFAULT TO

19  BE HEARD JUNE 3RD AT 10:00 A.M.

20    AND WOULD YOU PLEASE SEND YOUR MOTION FOR DEFAULT TO

21  COUNSEL, WHO WILL THEN FORWARD IT ON TO THE PERSON THAT HE

22  BELIEVES IS THE PERSON TO WHOM MAY BE REPRESENTING OR MAY BE

23  THE CORPORATION OR AT LEAST SPEAK FOR THE CORPORATION OR AT

24  LEAST HAVE SOME CONTACT WITH SOMEBODY IN THE CORPORATION.

25        **MR. LYONS:**  AND WE'LL ALSO SERVE THE OTHER COUNSEL

1 WHO IS REPRESENTING IN ANOTHER PATENT CASE IN MICHIGAN.

2 MR. PRESS IS REPRESENTING TWO OF THE OTHER DEFENDANTS IN THIS

3 CASE IN A PATENT CASE IN MICHIGAN.

4 AND HE ALSO REPRESENTS ONE OF MR. WALKER'S CLIENTS, IN

5 FACT WAS RECEIVING DISCOVERY JUST A MONTH AGO IN THAT CASE.

6 SO PRESUMABLY THERE WAS SOME LINE OF COMMUNICATION OPEN

7 FOR SOME ATTORNEYS BUT NOT OTHERS.

8 **THE COURT:** YOU MEAN THIS CLIENT DOES EXIST IN

9 LITIGATION IN MICHIGAN?

10 **MR. LYONS:** ABSOLUTELY, YOUR HONOR. I ACTUALLY --

11 WE LOOKED AT THE DOCKET YESTERDAY.

12 AND MR. PRESS, WHO IS AN ATTORNEY IN THIS CASE FOR OTHER

13 DEFENDANTS FILED A NOTICE OF APPEARANCE IN THAT CASE IN

14 OCTOBER OF 2004.

15 EVERYTHING WE LEARNED WE LEARNED BY SEARCHING PUBLIC

16 DOCKETS SINCE WE'RE NOT GETTING ANY INFORMATION FROM OTHER

17 COUNSEL.

18 BUT ON FEBRUARY 22ND, 2005, THAT'S TEN DAYS OR SO AFTER

19 MR. WALKER LOST CONTACT WITH HIS CLIENT, MR. PRESS, THE OTHER

20 COUNSEL WHO ELECTED NOT TO APPEAR AT THIS HEARING

21 TELEPHONICALLY OR IN PERSON, HE ACTUALLY SERVED RESPONSES ON

22 BEHALF OF ONE OF MR. WALKER'S CLIENTS WHO ALLEGEDLY DOESN'T

23 EXIST ANYMORE.

24 THERE WAS ANOTHER BANKRUPTCY PROCEEDING IN CONNECTICUT,

25 WHERE ON MARCH 3RD, 2005, THE LAWYER FOR THE OTHER CLIENT OF

1    MR. WALKER SUBMITTED -- THEIR COUNSEL SUBMITTED A LETTER FOR

2    SETTLEMENT, WHICH IS KIND OF IRONIC BECAUSE A FEW DAYS

3    EARLIER THAT SAME CLIENT DID NOT APPEAR AT THE MEDIATION THAT

4    YOUR HONOR ORDERED, AND WE'VE GOT PENDING COMPLAINTS

5    REGARDING HER FAILURE TO COMPLY WITH THE ORDERS.

6       BUT THIS CAN ALL BE IN OUR MOTION FOR DEFAULT, YOUR

7    HONOR.  THAT'S ACTUALLY WHAT WE WANTED TO ASK THE COURT FOR.

8       **THE COURT:**  OKAY.  SO SERVE IT ON ANYBODY THAT YOU

9    THINK MAY BE ANYWHERE IN THE COUNTRY SPEAKING ON BEHALF OF

10   THIS CORPORATION SO THEY HAVE NOTICE.  AND THEN THEY'LL

11   EITHER BE HERE OR THEY WON'T.  IF THEY'RE HERE, I'LL BE ABLE

12   TO EXPLAIN WHAT'S GOING ON.

13      **MR. LYONS:**  THANK YOU, YOUR HONOR.

14      **MR. WALKER:**  YOUR HONOR, JUST ONE SMALL LOOSE END.

15    I HAVE A PENDING REQUEST FOR PRODUCTION FROM PLAINTIFF

16   RESPONSES DUE MONDAY, AND I DON'T KNOW IF I SHOULD BE

17   PREPARING A RESPONSE OR IF I CAN BE EXCUSED FROM DOING THAT.

18   WE DON'T HAVE ANY DOCUMENTS TO ACTUALLY PRODUCE.

19    IT IS A REQUEST THAT RELATES TO PLAINTIFF -- PURSUING

20   THIS LINE IS ASKING FOR DOCUMENTS RELATING TO OTHER

21   LITIGATION AND WE DON'T -- I DON'T HAVE DOCUMENTS.

22      **THE COURT:**  YOU FILED A RESPONSE TODAY, BUT I DON'T

23   HAVE ANY DOCUMENTS RESPONSIVE TO THE REQUEST.  YOU HEARD HIM.

24   WE'LL TAKE IT FROM THERE.  THANK YOU.

25      **MR. WALKER:**  OTHERWISE MY MOTION IS GRANTED.

1          **THE COURT:** YES.

2              (PROCEEDINGS ADJOURNED AT 10:39 A.M.)

3                      --oOo--

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  **CERTIFICATE OF REPORTER**

2     I, CATHERINE LUCIANO, PRO TEM REPORTER FOR THE UNITED

3  STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

4  HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS WERE REPORTED

5  BY ME, A REGISTERED PROFESSIONAL REPORTER, AND WERE

6  THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING

7  VIA COMPUTER-AIDED TRANSCRIPTION; THAT THE FOREGOING IS A

8  FULL, COMPLETE, AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND

9  BY ME, AT THE TIME OF FILING.  THE VALIDITY OF THE REPORTER'S

10  CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY

11  AND/OR REMOVAL FROM THE COURT FILE.

12

13  **DATED THIS 18TH DAY OF APRIL, 2005.**

14

15

16        **CATHERINE LUCIANO, RPR**
      **USDC PRO TEM REPORTER**

17

18

19

20

21

22

23

24

25

# EXHIBIT 2

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 04-03587-reg

*Assigned to:* Judge Robert E. Gerber
*Related BK Case:* 02-13570
*Related BK Title:* Electrovoice International, Inc.          *Date Filed:* 07/22/04
*Demand:* $1000
*Nature of Suit:* 454


**Plaintiff**

------------------------

**Yann Geron**                          represented by  **Fox Rothschild, LLP**
Geron & Associates, P.C.                                Fox Rothschild LLP
13 East 37th Street                                     13 East 37th Street
Suite 800                                               Suite 800
New York, NY 10016                                      New York, NY 10016
(212) 682-7575                                          (212) 682-7575
                                                        Fax : (212) 682-4218
                                                        Email: mail@geronlaw.com
                                                        *LEAD ATTORNEY*


V.


**Defendant**

------------------------

**Daewoo Electronics Corporation**      represented by  **Tai Cho**
**of America**                                          445 Fifth Avenue
135 LaSalle                                             Suite 9E
Dept. 3577                                              New York, NY 10016
Chicago, IL 60674                                       212-779-7770
                                                        Fax : 212-779-7862
                                                        *LEAD ATTORNEY*


| Filing Date | # | Docket Text |
|---|---|---|
| 01/07/2005 | 6 | Order signed on 1/7/2005 Fixing Discovery Cut Off Date. (Blum, Helene) (Entered: 01/07/2005) |
| 08/13/2004 | 5 | Answer to Complaint (Related Doc # []) (related document(s)1) filed by Tai Cho on behalf of Daewoo Electronics Corporation of |

| | | America. (Gist, Marion) (Entered: 09/21/2004) |
|---|---|---|
| 08/13/2004 | 4 | Answer to Complaint (Related Doc # 1) filed by Tai Cho on behalf of Daewoo Electronics Corporation of America. (Gist, Marion) (Entered: 08/13/2004) |
| 07/27/2004 | 3 | Affidavit of Service (related document(s)1, 2) filed by Yann Geron on behalf of Yann Geron. (Geron, Yann) (Entered: 07/27/2004) |
| 07/22/2004 | 2 | Summons with Notice of Pre-Trial Conference issued by Clerk'sOffice with Pre-Trial Conference set for 9/23/2004 at 09:45 AM at Courtroom 621 (REG), Answer due by 8/23/2004, (Leggett, Venice) (Entered: 07/22/2004) |
| 07/22/2004 | 1 | Complaint against Daewoo Electronics Corporation of America Filed by Geron & Associates, Yann Geron on behalf of Yann Geron. (Attachments: # 1 Exhibit A) (Geron, Yann) (Entered: 07/22/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/22/2005 13:49:56 | | | |
| PACER Login: | ml0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 04-03587-reg Fil or Ent: Fil From: 1/1/1990 To: 4/22/2005 Doc From: 0 Doc To: 99999999 Links: n Format: HTMLfmt |
| Billable Pages: | 1 | Cost: | 0.08 |

# EXHIBIT 3

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:02-cv-74668-GER-WC

Inventures L L C v. Daewoo Elec Co Ltd, et al
Assigned to: Honorable Gerald E Rosen
Referred to: Honorable Wallace Capel
Demand: $0
Lead case: 2:02-cv-74668-GER-WC (View Member Cases)

Date Filed: 11/22/2002
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Inventures, L. L. C.**               represented by **Douglas R. Mullkoff**
Kessler & Mullkoff
402 W. Liberty Street
Ann Arbor, MI 48103
734-761-8585
Email: doug@kmhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daewoo Electronics Company, Limited**               represented by **John A. Shea**
*a Korean corporation registered in Yuma, AZ*
120 N. Fourth Avenue
Ann Arbor, MI 48104
734-995-4646
Fax: 734-995-4646
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel M. Press**
Chung & Press
6723 Whittier Avenue
Suite 302
McLean, VA 22101
703-734-3800
Email: dpress@chung-press.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Daewoo Electronics America,
Incorporated**

**Defendant**

**Daewoo Electronics Corporation**

**Counter Claimant**

**Daewoo Electronics Company,
Limited**                              represented by **John A. Shea**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Daniel M. Press**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Inventures, L. L. C.**               represented by **Douglas R. Mullkoff**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Daewoo Electronics Corporation**     represented by **Daniel M. Press**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Inventures, L. L. C.**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/22/2002 | 1 | COMPLAINT with attachment A and jury demand - Receipt # 5004086 AA - Date Fee Received: 11/22/02 (DT) (Entered: 12/02/2002) |
| 12/10/2002 | 2 | ACKNOWLEDGMENT of service of summons and complaint by defendant Daewoo Elec Co Ltd - received on 11/25/02 - answer due |

| | | 12/15/02 for Daewoo Elec Co Ltd (DT) (Entered: 12/11/2002) |
|---|---|---|
| 01/31/2003 | 3 | FIRST amended complaint by plaintiff Inventures L L C adding Daewoo Elec Corp with jury trial and attachments "A" thru "C" (lh) (Entered: 02/07/2003) |
| 07/17/2003 | 4 | ORDER by Judge George E. Woods, for plaintiff to show cause why this action should not be dismissed for lack of prosecution [EOD Date 7/21/03] (ew) (Entered: 07/21/2003) |
| 07/24/2003 | 5 | REQUEST (motion) by plaintiff Inventures L L C for clerk's entry of with attachment and proof of service default as to defendant Daewoo Elec Co Ltd (lh) (Entered: 07/28/2003) |
| 07/24/2003 | 6 | CLERK'S entry of default as to defendant Daewoo Elec Co Ltd (lh) (Entered: 07/28/2003) |
| 10/02/2003 | 7 | ORDER by Judge George E. Woods with stipulation vacating clerk default [6-1] [EOD Date: 10/3/03] (ew) (Entered: 10/03/2003) |
| 10/02/2003 | 8 | ANSWER by defendant Daewoo Elec Co Ltd to amended complaint by Inventures L L C [3-1] (ew) (Entered: 10/03/2003) |
| 10/02/2003 | 8 | COUNTERCLAIM by defendant Daewoo Elec Co Ltd against plaintiff Inventures L L C (ew) (Entered: 10/03/2003) |
| 11/03/2003 | 9 | ANSWER by plaintiff Inventures L L C to counter claim by Daewoo Elec Co Ltd [8-1] with proof of service (ew) (Entered: 11/04/2003) |
| 11/21/2003 | 10 | PRETRIAL scheduling order by Judge George E. Woods - setting deadline for discovery for 4/20/04 , setting deadline for filing dispositive motions for 5/4/04 , setting final pretrial conference for 8:00 6/22/04 , setting civil jury trial for 8:00 7/6/04 with proof of service (PP) (Entered: 11/25/2003) |
| 04/02/2004 | 12 | MOTION to compel discovery by Inventures, L. L. C.; with attachments A-B. (DPer, ) (Entered: 04/16/2004) |
| 04/13/2004 | 11 | NOTICE OF HEARING on Plaintiff's Motion to Compel Discovery, filed 4/2/04. Motion hearing set for 4/26/2004 10:00 AM before Honorable Wallace Capel. (PPel, ) (Entered: 04/13/2004) |
| 04/15/2004 | 13 | ORDER REFERRING MOTION to Magistrate Judge Wallace Capel, Jr.: 12 Motion to compel discovery filed by Inventures, L. L. C.. Signed by Judge George E Woods. (DPer, ) (Entered: 04/19/2004) |
| 04/21/2004 | 14 | RESPONSE to 12 Motion to compel filed by Daewoo Electronics Company, Limited. (DPer, ) (Entered: 04/27/2004) |
| 05/17/2004 | | Minute Entry -Motions terminated: 12 MOTION to Compel filed by |

| | | |
|---|---|---|
| | | Inventures, L. L. C. before Honorable Wallace Capel. Disposition: WITHDRAWN (PPel, ) (Entered: 05/17/2004) |
| 05/21/2004 | 15 | MOTION to consolidate and amend scheduling order by Inventures, L. L. C.. (DPer, ) (Entered: 06/02/2004) |
| 05/24/2004 | 16 | RESPONSE to 15 Motion to consolidate and amend scheduling order filed by Daewoo Electronics Company, Limited. (see documents 10 and 11 in 03-60102) (DPer, ) (Entered: 06/02/2004) |
| 08/25/2004 | 17 | NOTICE of reassignment from Judge George E. Woods to Judge GERALD E. ROSEN. (Attachments: # 1)(TMcg, ) (Entered: 08/25/2004) |
| 08/26/2004 | 18 | NOTICE TO APPEAR: Scheduling Conference set for 9/27/2004 10:00 AM before Honorable Gerald E Rosen. (LSau, ) (Entered: 08/26/2004) |
| 09/27/2004 | | Minute Entry -Scheduling Conference held on 9/27/2004 before Honorable Gerald E Rosen. (LSau, ) (Entered: 09/29/2004) |
| 09/29/2004 | 19 | SCHEDULING ORDER: Final Pretrial Conference set for 11/17/2005 10:00 AM before Honorable Gerald E Rosen. Dispositive Motion Cut-off set for 6/30/2005 Trailing Trial Docket set for 12/6/2005. Signed by Honorable Gerald E Rosen. (Refer to image for additional dates)(LSau, ) (Entered: 09/29/2004) |
| 10/07/2004 | 20 | STIPULATION *and Proposed Order Consolidating Cases* by Daewoo Electronics Company, Limited.(Press, Daniel) (Entered: 10/07/2004) |
| 10/07/2004 | 21 | ATTORNEY APPEARANCE: Daniel M. Press appearing on behalf of Daewoo Electronics Company, Limited.(Press, Daniel) (Entered: 10/07/2004) |
| 10/21/2004 | 23 | STIPULATION AND ORDER consolidating cases. Signed by Honorable Gerald E Rosen. Associated Cases: 2:02-cv-74668-GER,2:03-cv-75216-GER-WC(CMul, ) (Entered: 10/28/2004) |
| 10/26/2004 | 22 | STIPULATION *To Extend Time for Plaintiff's Response to Motion* by Inventures, L. L. C..(Mullkoff, Douglas) (Entered: 10/26/2004) |
| 11/10/2004 | 24 | PRETRIAL MEMORANDUM by Inventures, L. L. C..Associated Cases: 2:02-cv-74668-GER,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 11/10/2004) |
| 11/10/2004 | 25 | CERTIFICATE OF SERVICE by Inventures, L. L. C. re 24 Pretrial Memorandum *Plaintiff's Memorandum in Opposition to Defendant's Motion to Compel*. Associated Cases: 2:02-cv-74668-GER,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 11/10/2004) |

| Date | No. | Description |
|------|-----|-------------|
| 11/10/2004 | 26 | ANSWER to Amended Complaint with Affirmative Defenses, COUNTERCLAIM filed by Daewoo Electronics Corporation against Inventures, L. L. C. by Daewoo Electronics Corporation.Associated Cases: 2:02-cv-74668-GER,2:03-cv-75216-GER-WC(Press, Daniel) (Entered: 11/10/2004) |
| 11/15/2004 | 27 | ORDER extending time for plaintiff to file response to defendant's discovery motion. Signed by Honorable Gerald E Rosen. Associated Cases: 2:02-cv-74668-GER,2:03-cv-75216-GER-WC(DPer, ) (Entered: 11/16/2004) |
| 11/29/2004 | 28 | MEMORANDUM re 24 Pretrial Memorandum *Reply to Response to Motion to Compel* by Daewoo Electronics America, Incorporated. (Attachments: # 1 Index of Exhibits # 2 Exhibit A: Starsight Docket Sheet# 3 Exhibit B: Starsight Opinion# 4 Exhibit C: IP Management Agreement# 5 Exhibit D: Philips License)Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Press, Daniel) (Entered: 11/29/2004) |
| 01/26/2005 | 29 | CERTIFICATE OF SERVICE by Inventures, L. L. C.. Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 01/26/2005) |
| 01/27/2005 | 30 | CERTIFICATE OF SERVICE by Inventures, L. L. C. *Plaintiff's Revised Supplemental Response to Defendants' Interrogatory No. 17.* Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 01/27/2005) |
| 01/31/2005 | 31 | RESPONSE to 27 Order *Plaintiff's Response to Order Following Defendant's Motion to Compel Discovery* by Inventures, L. L. C.. Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 01/31/2005) |
| 01/31/2005 | 32 | CERTIFICATE OF SERVICE by Inventures, L. L. C. re 31 Response (Free). Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 01/31/2005) |
| 02/02/2005 | 33 | CERTIFICATE OF SERVICE by Inventures, L. L. C. *Plaintiff's Revised Supplemental Response to Defendant's Interrogatory No. 1.* Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 02/02/2005) |
| 03/31/2005 | 34 | MOTION to Compel Discovery, attachments A-C by Inventures, L. L. C.. (Attachments: # 1 Document Continuation)Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(PPaul, ) (Entered: 04/01/2005) |
| 04/19/2005 | 35 | NOTICE by Inventures, L. L. C. re 34 MOTION to Compel *Discovery* Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv- |

| | | |
|---|---|---|
| | | 75216-GER-WC(Mullkoff, Douglas) (Entered: 04/19/2005) |
| 04/19/2005 | 36 | CERTIFICATE OF SERVICE by Inventures, L. L. C. re 35 Notice (Other) *of Voluntary Withdrawal of Plaintiff's Motion to Compel Discovery*. Associated Cases: 2:02-cv-74668-GER-WC,2:03-cv-75216-GER-WC(Mullkoff, Douglas) (Entered: 04/19/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/22/2005 13:36:50 | | |
| **PACER Login:** | ml0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cv-74668-GER-WC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

INVENTURES, LLC,

      Plaintiff,

v.

DAEWOO ELECTRONICS COMPANY, LTD.,
DAWOO ELECTRONICS CORPORATION,

      Defendants

Civil Action No. 02-74668
Judge Gerald E. Rosen

## ENTRY OF APPEARANCE

COMES NOW Defendant DAEWOO ELECTRONICS COMPANY, LTD., and notes the appearance of the undersigned counsel as counsel for Defendant. John A. Shea, Esq., shall remain as co-counsel.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, Va. Bar No. 37123
Chung & Press, P.C.
6723 Whittier Avenue/Suite 302
McLean, VA 22101
703-734-3800
703-734-0590 (fax)

John A. Shea (P37634)
120 N. Fourth Avenue
Ann Arbor, Michigan 48104
(734) 995-4646

Counsel for Defendant

# EXHIBIT 5

RECEIVED FEB 2 5 2005



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

INVENTURES, LLC,

     Plaintiff,

v.

DAEWOO ELECTRONICS COMPANY, LTD.,
DAWOO ELECTRONICS CORPORATION,

     Defendants

     Civil Action No. 02-74668
     Judge Gerald E. Rosen

v.

DAEWOO ELECTRONICS AMERICA INC.,

     Defendant.

     Civil Action No. 03-75216
     Judge Gerald E. Rosen

## DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS

COME NOW Defendants DAEWOO ELECTRONICS COMPANY, LTD.

(hereinafter "DECL") and DAEWOO ELECTRONICS CORPORATION ("DEC"), and

DAEWOO ELECTRONICS AMERICA, INC.,[1] ("DEAM") (jointly "Defendants") and

for their responses and objections to Plaintiff's Third Set of Discovery Requests state as

follows:

## PRELIMINARY STATEMENT

---

[1] The Requests state that they are served on Daewoo Electronics Corporation of America. That entity is not a party to these consolidated actions. Defendants assume that the requests were directed to Defendant Daewoo Electronics America, Inc., and such defendant joins in these responses and objections.

Defendants' objections and responses are currently based on their best knowledge and information known to it at this time. However, these objections and responses are made without prejudice to Defendants' right to revise or supplement them based on the discovery taken in this case. Further, these objections and responses are based on Defendants' good-faith interpretation of the individual Requests and are subject to correction for errors or omission, if any.

## GENERAL OBJECTIONS

Defendants generally object as follows, and incorporate all of the following objections into their responses to the specific discovery requests.

A.    Defendants object to each interrogatory and document request to the extent it seeks information that is protected by attorney-client privilege, seeks documents prepared in anticipation of litigation or for trial, or is otherwise subject to the work product doctrine or any other applicable rights, privilege or immunity.

B.    Defendants object to each interrogatory and document request insofar as it seeks information that is already in the possession of Plaintiff or is readily accessible to Plaintiff or that purports to impose upon Defendants an obligation to search publicly available materials when such materials are not otherwise contained in files maintained by Defendants. Such an obligation is unreasonable and unduly burdensome.

2

C.  Defendants object to each interrogatory to the extent it seeks materials that require extensive and unreasonable investigatory work on the part of Defendants. Such requests are calculated to harass Defendants and are unduly broad and burdensome.

D.  Defendants object to each interrogatory to the extent it fails to adequately and specifically describe the subject matter sought or is vague, over broad, or unduly burdensome.

E.  Defendants object to each interrogatory to the extent it seeks information regarding voluminous files of immaterial or marginally relevant documents and information, as unduly burdensome.

F.  Defendants object to each interrogatory to the extent it prematurely seeks identification of trial witnesses.

G.  Defendants object to each interrogatory to the extent it prematurely seeks information to be provided by expert witnesses.

H.  Defendants object to the instructions and definitions set forth in these requests insofar as they seek to impose any obligation or responsibility other than, or in addition to, the obligations and responsibilities imposed by the Federal Rules of Civil Procedure and/or this Court's Local Rules and/or 35 U.S.C. § 282.

I.     Defendants object to each interrogatory to the extent it contains subparts that are to be counted as separate interrogatories per Rule 33 of the Federal Rules of Civil Procedure and the Local Rules.

J.     Defendants object to the breadth of the terms "Daewoo" "Defendant" "you" and "your" given in Definition No. 1 as unduly and impermissibly broad and burdensome. As used in these responses, these terms shall mean the three Defendants only. Accordingly, each Defendant will limit its responses to information known by it.

K.     Defendants object to the extent these discovery requests purport to be directed to Daewoo Electronics Corporation of America, which entity has not been made a party to this action.

L.     In providing answers to these interrogatories and document requests, Defendants do not in any way waive or intend to waive, but rather intend to preserve and are preserving:

(a)     all objections as to the vagueness, ambiguity, or other infirmity in the form of the interrogatory or request and any objections based on the undue burden imposed by the interrogatory or request and each specific request contained therein;

(b)     all rights to object on any ground to the use of any of the responses or their subject matter in any subsequent proceedings;

(c)     all rights to object on any ground to any further interrogatory or document requests involving or related to the subject matter of the interrogatory or request;

(d)     the right to supplement responses to the interrogatory or request prior to commencement of the trial; and

(c)     any and all privileges and/or rights under the applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, the Court's Local Rules, statutes, or the common law.

In addition to the General Objections set forth above, Defendants may also state specific objections to the interrogatories and requests where appropriate. By setting forth such specific objections, Defendants do not intend to limit or restrict the General Objections set forth above.

## RESPONSES AND OBJECTIONS TO SPECIFIC REQUESTS

Subject to and without waiver of the general objections, Defendants respond and object to the specific discovery requests as follows:

### DOCUMENT REQUEST NO. 1

For each Model listed in the "Year 2003 Summary" produced in response to Plaintiff's Second Set of Discovery Requests, produce an operator or user manual for each model and a schematic diagram for each model.

OBJECTION: See general objections.

5

RESPONSE: Subject to and without waiver of the foregoing objections,

Defendants will produce responsive documents in their possession, custody and control.

## DOCUMENT REQUEST NO. 2

Identify all VCRs shipped by Daewoo into the United States from July, 1994 to the present on a per-month basis as previously requested, and produce an operator or user manual for each model and a schematic diagram for each model.

OBJECTION: See general objections. The request to "identify" is not the proper

subject for a document request. Duplicative of prior discovery requests. Unduly

burdensome and harassing. The time period of this request is far beyond any period for

which recovery could be available in this action and is thus overbroad and unreasonably

burdensome.

RESPONSE: As to DEAM and DEC, see response to Interrogatory 1 in DEC's

First Supplemental Responses and Objections to Plaintiff's Second Request for

Admission, Second Set of Interrogatories, and Second Document Requests, and Response

to Document Request #1 herein. As to DECL, see responses to Interrogatory #1 and

Document Request #1 of Plaintiff's First Requests for Admission, First Set of

Interrogatories, and First Document Requests.

## INTERROGATORY NO. 1

Explain the method used by Daewoo in naming its VCR products; that is; identify the meaning, if any of each letter and number used in a VCR model designation.

OBJECTION: See general objections. Unduly burdensome and harassing.

Irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE: Example: DV-T47N. The first position, the D refers to Daewoo.

6

In the second position, the V refers to the type of product (V=VCR). In the third position, T refers to the type of deck. In the fourth position, the 4 refers to the head configuration. The N in the last position refers to the video format, NTSC.

Respectfully submitted,

Daniel M. Press, Va. Bar No. 37123
Juan Chardiet, Va. Bar No. 33601
Chung & Press, P.C.
6723 Whittier Avenue/Suite 302
McLean, VA 22101
703-734-3800
703-734-0590 (fax)

John A. Shea (P37634)
120 N. Fourth Avenue
Ann Arbor, Michigan 48104
(734) 995-4646

Counsel for Defendants

# EXHIBIT 6

Travelers LLoyds Texas Insurance Company v.
Daewoo Electronics Corporation of America
Assigned to: Judge Lee H Rosenthal
Case in other court: 157th JDC of Harris County, 05-
09589
Cause: 28:1332 Diversity-Property Damage

Date Filed: 03/28/2005
Jury Demand: Defendant
Nature of Suit: 385 Prop. Damage
Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Travelers LLoyds Texas**
**Insurance Company**
*As Subrogee Of Christine Wilson*
*and Laura Wilson*

represented by **Stephanie Lynn Nelson**
Law Offices of Samuel E Dunn
10750 Richmond Ave
Ste 200
Houston, TX 77042
713-787-4380
Fax: 713-787-4394 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Daewoo Electronics Corporation**
**of America**

represented by **Martin Samuel Schexnayder**
Wilson Elser et al
5847 San Felipe
Ste 2300
Houston, TX 77057
713-785-7778
Fax: 713-785-7780
Email: schexnayderm@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | NOTICE OF REMOVAL from 157th JDC of Harris County, case number 2005-09589 ( Filing fee $ 250 ) filed by Daewoo Electronics Corporation of America.(mewilliams, ) Additional attachment(s) added on 3/28/2005 (hlerma, ). (Entered: 03/28/2005) |
| 03/28/2005 | | Partial Filing fee re: 1 Notice of Removal: $ 150.00, receipt number |

| | | 554823 , filed. (agould, ) (Entered: 03/28/2005) |
|---|---|---|
| 03/28/2005 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 6/24/2005 at 08:45 AM in Courtroom 11B before Judge Lee H Rosenthal. Parties notified.(hlerma, ) (Entered: 03/28/2005) |
| 04/01/2005 | 3 | DISCLOSURE STATEMENT by Travelers LLoyds Texas Insurance Company , filed.(psmith, ) (Entered: 04/05/2005) |
| 04/04/2005 | | Partial Filing fee re: 1 Notice of Removal: $ 100.00, receipt number 555135 , filed. (agould, ) (Entered: 04/04/2005) |
| 04/07/2005 | 4 | CERTIFICATE OF SERVICE IN A REMOVED ACTION by Daewoo Electronics Corporation of America, filed.(dkelly, ) (Entered: 04/11/2005) |
| 04/07/2005 | 5 | CERTIFICATE OF INTERESTED PARTIES by Daewoo Electronics Corporation of America, filed.(dkelly, ) (Entered: 04/11/2005) |
| 04/21/2005 | 6 | SUMMONS Returned Executed. Daewoo Electronics Corporation of America served on 3/7/2005, answer due 3/28/2005, filed.(rroberts, ) (Entered: 04/21/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/22/2005 12:42:05 | | | |
| PACER Login: | ml0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:05-cv-01052 |
| Billable Pages: | 1 | Cost: | 0.08 |

# EXHIBIT 7

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
## Miscellaneous Proceeding #: 04-00502

*Assigned to:* Alan H.W. Shiff

*Date Filed:* 11/01/04
*Date Terminated:* 03/08/2005

**Plaintiff**

------------------------

**Kmart Corp.**

V.

**Defendant**

------------------------

**Daewoo Electronics Corp. of America**

represented by **Elizabeth J. Austin**
Pullman & Comley
850 Main Street
P.O.Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
*LEAD ATTORNEY*

**Jonathan H. Hambrick**
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.

Washington, DC 20036
*LEAD ATTORNEY*

**Joseph P. Esposito**
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.

Washington, DC 20036
*LEAD ATTORNEY*

**Stanley J. Samorajczyk**
Akin, Gump, Strauss, Hauer & Feld,

| Filing Date | Docket Text |
|---|---|
| 03/08/2005 | Miscellaneous Case Closed.. (Rai, Sujata) (Entered: 03/08/2005) |
| 03/07/2005 | 25 Letter for Settlement of Miscellaneous Proceeding filed by Atty Elizabeth J. Austin RE: related document(s)1 Registration of Foreign Judgment filed by Plaintiff Kmart Corp.). (Rai, Sujata) (Entered: 03/08/2005) |
| 12/21/2004 | Hearing Off (RE: 2 Motion to Compel Discovery filed by Defendant Daewoo Electronics Corp. of America) (Senteio, Renee) (Entered: 12/22/2004) |
| 12/14/2004 | 24 Reply to (related document(s): 2 Motion to Compel Discovery Filed by Elizabeth J. Austin on behalf of Daewoo Electronics Corp. of America, Defendant filed by Defendant Daewoo Electronics Corp. of America) Filed by Defendant Daewoo Electronics Corp. of America (related document(s)2 Motion to Compel Discovery Filed by Elizabeth J. Austin on behalf of Daewoo Electronics Corp. of America, Defendant. (Comstock, Susan)). (Rai, Sujata) (Entered: 12/16/2004) |
| 12/10/2004 | 23 BNC Certificate of Mailing - PDF Document. (RE: 22 Order on Motion to Appear pro hac vice) Service Date 12/10/2004. (Admin.) (Entered: 12/11/2004) |
| 12/08/2004 | 22 Order Granting Motion To Appear pro hac vice (RE: 21) Signed on 12/8/2004. (Rai, Sujata) (Entered: 12/08/2004) |
| 12/03/2004 | 21 Motion to Appear Pro Hac Vice. Local Counsel listed as Patrick J. McHugh, Esq. of Finn Dixon & Herling, LLP Filed by David Elbaum on behalf of ESL Investments, Inc., Interested Party. (Caban, Eunice) (Entered: 12/07/2004) |
| 12/03/2004 | 20 Affidavit of David Elbaum in Opposition Filed by Patrick J. McHugh on behalf of ESL Investments, Inc. Interested Party, (Re:)2 Motion to Compel filed by Defendant Daewoo Electronics Corp. of America). (Comstock, Susan) (Entered: 12/03/2004) |
|  |  |

| | |
|---|---|
| 12/03/2004 | <u>19</u> Memorandum of Law in Opposition Filed by Patrick J. McHugh on behalf of ESL Investments, Inc. Interested Party, (Re:)<u>2</u> Motion to Compel filed by Defendant Daewoo Electronics Corp. of America). (Comstock, Susan) (Entered: 12/03/2004) |
| 11/20/2004 | <u>18</u> BNC Certificate of Mailing - PDF Document. (RE: <u>15</u> Order on Motion to Appear pro hac vice) Service Date 11/20/2004. (Admin.) (Entered: 11/21/2004) |
| 11/20/2004 | <u>17</u> BNC Certificate of Mailing - PDF Document. (RE: <u>14</u> Order on Motion to Appear pro hac vice) Service Date 11/20/2004. (Admin.) (Entered: 11/21/2004) |
| 11/20/2004 | <u>16</u> BNC Certificate of Mailing - PDF Document. (RE: <u>13</u> Order on Motion to Appear pro hac vice) Service Date 11/20/2004. (Admin.) (Entered: 11/21/2004) |
| 11/18/2004 | <u>15</u> Order Granting Motion To Appear pro hac vice (RE: <u>11</u>) Signed on 11/18/2004. (Comstock, Susan) (Entered: 11/18/2004) |
| 11/18/2004 | <u>14</u> Order Granting Motion To Appear pro hac vice (RE: <u>10</u>) Signed on 11/18/2004. (Comstock, Susan) (Entered: 11/18/2004) |
| 11/18/2004 | <u>13</u> Order Granting Motion To Appear pro hac vice (RE: <u>9</u>) Signed on 11/18/2004. (Comstock, Susan) (Entered: 11/18/2004) |
| 11/16/2004 | <u>12</u> Notice of Appearance and Request for Notice Filed by Patrick J. McHugh on behalf of ESL Investments, Inc. Interested Party,. (Comstock, Susan) (Entered: 11/18/2004) |
| 11/16/2004 | Hearing Continued (RE: <u>2</u> Motion to Compel Discovery filed by Defendant Daewoo Electronics Corp. of America) Hearing to be held on 12/21/2004 at 03:30 PM Room 123, Courtroom for <u>2</u>, (Senteio, Renee) (Entered: 11/16/2004) |
| 11/09/2004 | <u>11</u> Motion to Appear Pro Hac Vice. Local Counsel listed as Elizabeth J. Austin Filed by Jonathan H. Hambrick on behalf of Daewoo Electronics Corp. of America, Defendant. (Comstock, Susan) (Entered: 11/17/2004) |
| 11/09/2004 | <u>10</u> Motion to Appear Pro Hac Vice. Local Counsel listed as Elizabeth J. Austin Filed by Stanley J. Samorajczyk on behalf of Daewoo Electronics Corp. of America, Defendant. (Comstock, Susan) (Entered: 11/17/2004) |
| 11/09/2004 | <u>9</u> Motion to Appear Pro Hac Vice. Local Counsel listed as Elizabeth J. |

| | |
|---|---|
| | Austin Filed by Joseph P. Esposito on behalf of Daewoo Electronics Corp. of America, Defendant. (Comstock, Susan) (Entered: 11/17/2004) |
| 11/06/2004 | 8 BNC Certificate of Mailing - PDF Document. (RE: 6 Generate BNC Notice/Form) Service Date 11/06/2004. (Admin.) (Entered: 11/07/2004) |
| 11/04/2004 | 7 Certificate of Service Filed by Elizabeth J. Austin on behalf of Daewoo Electronics Corp. of America Defendant, (Re:)2 Motion to Compel filed by Defendant Daewoo Electronics Corp. of America, 3 Brief filed by Defendant Daewoo Electronics Corp. of America, 5 Notice of Hearing, ). (Rai, Sujata) (Entered: 11/05/2004) |
| 11/04/2004 | 6 Notice of Hearing Re: Doc. #2 Generated for BNC Noticing.. (Comstock, Susan) (Entered: 11/04/2004) |
| 11/02/2004 | 5 Notice of Hearing Set RE: related document(s)2 Motion to Compel filed by Defendant Daewoo Electronics Corp. of America). Hearing to be held on 11/16/2004 at 10:00 AM Room 123, Courtroom for 2, (Comstock, Susan) Modification to Attachment(s) made on 11/4/2004 (Comstock, Susan). (Entered: 11/02/2004) |
| 11/01/2004 | Receipt Number 541789, Fee Amount $39.00 RE: related document(s)1 Request for Miscellaneous Case filed by Defendant Daewoo Electronics Corp. of America). (Comstock, Susan) Modified on 11/3/2004 to reflect this is a miscellaneous case, not a registration of judgment. (Comstock, Susan). (Entered: 11/03/2004) |
| 11/01/2004 | 4 Request for a Hearing Filed by Elizabeth J. Austin on behalf of Daewoo Electronics Corp. of America Defendant, (Re:)2 Motion to Compel filed by Defendant Daewoo Electronics Corp. of America). (Comstock, Susan) (Entered: 11/02/2004) |
| 11/01/2004 | 3 Support Brief Filed by Elizabeth J. Austin on behalf of Daewoo Electronics Corp. of America Defendant, (Re:)2 Motion to Compel filed by Defendant Daewoo Electronics Corp. of America). (Comstock, Susan) (Entered: 11/02/2004) |
| 11/01/2004 | 2 Motion to Compel Discovery Filed by Elizabeth J. Austin on behalf of Daewoo Electronics Corp. of America, Defendant. (Comstock, Susan) (Entered: 11/02/2004) |
| 11/01/2004 | 1 Request for Miscellaneous Case Filed by Elizabeth J. Austin for Defendant Daewoo Electronics Corp. of America.(Comstock, Susan) (Entered: 11/01/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/22/2005 13:56:11 | | | |
| **PACER Login:** | ml0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-00502 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT 8

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:03-cv-01091

Billings v. Daewoo Electronics Corp. of America et al
Assigned to: Judge Sidney A Fitzwater
Demand: $302000
Cause: 28:1332 Diversity-Property Damage

Date Filed: 05/20/2003
Jury Demand: Defendant
Nature of Suit: 385 Prop. Damage
Prod. Liability
Jurisdiction: Diversity

## Plaintiff
**Katherine Billings**

represented by **Jeffrey E Hansen**
Hasten & Hansen
3825 W Green Oaks Blvd
Suite 250
Arlington, TX 76016
817/429-0956
Fax: 817/496-4605 FAX
Email: jeff@hhattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff
**State Farm Lloyds**

represented by **Jeffrey E Hansen**
(See above for address)

V.

## Defendant
**Daewoo Electronics Corp. of America**

represented by **E Stratton Horres, Jr**
Wilson Elser Moskowitz Edelman &
Dicker - Dallas
1201 Elm St
Suite 5000
Dallas, TX 75270
214/698-8000
Fax: 214/698-1101 FAX
Email: horrese@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey O Marshall**

Wilson Elser Moskowitz Edelman &
Dicker
Renaissance Tower
1201 Elm St
Suite 5000
Dallas, TX 75270
214/698-8000
Email: marshallj@wemed.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maytag Corp**                    represented by **E Stratton Horres, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2003 | 1 | NOTICE OF REMOVAL from 160th Judicial District Court, Dallas County, Texas, case number 03-02285-H. (Filing fee $150 receipt number 194505), filed by Daewoo Electronics Corp. of America, Maytag Corp. (exhibits not imaged)(djd) (Entered: 05/21/2003) |
| 05/20/2003 | | DEMAND for Trial by Jury by Daewoo Electronics Corp. of America, Maytag Corp. (in state court)(djd ) (Entered: 05/21/2003) |
| 05/20/2003 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Daewoo Electronics Corp. of America, Maytag Corp. (djd) (Entered: 05/21/2003) |
| 05/23/2003 | 3 | Order for Scheduling Order Proposal: Proposed Scheduling Order due by 6/20/2003. (Signed by Judge Sidney A Fitzwater on 5/21/03) (djd) (Entered: 05/27/2003) |
| 06/20/2003 | 4 | JOINT SCHEDULING PROPOSAL for contents of scheduling and discovery order by Katherine Billings, Daewoo Electronics Corp. of America, Maytag Corp. (djd) (Entered: 06/23/2003) |
| 06/23/2003 | 5 | SCHEDULING ORDER: Amended Pleadings due by 5/1/2004. Discovery due by 6/1/2004. Joinder of Parties due by 11/1/2003. Motions due by 7/1/2004. (Signed by Judge Sidney A Fitzwater on 6/23/03) (djd) (Entered: 06/24/2003) |
| 06/23/2003 | | STATUS REPORT ORDER: Status Report due by 6/1/2004. (see #5 Scheduling Order) (Signed by Judge Sidney A Fitzwater on 6/23/03) (djd) (Entered: 06/24/2003) |
| 02/23/2004 | 6 | SCHEDULING ORDER: Trial Setting/Docket Call set for 3/21/2005 |

| | | before Judge Sidney A Fitzwater. (Signed by Judge Sidney A Fitzwater on 2/23/04) (klm, ) (Entered: 02/23/2004) |
|---|---|---|
| 03/22/2004 | 7 | MOTION for Leave to Designate Expert by Katherine Billings (exhibits not imaged) (klm, ) (Entered: 03/23/2004) |
| 03/23/2004 | 8 | ORDER granting 7 Plaintiff's Motion for Leave to Designate Mark Goodson as Expert for a period of 14 days following the date of this Order. (Signed by Judge Sidney A Fitzwater on 3/23/04) (klm, ) (Entered: 03/23/2004) |
| 05/03/2004 | 9 | Plaintiff's and Defendants' Joint MOTION for Leave to Amend Pleadings by Katherine Billings, Daewoo Electronics Corp. of America, Maytag Corp (klm, ) (Entered: 05/04/2004) |
| 05/03/2004 | 10 | ORDER granting 9 Joint Motion for Leave to Amend Pleadings. Plaintiff shall have 14 days from the date of this order to files its amended complaint and defendants shall have 28 days from the date of this order to file their amende answer (Signed by Judge Sidney A Fitzwater on 5/3/04) (klm, ) (Entered: 05/04/2004) |
| 05/14/2004 | 11 | Plaintiff's MOTION for Leave of Court to File an Amended Pleading, Plaintiff's First Amended Complaint by State Farm Lloyds (klm, ) (Entered: 05/18/2004) |
| 05/18/2004 | 12 | MOTION for Leave to Supplement Expert Disclosure of Mark Goodson and Brief in Support Thereof by State Farm Lloyds (klm, ) (Entered: 05/19/2004) |
| 05/18/2004 | 13 | MOTION to Modify 5 Scheduling Order and Brief in Support Thereof by State Farm Lloyds (klm, ) (Entered: 05/19/2004) |
| 05/19/2004 | 14 | ORDER granting 12 Plaintiff State Farm Lloyds Motion for Leave to Supplement Expert Disclosure of Mark Goodson. (Signed by Judge Sidney A Fitzwater on 5/19/04) (klm, ) (Entered: 05/19/2004) |
| 05/28/2004 | 15 | ANSWER to Amended Complaint by Daewoo Electronics Corp. of America.(klm, ) (Entered: 06/01/2004) |
| 05/28/2004 | 16 | ANSWER to First Amended Complaint by Maytag Corp.(klm, ) (Entered: 06/01/2004) |
| 06/08/2004 | 17 | ORDER granting 11 Plaintiff State Farm Lloyds' Motion for Leave to File Amended Pleadings. (Signed by Judge Sidney A Fitzwater on 6/8/04) (klm, ) (Entered: 06/09/2004) |
| 06/08/2004 | 18 | FIRST AMENDED COMPLAINT against Daewoo Electronics Corp. of America, Maytag Corp , filed by State Farm Lloyds.(klm, ) (Entered: 06/09/2004) |
| 06/15/2004 | 19 | AMENDEDSCHEDULING ORDER: Amended Pleadings due by |

| | | 6/1/2004. Discovery due by 8/1/2004. Joinder of Parties due by 11/1/2004. Motions due by 8/1/2004. (Signed by Judge Sidney A Fitzwater on 6/15/04) (klm, ) (Entered: 06/15/2004) |
|---|---|---|
| 07/12/2004 | 20 | AGREED MOTION for Protective Order by Daewoo Electronics Corp. of America (svc, ) (Entered: 07/13/2004) |
| 07/13/2004 | 21 | AGREED PROTECTIVE ORDER...pursuant to the agreed motion filed by defendant, that a Protective Order be entered to preserve the confidentiality of certain information to be produced or disclosed by DEA in this case. (see order for specifics) (Signed by Judge Sidney A Fitzwater on 7/13/04) (klm, ) (Entered: 07/13/2004) |
| 08/02/2004 | 22 | Defendants' MOTION for Summary Judgment by Daewoo Electronics Corp. of America, Maytag Corp (klm, ) (Entered: 08/02/2004) |
| 08/02/2004 | 23 | Defendants' Brief in Support re 22 MOTION for Summary Judgment filed by Daewoo Electronics Corp. of America, Maytag Corp. (klm, ) (Entered: 08/02/2004) |
| 08/02/2004 | 24 | Appendix re 22 Defendants' MOTION for Summary Judgment filed by Daewoo Electronics Corp. of America, Maytag Corp. (klm, ) (Entered: 08/02/2004) |
| 08/16/2004 | 25 | DEMAND for Trial by Jury by Daewoo Electronics Corp. of America, Maytag Corp. (klm, ) (Entered: 08/17/2004) |
| 08/24/2004 | 26 | Response to Motion re 22 Defendants' Motion for Summary Judgment filed by State Farm Lloyds. (klm, ) (Entered: 08/24/2004) |
| 08/24/2004 | 27 | Brief in Support re 26 Plaintiff's Response to Defendants' Motion for Summary Judgment filed by State Farm Lloyds. (klm, ) (Entered: 08/24/2004) |
| 08/24/2004 | 28 | Appendix re 26 Plaintiff's Response to Defendants' Motion for Summary Judgment filed by State Farm Lloyds. (attachments 100+ pages - not imaged) (USC) (klm, ) (Entered: 08/24/2004) |
| 09/01/2004 | 29 | Motion to Strike and Exclude Testimony of Ricky Jones and Brief in Support by Daewoo Electronics Corp. of America, Maytag Corp (klm, ) (Entered: 09/02/2004) |
| 09/01/2004 | 30 | Appendix re 29 Defendants' Motion to Strike and Exclude Testimony of Ricky Jones & Brief in Support filed by Daewoo Electronics Corp. of America, Maytag Corp. (klm, ) (Entered: 09/02/2004) |
| 09/07/2004 | 31 | JOINT ESTIMATE OF TRIAL LENGTH AND STATUS REPORT by Katherine Billings, Daewoo Electronics Corp. of America, Maytag Corp. (klm, ) (Entered: 09/08/2004) |

| | | |
|---|---|---|
| 09/08/2004 | 32 | Reply to Response to Motion re 22 Defendants' Motion for Summary Judgment filed by Daewoo Electronics Corp. of America, Maytag Corp. (klm, ) (Entered: 09/09/2004) |
| 11/30/2004 | 33 | Memorandum Opinion and Order grants 22 Defendant's Motion for Summary Judgment and dismisses this action with prejudice by judgment filed today filed by Daewoo Electronics Corp. of America, Maytag Corp (Signed by Judge Sidney A Fitzwater on 11/30/04) (klm, ) (Entered: 11/30/2004) |
| 11/30/2004 | 34 | JUDGMENT in favor of defendant against plaintiff. This action is dismissed with prejudice. Taxable costs of court are assessed against plaintiff. (Signed by Judge Sidney A Fitzwater on 11/30/04) (klm, ) (Entered: 11/30/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/22/2005 12:42:44 | | | |
| **PACER Login:** | ml0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-01091 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# EXHIBIT 9

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:04-cv-02794-LS

MOORE et al v. MAGIC CHEF COMPANY et al
Assigned to: HONORABLE LAWRENCE F.
STENGEL
Demand: $136000
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 06/24/2004
Jury Demand: Defendant
Nature of Suit: 385 Prop. Damage
Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**RONALD MOORE**

represented by **STEWART C. CRAWFORD**
LAW OFFICE OF STEWART C.
CRAWFORD & ASSOC
223 N. MONROE ST
MEDIA, PA 19063
610-565-7050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEAN MOORE**

represented by **STEWART C. CRAWFORD**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MAGIC CHEF COMPANY**

represented by **JONATHAN DRYER**
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
THE CURTIS CENTER
STE 1130E
PHILADELPHIA, PA 19106
215-627-6900
Fax: 215-627-2665
Email: dryerj@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MAYTAG CORPORATION**  represented by **JONATHAN DRYER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAEWOO ELECTRONICS**  represented by **JONATHAN DRYER**
**CORPORATION OF AMERICA**  (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SAMSUNG ELECTRONICS**  represented by **JOSEPH A. DALY**
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN

1845 WALNUT ST., 21ST FLOOR
PHILADELPHIA, PA 19103
215-575-2600
Email: jdaly@mdwcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2004 | 1 | NOTICE OF REMOVAL by MAGIC CHEF COMPANY, MAYTAG CORPORATION from Philadelphia CCP, case number May 2004 No. 2418. (Filing fee $ 150 receipt number 906284), Certificate of Service. (tj, ) (Entered: 06/24/2004) |
| 06/24/2004 |  | Case Eligible for Arbitration(tj, ) (Entered: 06/24/2004) |
| 06/24/2004 | 2 | to Attach Consent to Removal by MAGIC CHEF COMPANY, MAYTAG CORPORATION. (DRYER, JONATHAN) (Entered: 06/24/2004) |
| 07/13/2004 | 3 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH SAMSUNG ELECTRONICS AMERICA, INC. MAY ANSWER OR MOVE TO PLAINTIFF'S COMPLAINT IS EXTENDED UP TO AND INCLUDING 7/26/2004. SIGNED BY JUDGE RONALD L. BUCKWALTER ON 07/12/04. 07/13/04 ENTERED AND COPIES MAILED AND FAXED.(ac, ) Modified on 7/13/2004 (ac, ). Modified on 7/14/2004 (ac, ). (Entered: 07/13/2004) |
| 07/26/2004 | 4 | ANSWER to Complaint together with Affirmative Defenses, Cross-claim by SAMSUNG ELECTRONICS; Jury Demand, Certificate of Service. (DALY, JOSEPH) Modified on 7/27/2004 (np). (Entered: |

| | | 07/26/2004) |
|---|---:|---|
| 07/26/2004 | 5 | ANSWER to Complaint by MAGIC CHEF COMPANY, MAYTAG CORPORATION with Affirmative Defenses, Certificate of Service. (DRYER, JONATHAN) Modified on 7/27/2004 (np). (Entered: 07/26/2004) |
| 07/28/2004 | 6 | Original Record together with certified copy of docket entries received from Court of Common Pleas of Philadelphia County. (stb, ) (Entered: 07/29/2004) |
| 08/02/2004 | 7 | Response to Crossclaim *of Samsung Electronics America* by MAYTAG CORPORATION, Certificate of Service. (DRYER, JONATHAN) Modified on 8/3/2004 (np). (Entered: 08/02/2004) |
| 08/03/2004 | 8 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE RONALD L. BUCKWALTER TO JUDGE LAWRENCE F. STENGEL FOR ALL FURTHER PROCEEDINGS. SIGNED BY MICHAEL E. KUNZ, CLERK OF COURT ON 08/03/04. 08/03/03 ENTERED AND COPIES MAILED AND FAXED.(ac, ) (Entered: 08/03/2004) |
| 08/18/2004 | 9 | NOTICE of Hearing: STATUS CONFERENCE SET FOR 9/1/2004 AT 10:00 AM IN JUDGE'S CHAMBERS BEFORE HONORABLE LAWRENCE F. STENGEL. (pac,) (Entered: 08/18/2004) |
| 09/02/2004 | 10 | SCHEDULING ORDER THAT ALL RULE 16 DISCLOSURES ARE TO BE MADE BY SEPREMBER 14, 2004. ALL REMAINING FACT DISCOVERY SHALL BE COMPLETED ON OR BEFORE JANUARY 31, 2005. EXPERT REPORTS SHALL BE EXCHANGED BY FEBRUARY 28, 2005. A SECOND STATUS CONFERENCE WILL BE HELD BY TELEPHONE CONFERENCE CALL ON DECEMBER 17, 2004, AT 10:30 A.M. SIGNED BY JUDGE LAWRENCE F. STENGEL ON 09/02/04. 09/03/04 ENTERED AND COPIES MAILED AND FAXED.(ac, ) (Entered: 09/03/2004) |
| 10/04/2004 | 11 | ANSWER to Complaint by DAEWOO ELECTRONICS CORPORATION OF AMERICA with Affirmative Defenses, Certificate of Service. (DRYER, JONATHAN) Modified on 10/5/2004 (np). (Entered: 10/04/2004) |
| 10/14/2004 | 12 | NOTICE of Hearing: ARBITRATION HEARING SET FOR 2/10/2005 09:30 AM IN NIX BUILDING. (tj, ) (Entered: 10/14/2004) |
| 12/20/2004 | 13 | AMENDED SCHEDULING ORDER THAT DISCOVERY SHALL BE COMPLETED ON OR BEFORE MAY 2, 2004. EXPERT REPORTS SHALL BE EXCHANGED BY MAY 31, 2005. A |

| | | |
|---|---|---|
| | | FINAL PRETRIAL CONFERENCE WILL BE HELD ON THURSDAY, JUNE 2, 2005, AT 9:30 A.M. IN CHAMBERS. TRIAL SHALL COMMENCE ON MONDAY, JUNE 13, 2005, AT 9:30 A.M. SIGNED BY JUDGE LAWRENCE F. STENGEL ON 12/20/04. 12/20/04 ENTERED AND COPIES MAILED AND E-MAILED.(ac, ) (Entered: 12/20/2004) |
| 12/21/2004 | 14 | Minute Entry for proceedings held before Judge LAWRENCE F. STENGEL : Telephone Conference held on 12/17/04 (ac, ) (Entered: 12/21/2004) |
| 01/19/2005 | 15 | ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO LOCAL RULE 41.1(b). SIGNED BY JUDGE LAWRENCE F. STENGEL ON 1/19/05. 1/19/05 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(pac,) (Entered: 01/19/2005) |
| 02/17/2005 | 16 | STIPULATION of Dismissal *WITH PREJUDICE* by SAMSUNG ELECTRONICS. (DALY, JOSEPH) (Entered: 02/17/2005) |
| 02/17/2005 | 17 | STIPULATION OF DISMISSAL BY RONALD MOORE, JEAN MOORE AGAINST DAEWOO ELECTRONICS CORPORATION OF AMERICA, SAMSUNG ELECTRONICS, MAGIC CHEF COMPANY, MAYTAG CORPORATION. (ac, ) (Entered: 02/18/2005) |
| 02/24/2005 | 18 | ORDER OF DISMISSAL WITH PREJUDICE. SIGNED BY JUDGE LAWRENCE F. STENGEL ON 02/24/05. 02/24/05 ENTERED AND COPIES MAILED AND FAXED.( SEE PAPER NO. 17) (ac, ) (Entered: 02/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/22/2005 13:41:15 | | | |
| **PACER Login:** | ml0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-02794-LS |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |