Levitte v. Google Inc.     Doc. 2939

JAMES M. HANAVAN (State Bar # 66097)
CRAIGIE, MCCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendant
VARSHA I. PATEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORGANIZATION FOR THE OADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual<br><br>Plaintiffs,<br><br>vs.<br><br>RAMADA LIMITED –DOWNTOWN; RAMADA FRANCHISE SYSTEMS, INC.; SUMATI I PATEL-PAREEK; VARSHA I PATEL; PATEL, DAHYABHAI R (TRUSTEE/CONSERVATOR); PATEL, SHANTABEN D (TRSUTEE/SONSERVATOR/, LIVING TRUST; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No. C 04 3388 PJH<br><br>**DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF MOTION FOR RELIEF FROM DEFAULT (FRCP 55(C))**<br><br>Date: June 15, 2005<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton<br><br><br>Action Filed: August 18, 2004<br>Trial Date: Not Set |

DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF MOTION TO SET ASIDE DEFAULT

I, James M. Hanavan, declare:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California, and before the Northern District of California. I am affiliated with the law firm of Craigie, McCarthy & Clow, attorneys of record for defendant Varsha Patel.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter I sent to plaintiff's attorney in this action.

3. I am over eighteen years of age and have the capacity to perceive and recollect. If called upon to testify, I am competent to testify to the foregoing matters, which are within my personal knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April ____, 2005.

                                                                  _____
                                                                           James M. Hanavan