# APPENDIX A

**C 03-01607 RMW**        **Palmisano, et al. v. Olin Corporation, et al.**

**Related Cases:**

C 03-01609 RMW        Cowell, et al. v. Olin Corporation, et al.

C 03-01610 RMW        Gibbs, et al. v. Olin Corporation, et al.

C 03-01611 RMW        McMahon, et al. v. Olin Corporation, et al.

C 03-01614 RMW        Sinni, et al. v. Olin Corporation, et al.

C 03-01615 RMW        Hays, et al. v. Olin Corporation, et al.

C 03-01616 RMW        Messina, et al. v. Olin Corporation, et al.

C 03-01617 RMW        Safakish, et al. v. Olin Corporation, et al.

C 03-01619 RMW        Billings, et al. v. Olin Corporation, et al.

C 03-01620 RMW        Bustillos, et al. Olin Corporation, et al.

C 03-01621 RMW        Andersen, et al. v. Olin Corporation, et al.

C 03-01622 RMW        Lopez, et al. v. Olin Corporation, et al.

C 03-01623 RMW        Guerra, et al. v. Olin Corporation, et al.

C 03-01625 RMW        Robinson, et al. v. Olin Corporation, et al.

C 03-01627 RMW        Pereira, et al. v. Olin Corporation, et al.

C 03-01628 RMW        Cole, et al. v. Olin Corporation, et al.

C 03-01689 RMW        Luberto, et al. v. Olin Corporation, et al.

C 03-01690 RMW        Thomas, et al. v. Olin Corporation, et al.

C 03-01691 RMW        Stoll, et al. v. Olin Corporation, et al.

C 03-01692 RMW        Sutton, et al. v. Olin Corporation, et al.

C 03-01694 RMW        Ayala, et al. v. Olin Corporation, et al.

| | |
|---|---|
| C 03-01695 RMW | Keehn, et al. v. Olin Corporation, et al. |
| C 03-01696 RMW | Klingbeil, et al. v. Olin Corporation, et al. |
| C 03-01698 RMW | Britton, et al. v. Olin Corporation, et al. |
| C 03-01699 RMW | Bonfiglio, et al. v. Olin Corporation, et al. |
| C 03-01701 RMW | Montgomery, et al. v. Olin Corporation, et al. |
| C 03-01716 RMW | Matthews, et al. v. Olin Corporation, et al. |
| C 03-01717 RMW | Vaughn, et al. v. Olin Corporation, et al. |
| C 03-01718 RMW | Curiel, et al. v. Olin Corporation, et al. |
| C 03-01720 RMW | Hawkes, et al. v. Olin Corporation, et al. |
| C 03-01721 RMW | Froess, et al. v. Olin Corporation, et al. |
| C 03-01723 RMW | Fedalizo, et al. v. Olin Corporation, et al. |
| C 03-01724 RMW | Hughes, et al. v. Olin Corporation, et al. |
| C 03-01730 RMW | Smith, et al. v. Olin Corporation, et al. |
| C 03-01732 RMW | Bechtold, et al. v. Olin Corporation, et al. |
| C 03-01734 RMW | Wang, et al. v. Olin Corporation, et al. |
| C 03-01735 RMW | Ferry, et al. v. Olin Corporation, et al. |
| C 03-01736 RMW | Ressler, et al. v. Olin Corporation, et al. |
| C 03-01738 RMW | Luner, et al. v. Olin Corporation, et al. |
| C 03-01751 RMW | Clevett, et al. v. Olin Corporation, et al. |
| C 03-01753 RMW | Owen, et al. v. Olin Corporation, et al. |
| C 03-01754 RMW | Fedalizo, et al. v. Olin Corporation, et al. |
| C 03-01755 RMW | Seward, et al. v. Olin Corporation, et al. |
| C 03-01756 RMW | Miller, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-01757 RMW | Enos, et al. v. Olin Corporation, et al. |
| C 03-01758 RMW | Alegre, et al. v. Olin Corporation, et al. |
| C 03-01759 RMW | Chase, et al. v. Olin Corporation, et al. |
| C 03-01947 RMW | Schoepe, et al. v. Olin Corporation, et al. |
| C 03-01948 RMW | Montemagno, et al. v. Olin Corporation, et al. |
| C 03-01949 RMW | Thorson, et al. v. Olin Corporation, et al. |
| C 03-01950 RMW | Tagliaferri, et al. v. Olin Corporation, et al. |
| C 03-01951 RMW | GVL Partners, et al. v. Olin Corporation, et al. |
| C 03-01952 RMW | Feak, et al. v. Olin Corporation, et al. |
| C 03-02247 RMW | Trumbull, et al. v. Olin Corporation, et al. |
| C 03-02248 RMW | Molyneux, et al. v. Olin Corporation, et al. |
| C 03-02251 RMW | Miner, et al. v. Olin Corporation, et al. |
| C 03-02252 RMW | Sanchez, et al. v. Olin Corporation, et al. |
| C 03-02253 RMW | Stanford, et al. v. Olin Corporation, et al. |
| C 03-02254 RMW | Wess, et al. v. Olin Corporation, et al. |
| C 03-02255 RMW | Rosenzweig, et al. v. Olin Corporation, et al. |
| C 03-02257 RMW | Shuyler, et al v. Olin Corporation, et al. |
| C 03-02258 RMW | Bravo, et al. v. Olin Corporation, et al. |
| C 03-02260 RMW | Sosa, et al. v. Olin Corporation, et al. |
| C 03-02261 RMW | Lewis, et al. v. Olin Corporation, et al. |
| C 03-02263 RMW | Cowell, et al. v. Olin Corporation, et al. |
| C 03-02732 RMW | Smith, et al v. Olin Corporation, et al. |
| C 03-02733 RMW | LoCicero, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-02734 RMW | Spohn, et al. v. Olin Corporation, et al. |
| C 03-02735 RMW | Collins, et al. v. Olin Corporation, et al. |
| C 03-02736 RMW | Boyd, et al. v. Olin Corporation, et al. |
| C 03-02737 RMW | Garvin, et al. v. Olin Corporation, et al. |
| C 03-02740 RMW | DellaMaggiore, et al. v. Olin Corporation, et al. |
| C 03-02741 RMW | Smith, et al. v. Olin Corporation, et al. |
| C 03-02742 RMW | Kessler, et a. v. Olin Corporation, et al. |
| C 03-02743 RMW | Boten, et al. v. Olin Corporation, et al. |
| C 03-02744 RMW | Riso, et al. v. Olin Corporation, et al. |
| C 03-02746 RMW | Gallacinao, et al. v. Olin Corporation, et al. |
| C 03-02748 RMW | Dalla, t al. v. Olin Corporation, et al. |
| C 03-02756 RMW | Patin, et al. v. Olin Corporation, et al. |
| C 03-03355 RMW | White, et al. v. Olin Corporation, et al. |
| C 03-03357 RMW | Marrero et al. v. Olin Corporation, et al. |
| C 03-03360 RMW | Gieselman et al. v. Olin Corporation, et al. |
| C 03-03361 RMW | Wright, et al. v. Olin Corporation, et al. |
| C 03-03362 RMW | Le, et al. v. Olin Corporation, et al. |
| C 03-04008 RMW | Gracie, et al. v. Olin Corporation, et al. |
| C 03-04009 RMW | Turk, et al. v. Olin Corporation, et al. |
| C 03-04010 RMW | Estep, et al. v. Olin Corporation, et al. |
| C 03-04011 RMW | Robertson, et al. v. Olin Corporation, et al. |
| C 03-04012 RMW | Cinnamond, et al. v. Olin Corporation, et al. |
| C 03-04013 RMW | Rubida, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-04014 RMW | Johnson, et al. v. Olin Corporation, et al. |
| C 03-04015 RMW | Hudson, et al. v. Olin Corporation, et al. |
| C 03-04017 RMW | Rojas, et al. v. Olin Corporation, et al. |
| C 03-04018 RMW | Connery, et al. v. Olin Corporation, et al. |
| C 03-04019 RMW | Wolford, et al. v. Olin Corporation, et al. |
| C 03-04038 RMW | Brothers, et al. v. Olin Corporation, et al. |
| C 03-04849 RMW | Porter, et al. v. Olin Corporation, et al. |
| C 03-05542 RMW | Advent Group Ministries, et al. v. Olin Corporation, et al. |
| C 03-05543 RMW | Clifton, et al. v. Olin Corporation, et al. |
| C 03-05544 RMW | Jenkins, et al. v. Olin Corporation, et al. |
| C 03-05547 RMW | Konezny, et al. v. Olin Corporation, et al. |
| C 03-05549 RMW | Peters, et al. v. Olin Corporation, et al. |
| C 03-05550 RMW | Matthew, et al. v. Olin Corporation, et al. |
| C 03-05551 RMW | Alvarado, et al. v. Olin Corporation, et al. |
| C 03-05552 RMW | Von Lackum, et al. v. Olin Corporation, et al. |
| C 03-05553 RMW | Urban, et al. v. Olin Corporation, et al. |
| C 03-05554 RMW | Stinson, et al. v. Olin Corporation, et al. |
| C 03-05555 RMW | Souza, et al. v. Olin Corporation, et al. |
| C 03-05916 RMW | Orr, et al. v. Olin Corporation, et al. |
| C 03-05917 RMW | Rotolo, et al. v. Olin Corporation, et al. |
| C 03-05919 RMW | Manoukian, et al. v. Olin Corporation, et al. |
| C 04-00121 RMW | Parker, et al. v. Olin Corporation, et al. |
| C 04-00195 RMW | D'Anna, et al. v. Olin Corporation, et al. |