# EXHIBIT 1

# Radian International, LLC

P.O. Box 11-1261
Riad El Solh Beirut 1107 2080
Commercial Register No.: 74673, Beirut
Tel / Fax: 01 983 575
Beirut - Lebanon

February 18, 2005

The Lebanese Company for the Development and
Reconstruction of Beirut Central District, s.a.l.
Building 150 Marfa, Saad Zaghloul Street, off Foch Street
P.O. Box 119493
Beirut, Lebanon

**Attention:** Mr. Hisham Karameh
Employer's Representative

**Subject:** Normandy Landfill Reclamation – Phase 2 Project
Notification Of Force Majeure

Dear Mr. Karameh:

Following the bombing and resulting death of Prime Minister Hariri, Radian International ceased operations at the project site. Radian International will resume operations when the situation stabilizes and the safety of our employees is assured.

Please consider this letter formal notice that an event of Force Majeure currently exists within the definition of GC 34.1. Consistent with GC 34.4, we will notify you within seven days after the termination of this Force Majeure event.

We will continue to reassess this situation as events unfold. In the meantime, our experts are continuing work on the alternative technical plans for the site.

Sincerely,

Amine Bou Onk
Contractor Representative

cc:  Mr. Neville Judd, Construction Manager's Representative

| Project Name: | Landfill Treatment-North of Blvd | | | | | | |
|---|---|---|---|---|---|---|---|
| Proj. code | Issuer ID | Doc. Nature | Seq. # | Rev. # | Filename | Issuer ref. | Page |
| 1-1-0011-005 | 12382 | LET | 0138 | 00 | ABO/Emp/0138feb05 | ABO/EMP/0138feb05 | 1/1 |

**EXHIBIT 2**

# Radian International, LLC

P.O. Box 11-1261
Riad El Solh Beirut 1107 2080
Commercial Register No.: 74873, Beirut
Tel / Fax: 01 983 575
Beirut - Lebanon

Rec'd 24th March
@ 11:15 hrs

March 24, 2005

W A Fairhurst International Partnership
Daouk building, 10th Floor
Sidani St., Ras Beirut
P.O. Box: 11-4040
Beirut, Lebanon

Attention:   Neville Judd

Subject:   Normandy Landfill Reclamation – Phase 2 Project
Notification of *Force Majeure*

Dear Sir,

We acknowledge receipt of your letter dated March 18, 2005 in which you confirm that the February 14, 2005 bombing in Beirut and Prime Minister Hariri's resultant assassination was an event of *force majeure* as defined by GC 34.[1]

While we appreciate your acknowledgement of the *force majeure* situation, we reject your assertion that the "event of *Force Majeure* ceased at midnight on 17th February 2005" and protest your unilateral instruction that we "resume work without delay."

The current, unstable political situation in Lebanon continues to qualify as an event of *force majeure*, as demonstrated by the following events, among others:

(i)   Following Prime Minister Hariri's assassination, there have been massive protests by those supporting and those opposed to Syria's involvement with Lebanon. For example, on March 8, 13, and 14 hundreds of thousands of people gathered in central Beirut. Several thousands of the protesters parked their vehicles at the BIEL facility east of our project site and used the common access user road during these protests.

(ii)   On 9 March, the Lebanese parliament voted to reinstate Mr. Omar Karami as prime minister, nine days after he had resigned in the face of mass protests.

---

[1] Section 34.1 of the GC defines *Force Majeure* to include "riots, invasion, hostilities, civil war, rebellion, revolution, insurrection, outbreak of war in the Republic of Lebanon, whether declared or not, seismic shocks, ionizing radiations or contamination by radioactivity from any nuclear fuel, radioactive, toxic, explosive, or other hazardous properties, of any explosive nuclear assembly or nuclear component thereof, and extreme and exceptional weather circumstances."

| Project Name: | Landfill Treatment-North of Blvd | | | | | | |
|---|---|---|---|---|---|---|---|
| Proj. code | Issuer ID | Doc. Nature | Seq. # | Rev. # | Filename | Issuer ref. | Page |
| 1-1-0011-005 | 12382 | LET | 0627 | 00 | ABO/CM/627mar05 | ABO/CM/627mar05 | 1/3 |

# Radian International, LLC

(iii)   Although Prime Minister Karami has insisted that he will form a unity government in advance of the May elections, his efforts to do so have thus far been unsuccessful. Thus, there is no new government in place to replace the caretaker government.

(iv)   On 19 March, 11 people were wounded when a car bomb exploded in the residential neighborhood of Jdeide east of Beirut.

(v)   On 23 March, 3 people were killed when a bomb exploded in a shopping mall in the coastal township of Kaslik north of Beirut.

(vi)   Syrian workers in Lebanon have been subjected to multiple acts of violence. Most recently, on 19 March two Syrians were attacked and stabbed repeatedly by a mob of angry assailants in Beirut's southern suburb of Ghobeiri.[2] Because of concerns about acts of violence directed at Syrians, the majority of our Syrian workers have returned to Syria.

(vii)   Radian received the latest US Embassy warning regarding the region on 15 March. (Attachment 2.) The US Department of State "continues to warn of the possibility for violent actions against U.S. citizens and interests in the region." U.S. contractors are mentioned in the warning as a specific potential target of attacks.[3]

In light of the foregoing, the safety of our workers remains in jeopardy, our access to the site continues to be impaired by mobs of protestors and there is a shortage of available workers. We therefore maintain that the *force majeure* situation is ongoing.

We further object to your unilateral instruction that we resume work "without delay." GC 34.2 requires that " . . . Upon the occurrence of any event of Force Majeure the party suffering therefrom shall immediately give the other party written notice thereof including a statement describing the event of Force Majeure and demonstrating its effect upon the performance of the Contract. At the request of either party, *the Employer and the Contractor shall consult regarding action to be taken.*"

Notwithstanding the foregoing, reserving all rights, we will follow your premature return to work order on two conditions. First, please confirm that the Employer will allow a Notice Of Claim and/or Request For Change Order from Radian, pursuant to GC 25.3, GC 25.12, GC 34.4 and any

---

[2] See Attachment 1. The 21 March Daily Star article also cited other acts of violence against Syrians, including: (i) reports that unknown assailants on 17 March set fire to a gathering of about 40 tents housing Syrian workers in Batroun; (ii) an incident on 18 March where three passengers in a speeding Volvo threw a stun grenade at a broom shop in Ghassanieh, Sidon; and (iii) an incident on 19 March where unknown assailants set fire to two cars belonging to Syrian national Khaled Mahmoud Abed. According to the article, Hezbollah leader Sayyed Hassan Nasrallah said last week that he had personally received reports of up to 30 Syrians killed in clashes since Hariri's murder.

[3] See also http://www.usembassy.gov.lb/service/PAnnouncements.htm (visited 22 March 2005).

| Project Name: | Landfill Treatment-North of Blvd | | | | | | |
|---|---|---|---|---|---|---|---|
| Proj. code | Issuer ID | Doc. Nature | Seq. # | Rev. # | Filename | Issuer ref. | Page |
| I-I-0011-005 | 12382 | LET | 0627 | 00 | ABO/CM/627mar05 | ABO/CM/627mar05 | 2/3 |

# Radian International, LLC

other applicable Contract provisions, for the costs to remobilize at the site[4] and for an extension of time to complete the works. Second, please confirm that the Employer will agree to indemnify Radian and hold it harmless for any loss, injury, damage or harm incurred as a result of returning to work during this continuing *force majeure* situation.

At the appropriate time, pursuant to GC 25.3, GC 25.12 and GC 34.4 and all other applicable Contract provisions, we will submit our Notice Of Claim and/or Request For Change Order with respect to our right to an increase in Contract Price and extension of the Time For Completion as a result of the *force majeure*.

Sincerely,

*[signature]*

Amine Bou Onk
Contractor Representative

cc:   Mr. Hisham Karameh, Employer's Representative

---

[4] We estimate our remobilization costs to be approximately $150,000. Our subcontractor will also incur additional costs to remobilize; we will inform you of those costs as soon as our subcontractor informs us.

| Project Name: | Landfill Treatment-North of Blvd | | | | | | |
|---|---|---|---|---|---|---|---|
| Proj. code | Issuer ID | Doc. Nature | Seq. # | Rev. # | Filename | Issuer ref. | Page |
| 1-1-0011-005 | 12382 | LET | 0627 | 00 | ABO/CM/627mar05 | ABO/CM/627mar05 | 3/3 |