# EXHIBIT
# A

Dockets.Justia.com

# San Francisco Police Department
## INCIDENT REPORT

**COPY**

**050019675**

## INCIDENT

| Incident Number 050019675 | Reported Date/Time 01/06/2005 11:30 | Occurrence On/From Date/Time 01/06/2005 11:30 | Occurrence Date/Time | CAD Number 050061508 |
|---|---|---|---|---|

**Type Of Incident**
Cocaine, Base/Rock Offense - 16621

**Location Of Occurrence**
SUTTER AND JONES

**Type Of Premise**
STREET

| Arrest Made Yes | Non-Suspect Incident | Suspect Known | Suspect Unknown | Reporting Unit 5N15 |
|---|---|---|---|---|

Location Sent To : ON VIEW
How Cleared : Adult Booked
Report Status : Open

Assign To : NARCOTICS
Copies To (Name Of Units) : NARC/2 DA/2 OR-1
Assigned By : JF , 1380

## OFFICER DECLARATION

I declare under penalty of perjury, this report of _____8_____ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

Prop 115 Certified :      5 Yrs [X]      Post Training [ ]      Signature: _____

| Reporting Officer FEGAN, JACOB | Star 1380 | Station NARCOTIC | Watch 0600-1600 | Date |
|---|---|---|---|---|
| Reviewing Officer | Star | Station | Watch | Date |
| OIC/Approval Officer | Star 734 | NARC | Watch DAYS | Date 01-06-05 |

| Report Status Open | Juv. Involved | How Cleared Adult Booked | Assigned To NARCOTICS | Copy To |
|---|---|---|---|---|

## OFFENSE

**1**

**Offense Type**
Cocaine Offense - 16620

## OFFENSE

**2**

**Offense Type**
Conspiracy - 26080

## OFFENSE

**3**

**Offense Type**
Probation Violation - 26170

# San Francisco Police Department
## INCIDENT REPORT

050019675

| SUBJECT 1 | | |
|---|---|---|
| **Code** B - Booked | **Name** ZAMAGO, ELDO | **Alias** |
| **Home Phone** | **Home Address** 375 FRANKFORT, DALY CITY, CA | |
| **Work Phone** | **Work Address** | |

| School (If Juvenile) | Sex Male | DOB 07/05/1982 | Height 5 ' 07 " | Weight 160 lbs | Eye Color Brown | Hair Color Black |
|---|---|---|---|---|---|---|

Race : Hispanic
Age : 22
Where Booked : Tenderloin TF
Book/Cite Approved By : LT. PARRY , 434

Other Information : PASSENGER OF VEHICLE
Charges : N/W  11352 H&S, N/W  11351.5 H&S, N/W  11351 H&S, N/W  182 P.C.
Booked : Yes
Other Information : ADDITIONAL CHARGES- N/W11366 H&S,  N/W 11370A P.C.

---

| SUBJECT 2 | | |
|---|---|---|
| **Code** B - Booked | **Name** RIVERA, DIEGO | **Alias** |
| **Home Phone** | **Home Address** 410 SILVER, San Francisco, CA | |
| **Work Phone** | **Work Address** | |

| School (If Juvenile) | Sex Male | DOB 10/09/1976 | Height 5 ' 09 " | Weight 170 lbs | Eye Color Brown | Hair Color Black |
|---|---|---|---|---|---|---|

Race : Hispanic
Age : 28
Where Booked : Tenderloin TF
Book/Cite Approved By : LT. PARRY, 434

Identification : SFNO [573046          ]
Charges : N/W  11352 H&S, N/W  11351.5 H&S, N/W  11351 H&S, N/W  182 P.C.
Booked : Yes
Other Information : ADDITIONAL CHARGES-  N/W  11366 H&S, N/W  11370A H&S, 1203.2A P.C. AND 12500A V.C.

---

| SUBJECT 3 | | |
|---|---|---|
| **Code** B - Booked | **Name** MARQUEZ, RICARDO | **Alias** |
| **Home Phone** | **Home Address** NO LOCAL, San Francisco, CA | |
| **Work Phone** | **Work Address** | |

| School (If Juvenile) | Sex Male | DOB 01/05/1980 | Height 5 ' 08 " | Weight 160 lbs | Eye Color Brown | Hair Color Black |
|---|---|---|---|---|---|---|

Race : Hispanic
Age : 25
Where Booked : Tenderloin TF
Book/Cite Approved By : LT. PARRY , 434

Identification : SFNO [571955          ]
Charges : N/W  11351.5 H&S, N/W  182  P.C.
Booked : Yes

---

| SUBJECT 4 | | |
|---|---|---|
| **Code** B - Booked | **Name** MONROY, CESAR | **Alias** |
| **Home Phone** | **Home Address** 375 FRANKFORT, DALY CITY, CA | |
| **Work Phone** | **Work Address** | |

| School (If Juvenile) | Sex Male | DOB 06/18/1973 | Height 5 ' 06 " | Weight 180 lbs | Eye Color Brown | Hair Color Black |
|---|---|---|---|---|---|---|

Race : Hispanic
Age : 31
Where Booked : Ingleside
Book/Cite Approved By : LT. PARRY, 434

Identification : SFNO
Charges : N/W  11351.5 H&S, N/W  11351 H&S, N/W  11352 H&S, N/W  182 P.C.
Booked : Yes

# San Francisco Police Department
## INCIDENT REPORT

**050019675**

| V E H I C L E | 1 | Code F - UIF | | Year 1988 | Make Honda | | Model Civic | | Style Sedan | | Color (Top/Bottom) LBL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | License Plate/Registration # 2KSK457   /PC | | Registration State CA | | Registration Date 08/08/2005 | VIN | | | Vehicle Disposition | |

# San Francisco Police Department
## INCIDENT REPORT

**050019675**

| P R O P E R T Y | **1** | Property Code: E - Evidence | | Item: OFF-WHITE ROCKS | | Brand | | Model |
|---|---|---|---|---|---|---|---|---|

**Property 1**

| Property Code | Item | Brand | Model |
|---|---|---|---|
| E - Evidence | OFF-WHITE ROCKS | | |

| Serial Number | Color | | |
|---|---|---|---|

Narcotics Lab Number : 05220574
Seized From Where : MARQUEZ

Seized By (Star) : 497
Description : ONE BAGGIE WITH OFF-WHITE ROCKS INSIDE

---

**Property 2**

| Property Code | Item | Brand | Model |
|---|---|---|---|
| E - Evidence | OFF-WHITE ROCKS | | |

| Serial Number | Color | | |
|---|---|---|---|

Narcotics Lab Number : 050220574
Seized From Where : ZAMAGO

Seized By (Star) : 1503
Description : TWO BAGGIES WITH OFF-WHITE ROCKS INSIDE BEING HELD BY ZAMAGO

---

**Property 3**

| Property Code | Item | Brand | Model |
|---|---|---|---|
| E - Evidence | OFF-WHITE ROCKS | | |

| Serial Number | Color | | |
|---|---|---|---|

Narcotics Lab Number : 05220574
Seized From Where : ON ZAMAGO

Seized By (Star) : 1503
Description : THREE BAGGIES WITH OFF-WHITE ROCKS INSIDE.  IN ZAMAGO'S PANTS POCKET

---

**Property 4**

| Property Code | Item | Brand | Model |
|---|---|---|---|
| E - Evidence | U.S. CURRENCY | | |

| Serial Number | Color | | |
|---|---|---|---|

Seized By (Star) : 1503
Description : ZAMAGO WAS HOLDING $150.00

Seized From Where : ON ZAMAGO

BOOKED BY #1380 AT NARCOTICS

---

**Property 5**

| Property Code | Item | Brand | Model |
|---|---|---|---|
| E - Evidence | KEYRING | | |

| Serial Number | Color | | |
|---|---|---|---|

Seized By (Star) : 1503
Description : KEYRING WITH KEYS ON IT

Seized From Where : ON ZAMAGO

---

**Property 6**

| Property Code | Item | Brand | Model |
|---|---|---|---|
| E - Evidence | CELL PHONES | | |

| Serial Number | Color | | |
|---|---|---|---|

Seized By (Star) : 1503
Description :  CELL PHONE- AUDIOVOX WAS ON ZAMAGO

Seized From Where : IN VEHICLE

# San Francisco Police Department
## INCIDENT REPORT

050019675

| P R O P E R T Y | 7 | Property Code<br>E - Evidence | | Item<br>CELL PHONE | | Brand | Model |
|---|---|---|---|---|---|---|---|
| | | Serial Number | Color | | | | |

Seized By (Star) : 1380  Seized From Where : ON RIVERA
Description : METRO PCS TAKEN FROM RIVERA

**N A R R A T I V E**

Topic:

ON 1/6/04 OTHER MEMBERS OF MY NARCOTICS TEAM AND I SET UP SURVEILLANCE ON 375 FRANKFORT ST. IN DALY CITY, CA. I WAS CONDUCTING A NARCOTICS INVESTIGATION WHICH LED ME TO THIS HOUSE. INSP. LEW #1503, INSP. CUNNINGHAM #650, SGT. HALLISY, OFF. BARBERINI #497 AND I WERE ALL IN PLAIN CLOTHES AND I WAS DRIVING IN AN UNMARKED POLICE VEHICLE.

ON 12/8/04 OFF. BARBERINI AND I WERE DRIVING IN THE TENDERLOIN AREA. I WAS AT BUSH AND LEAVENWORTH WHEN I SAW A VEHICLE, CA. 2KSK457, STOP ON THE CORNER AND SOMEONE GET INTO THE BACKSEAT. I SAW THE VEHICLE DRIVE FORWARD TO JONES ST. AND THE PERSON WHO GOT INTO THE BACKSEAT GOT OUT. I DROVE BY THE PERSON WHO WAS LET OUT AND CAUGHT UP TO THE VEHICLE. I FOLLOWED THE VEHICLE AND SAW THE VEHICLE STOP AGAIN AT OFARRELL AND JONES. i SAW ANOTHER MALE GET INTO THE VEHICLE AND THE VEHICLE DRIVE E/B TO TAYLOR. THE VEHICLE STOPPED AND I WAS STOPPED AT A RED LIGHT. I WAS NEXT TO THE VEHICLE WHEN I SAW THE LATIN MALE SITTING IN THE PASSENGER SEAT REACH BACK AND TAKE AN UNKOWN AMOUNT OF U.S. CURRENCY FROM THE PERSON IN THE BACKSEAT. I SAW THE LATIN MALE SITTING IN THE PASSENGER SEAT HAND THE PERSON WHO GOT INTO THE BACK SEAT SOMETHING BACK. THE PERSON GOT INTO THE VEHICLE GOT OUT AGAIN. DUE TO MY TRAINING AND EXPERIENCE I BELIEVED I WAS WITNESSING POSSIBLE NARCOTICS TRANSACTIONS.

I HAVE MADE SEVERAL NARCOTICS RELATED ARRESTS IN THE AREA WHERE I HAVE SEEN PEOPLE WAITING ON CORNERS OR ON STREETS AND THE DEALERS PICK THE BUYERS UP. IT IS COMMON THAT THE DRIVERS OF THE VEHICLES DRIVE A BLOCK OR TWO WHILE THEY MAKE THE DEAL. THE DRIVERS DROP THE BUYERS OFF AFTER A SHORT DISTANCE AND CONTINUE SELLING OUT OF THEIR VEHICLES.

ON 12/15/04 I SAW THE SAME VEHICLE MENTIONED BEFORE AND SAW THE SAME TWO LATIN MALES INSIDE IT. THE DRIVER WAS LATER IDENTIFIED AS B2/RIVERA AND THE PASSENGER WAS LATER IDENTIFIED AS B1/ZAMAGO. I FOLLOWED THE VEHICLE OUT OF THE TENDERLOIN AREA AND TO DALY CITY. I SAW THE VEHICLE STOP ON FRANKFORT ST. AND ACTON ST. THE VEHICLE PARKED AND I SAW ZAMAGO WALK INTO 375 FRANKFORT USING A KEY TO OPEN THE FRONT GATE. THE VEHICLE DROVE AWAY.

ON 12/16/04 I DROVE TO 375 FRANKFORT TO CONDUCT SURVEILLANCE ON THE HOUSE. AT APPROXIMATELY 1030 HRS. I SAW THE SAME VEHICLE PARK IN THE SAME SPOT ON FRANKFORT. I SAW RIVERA WAS DRIVING AGAIN. I SAW ZAMAGO EXIT 375 FRANKFORT AND WALK TO THE VEHICLE BEING DRIVEN BY RIVERA.

LATER THAT DAY I SAW ZAMAGO AND RIVERA DRIVING THE VEHICLE ON MISSION ST. AT ARMY. I FOLLOWED THE VEHICLE ON MISSION WHERE I SAW IT TURN AND DRIVE TOWARDS FRANKFORT. I SAW ZAMAGO GET OUT AND WALK INTO 375 FRANKFORT USING A KEY TO OPEN THE FRONT GATE.

ON TODAYS DATE I SAW THE SAME VEHICLE BEING DRIVEN BY RIVERA PARK ON FRANKFORT AT APPROXIMATELY 1000 HRS. I SAW ZAMAGO EXIT 375 FRANKFORT AND GET INTO THE VEHICLE. THE VEHICLE DROVE ON THE 280 FREEWAY AND DROVE INTO THE TENDERLOIN AREA WITH MEMBERS OF MY TEAM FOLLOWING. I SAW RIVERA DRIVE

ON JONES AND STOP TO PICK UP ANOTHER LATIN MALE WHO WAS WAITING ON THE CORNER OF BUSH AND JONES. I FOLLOWED THE VEHICLE W/B ON SUTTER WHERE IT PULLED OVER TO THE CURB ON SUTTER AT JONES. I WATCHED THE LATIN MALE, LATER IDENTIFIED AS B3/MARQUEZ, WHO GOT INTO THE BACKSEAT EXIT THE VEHICLE AND WALK E/B ON SUTTER. DUE TO MY TRAINING, EXPERIENCE AND MY PRIOR OBSERVATIONS I BELIEVED I HAD WITNESSED A POSSIBLE NARCOTICS TRANSACTION.

OFF. BARBERINI DETAINED MARQUEZ. I PULLED MY VEHICLE NEXT TO RIVERA'S. I SAW OFF. BARBERINI CONDUCTING A PAT SEARCH LOOKING FOR ANY WEAPONS ON MARQUEZ. OFF. BARBERINI TOLD ME THAT HE WAS SEARCHING FOR ANY WEAPONS ON MARQUEZ WHEN HE FELT A SMALL PLASTIC BAGGIE WITH ROCKS INSIDE OF MARQUEZ'S JACKET POCKET. OFF. BARBERINI TOLD ME LATER THAT HE BELIEVED THE OBJECT IN MARQUEZ'S JACKET POCKET WAS CONSISTENT WITH THE SIZE AND PACKAGING OF POSSIBLE ROCK COCAINE. OFF. BARBERINI REACHED INTO THE JACKET POCKET AND FOUND E1/ONE BAGGIE WITH OFF-WHITE ROCKS INSIDE.

INSP. LEW APPROACHED THE VEHICLE AND TOLD ME THAT HE SAW ZAMAGO HAD A PLASTIC BAGGIE IN HIS RIGHT HAND. INSP. LEW TOLD ME THAT ZAMAGO WAS LOOKING AT ME WHEN HE PUT HIS RIGHT HAND IN BETWEEN HIS LEGS ON THE CAR SEAT. INSP. LEW TOLD ME THAT HE BELIEVED THE PLASTIC BAGGIE CONTAINED NARCOTICS AND ZAMAGO WAS TRYING TO DESTROY THEM. INSP. LEW TOLD ME THAT HE OPENED THE DOOR AND GRABBED ZAMAGO'S RIGHT HAND. INSP LEW TOLD ME THAT ZAMAGO WAS HOLDING E2/TWO BAGGIES WITH OFF-WHITE ROCKS INSIDE. INSP. LEW TOLD ME THAT ZAMAGO HAD E4/$150.00 IN HIS RIGHT HAND. INSP. LEW TOLD ME THAT HE ARRESTED ZAMAGO. INSP. LEW SEARCHED ZAMAGO AND FOUND E3/THREE MORE BAGGIE WITH OFF-WHITE ROCKS INSIDE. THE THREE BAGGIES WERE IN ZAMAGO'S RIGHT FRONT PANTS POCKET.

I ARRESTED RIVERA. I TOOK THE E5/KEYRING WITH KEYS ON IT FROM ZAMAGO AND HANDED IT TO INSP. LEW. INSP. LEW INSP. CUNNINGHAM AND SGT. HALLISY WENT TO 375 FRANKFORT ST. TO FREEZE THE HOUSE PENDING A SEARCH WARRANT THAT I WAS GOING TO WRITE. THE ARREST OF THE THREE SUSPECTS TOOK PLACE IN A COMMON DRUG TRAFFICKING AREA WITH NUMEROUS PEOPLE PRESENT. IT HAS BEEN MY EXPERIENCE THAT WHEN MEMBERS OF THE DRUG TRADE WITNESS AN ARREST THEY UTILIZE THEIR CELL PHONES TO ALERT OTHER DRUG DEALERS IN THE AREA OR THE SOURCE OF THE DRUG SUPPLY.

LEW LATER TOLD ME THAT THE SAME KEYS I TOOK FROM ZAMAGO OPENED THE FRONT GATE AND THE FRONT DOOR TO 375 FRANKFORT ST. I TOOK A E6/CELL PHONE FROM ZAMAGO- AUDIOVOX. I TOOK E7/CELL PHONE FROM RIVERA-METRO PCS. BOTH PHONES WERE RETAINED AS EVIDENCE.

I DROVE ZAMAGO, RIVERA AND MARQUEZ TO TENDERLOIN STATION WHERE THEY WERE BOOKED. OFF. BARBERINI DROVE THE VEHICLE TO T.T.F. WHERE IT WAS TOWED TO AUTO RETURN WITH AHOLD FOR S.T.O.P.

SGT. MARTINOVICH# 2155 AND INSP. CAGNEY #341 TOLD ME THAT THEY RESPONDED TO 375 FRANKFORT TO HELP WITH THE INVESTIGATION. INSP. CAGNEY TOLD ME THAT WHILE THEY WERE IN 375 FRANKFORT THEY HEARD SOMEONE OPEN THE FRONT DOOR AND THEN IT CLOSED. HE TOLD ME THAT HE LOOKED OUTSIDE AND A LATIN MALE,

LATER IDENTIFIED AS MONROY, WAS WALKING AWAY FROM THE HOUSE. SGT. MARTINOVICH TOLD ME THAT HE YELLED FOR MONROY TO STOP BUT HE DID NOT. SGT. MARTINOVICH TOLD ME THAT HE IDENTIFIED HIMSELF AS A POLICE OFFICER AND MONROY STARTED TO RUN. SGT. MARTINOVICH TOLD ME THAT HE CAUGHT MONROY AND A CONCERNED CITIZEN TOLD HIM THAT MONROY HAD THREW SOMETHING UNDER A TRUCK AT 531 BELLEVUE. SGT. MARTINOVICH TOLD ME THAT HE FOUND $2200.00 UNDER THE TRUCK. SGT. MARTINOVICH TOLD ME THAT HE ASKED MONROY IF THE MONEY WAS HIS AND HE REPLIED, 'THAT AIN'T MINE.' SGT. MARTINOVICH FOUND $825.00 MORE DOLLARS ON MONROY.

OFF. VALDEZ #1287 RESPONDED TO C.J. #9 TO TAKE A STATEMENT FROM MARQUEZ. OFF. VALDEZ TOLD ME THAT HE READ MARQUEZ HIS MIRANDA RIGHTS FROM HIS DEPARTMENT ISSUED MIRANDA CARD AND MARQUEZ TOLD HIM THAT HE UNDERSTOOD. MARQUEZ WROTE A STATEMENT SAYING THAT HE HAD ORDERED A $150.00 WORTH OF CRACK COCAINE FROM A LATIN MALE HE KNEW AS 'COMPA'. MARQUEZ TOLD VALDEZ THAT HE BOUGHT THE CRACK FROM THE PASSENGER IN THE VEHICLE WHICH HE KNOWS AS 'COMPA'. OFF. BARBERINI BOOKED THE STATEMENT AT THE NARCOTICS OFFICE.

I BOOKED THE SUSPECTED NARCOTICS AT THE NARCOTICS OFFICE AND HAND CARRIED THE NARCOTICS TO THE NARCOTICS DROP INSIDE 850 BRYANT.

I BOOKED ITEMS E4 AND E5 AT THE NARCOTICS OFFICE.

SEE CASE # 050020569 FOR THE SEARCH WARRANT.

INCIDENT NO.
C I S O  0 1 9 6 7 5

NAME (LAST, FIRST, MIDDLE) OF PERSON GIVING STATEMENT
MARQUEZ    RICARDO

DOB / AGE
1-5-80

RESIDENCE PHONE (DAY / NIGHT)    BUSINESS PHONE (DAY/NIGHT)

RESIDENCE ADDRESS / CITY IF NOT SAN FRANCISCO
No local

ZIP CODE

BUSINESS ADDRESS / CITY IF NOT SAN FRANCISCO

ZIP CODE

DATE OF STATEMENT
1-6-05

TIME STARTED
1720

TIME COMPLETED
1732

LOCATION WHERE STATEMENT TAKEN
AT SCENE ☐    OTHER: CJ #9

STATEMENT TAKEN BY (NAME / STAR)
R. Valor    1287

IN PRESENCE OF
Insp. Cagney #341

11:30 YO SALI DE CASA ERA AORA llAME aLa
persona y lo COMPRE DESPUES AI VAJARME
DEL CARRO ME CAllEVON Agentes AI PARARME.
ME DIJERO QUE ERA POLICIA AI PARARME

ME EMPEZARON ARREJISTRAR y ME QUITARON
lA QUE COMPRE (DROGAS) Mo llEVARON AIA
Stación EL QUE COMPRE FUE El PASAJERO DEL
CARRO. ES lA PRIMERA VES QUE LE COMPRO

I DECLARE, UNDER PENALTY OF PERJURY, THIS STATEMENT IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE.

SIGNATURE OF PERSON GIVING STATEMENT X    RICARDO A. MARQUEZ

SFPO377 G (8/93)

EZ0009