# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **Not yet assigned**    U.S. District Court Case No. **C 04-2132 PJH**

Short Case Title **Our Children's Earth Foundation v U.S. EPA**

Date Notice of Appeal Filed by Clerk of District Court **6/24/2005**

---

**SECTION A** – To be completed by party ordering transcript

HEARING DATE            COURT REPORTER

(attach additional page for designations if necessary)

(X) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Print or type requestor's name _____

Signature of Attorney _____ Phone Number **415/533-3376**

Address: **5135 Anza Street, San Francisco, CA 94121**

---

**SERVICE COPY FOR OTHER PARTIES TO CASE**

A copy of this page must be served on all parties to the case. Photocopy if necessary.

NDC-TDO (7/98)            COPY FOUR