COPY

Ronald L.M. Goldman, State Bar No. 33422
Robert E. Guilford, State Bar No. 29210
BAUM HEDLUND
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233

Attorneys for Plaintiffs

RECEIVED
JUN 2 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE A. MCCONLOGUE, individually, and as Guardian Ad Litem on behalf of JESSE D. MCCONLOGUE, a minor, and KRISTEENA N. TINNIN, a minor; and as Successor in Interest of the Estate of JEREMY D. MCCONLOGUE, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC. and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: C 04-01735 SBA<br><br>ECF<br><br>[PROPOSED] ORDER GRANTING PERMISSION TO FILE DOCUMENTS UNDER SEAL |

## ORDER GRANTING PERMISSION TO FILE DOCUMENTS UNDER SEAL

Good cause appearing therefor:

IT IS ORDERED that the following documents be filed "UNDER SEAL" and not be entered into the case docket or scanned by the Court Clerk:

■ Agreed Motion to (1) Approve Settlement of this action, and (2) Compromise Claims of Minor plaintiffs under C.C.P. § 372 [UNDER SEAL]

1

[PROPOSED] ORDER SEALING DOCUMENTS CASE NO. C 04 1735 SBA

- [Proposed] Order Granting Motion to (1) Approve Settlement of this action, and (2) Compromise Claims of Minor plaintiffs under C.C.P. § 372 [UNDER SEAL]

SO ORDERED this _____ day of _____, 2005

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER SEALING DOCUMENTS CASE NO. C 04 1735 SBA

|     |                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------- |
|  1  | <div align="center">PROOF OF SERVICE</div>                                                            |

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is 12100 Wilshire Blvd., Suite 950, Los Angeles, California 90025.

On the date hereinbelow specified, I served the documents described as set forth below on the named defendant in this action as follows:

**Date of Service:** June 28, 2005

**Documents Served:** **ORDER GRANTING PERMISSION TO FILE DOCUMENTS UNDER SEAL**

**Parties Served:** Paul N. Cesari, Esq.
Cesari, Werner and Moriarty
360 Post Street - Fifth Floor
San Francisco, CA 94108-4908

\_\_ **BY FACSIMILE**

_X_ **(BY U.S. MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing or correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) marked on the attached service list.

\_\_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED:** June 28, 2005 at Los Angeles, California.

Michael Cornwell