UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. C04-4265 MMC<br><br>**[PROPOSED] ORDER GRANTING MARVELL SEMICONDUCTOR, INC.'S ADMINISTRATIVE MOTION TO FILE PAPERS UNDER SEAL** |

The Court hereby Grants Defendant Marvell Semiconductor, Inc.s' Administrative Motion to File Papers Under Seal, and

    IT IS HEREBY ORDERED that the following papers be Filed Under Seal:

    1.    Exhibit F of the Declaration of Pierre Menard in Support of Marvell Semiconductor's Motion For Summary Judgment of Invalidity of U.S. Patent No. 6,433,608 Pursuant to 35 U.S.C. §§ 102(g) and 102(a).

DATED:_____, 2005

                                        _____
                                        Honorable Maxine M. Chesney
                                        United States District Court Judge

50287139.doc

Dockets.Justia.com