FREDERICK V. GEISLER (SBN 70929)
BARRY SULLIVAN (SBN 136571)
JOSEPH HELGESON (SBN 228650)
STEPHENSON, ACQUISTO & COLMAN
303 NORTH GLENOAKS BOULEVARD, Suite 700
BURBANK, CALIFORNIA 91502-3226
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiffs,
LUCILE SALTER PACKARD
CHILDREN'S HOSPITAL AT STANFORD,
a Non-Profit California corporation, and
STANFORD HOSPITAL AND CLINICS,
a Non-Profit California corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a Non-Profit California corporation, and STANFORD HOSPITAL AND CLINICS, a Non-Profit California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTIS BENEFITS INSURANCE COMPANY, a For-Profit Minnesota Corporation; JOHN ALDEN LIFE INSURANCE COMPANY, a For-Profit Wisconsin Corporation; and Does 1–15, inclusive,<br><br>Defendants. | Case No.: CV 05-01731 JW (HRL)<br><br>[PROPOSED] ORDER FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292 (b) |

This Court has considered the arguments on Plaintiff's motion to amend the order of August 1, 2005 by certifying it for immediate appeal.

This Court hereby incorporates the order of August 1, 2005 herein in its entirety, and further makes the finding that the order involves a controlling question of law, as to

– 1 –

1 which there is substantial ground for difference of opinion, and that an immediate appeal
2 from the order may materially advance the ultimate termination of this litigation. The
3 matter is therefore hereby certified for appeal pursuant to 28 U.S.C. § 1292 (b).

IT IS SO ORDERED.

DATED:

                                             Hon. JAMES WARE
                                             United States District Judge