### UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102
———————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## October 14, 2005

**CASE NUMBER:  CV 05-03988 BZ**
**CASE TITLE:  JOHN OSANITSCH-v-MARCONI PLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately after the

case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/14/05

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 10/14/05AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA