982(a)(4)

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: | For Court Use Only: |
|---|---|---|
| Cindy O'Hara<br>Equal Employment Opportunity Commission<br>350 The Embarcadero, Ste. 500<br>San Francisco, CA 94105 | 415-625-5653 | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
US District Court, Northern District of California, San Jose Division
280 South First Street
San Jose, CA  95113

PLAINTIFF: Equal Employment Opportunity Commission

DEFENDANT: Vasquez Brothers, Inc., dba Central Coast Packing

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>C-05-3867 PVT |
|---|---|

TO: . . . . . . . . . . . . . . . . . . . . . Carlos Vasquez, Agent for Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Levitte v. Google Inc.                                                                                                                Doc. 3754

Dated: September 27, 2005                                              _____
                                                                              (Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [✓] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [✓] Other: (Specify)
         See attached.

(To be completed by recipient)

Date of receipt: 9.30.05

Date this form is signed: 10.6.05

_____   For Vasquez Brothers Inc.
(Signature of person acknowledging receipt, with title if
acknowledgment is made on behalf of another person)

Carlos Vasquez
(Type or print your name and name of entity, if any,
on whose behalf this form is signed)

Form Adopted by the
Judicial Council of California
Revised Effective January 1, 1975
[982(a)(4)]
Mandatory Form

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

American LegalNet, Inc. | www.USCourtForms.com

**EEOC v. Vasquez Brothers, Inc., dba Central Coast Packing**

1. Alternative Dispute Resolution Procedures
2. Order Setting Initial Case Management Conference, with attached:
    a. Standing Order for Civil Practice
    b. Model Joint Case Management Statement and Proposed Order
    c. Standing Order Regarding Case Management, Notice of Assignment of Case to a United States Magistrate Judge
    d. Consent to Proceed Before a United States Magistrate Judge
    e. Declination to Proceed Before a Magistrate Judge
3. ECF Registration Information Handout
4. Instructions for Completion of ADR Forms, with attached:
    a. Stipulation and [Proposed] Order Selecting ADR Process
    b. Notice of Need for ADR Phone Conference
5. 2 copies of Notice & Acknowledgment of Receipt, with return envelope