

No. 91    No. 92

# Exhibit A