Levitte v. Google Inc.

Doc. 4071

1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ## Northern District of California

10 Rivers,                                          05-04291 PJH ENE

11                     Plaintiff(s),          **Notice of Appointment of Evaluator**

12          v.

13 Housing Authority of the County of

14 Contra Costa,

15                     Defendant(s).

16 TO COUNSEL OF RECORD:

17          The court notifies the parties and counsel that the Evaluator assigned to this

18 case is:

19                               **William B. Chapman**
                              Chapman Popik & White
20                              650 California St., 19th Fl.
                              San Francisco, CA 94108
21                              415-352-3000
                              chapman@chapop.com
22
          Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which
23
governs the ENE program.  The evaluator will schedule a joint phone conference with
24
counsel under ADR L.R. 5-7 and will set the date of the ENE session within the
25
deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court
26
permits the evaluator to charge each party its pro rata share of the cost of the phone
27
conference.
28

**Notice of Appointment of Evaluator**
05-04291 PJH ENE                           - 1 -

Dockets.Justia.com

1        Counsel are reminded that the written ENE statements required by the ADR L.R.

2  5-8 shall NOT be filed with the court.

3

4  Dated: March 23, 2006

5                                     RICHARD W. WIEKING
                                       Clerk

6                                       by:    Claudia M. Forehand

7

8                                     ADR Case Administrator
                                       415-522-2059

9                                     Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Evaluator**
05-04291 PJH ENE                - 2 -