NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ||
|---|---|
| KATHRYN KACZMAREK<br><br>v.<br><br>LIBERTY LIFE ASSURANCE CO. OF BOSTON | DOCKET NO.    C-05-3712-SC<br><br>CASE:    **X** CIVIL         ☐ CRIMINAL |

_____ TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| PLACE: U.S. DISTRICT COURT<br>         450 GOLDEN GATE AVENUE<br>         SAN FRANCISCO, CA 94102 | **COURTROOM:** 1         **FLOOR:** 17<br><br>**DATE:**_____    **TIME:** 10:00 A.M. |
|---|---|

| TYPE OF PROCEEDINGS:<br><br>**CASE MANAGEMENT CONFERENCE** |
|---|

XXX TAKE NOTICE that the proceeding in the above-entitled case, has been CONTINUED as indicated below:

| DATE & TIME<br>PREVIOUSLY SET<br><br>3/31/06 | DATE & TIME<br>CONTINUED TO<br><br>**OFF CALENDAR** | PLACE: U.S. DISTRICT COURT<br>         450 GOLDEN GATE AVENUE<br>         SAN FRANCISCO, CA 94102 |
|---|---|---|

_____As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| RICHARD W. WIEKING<br>     CLERK OF THE COURT<br><br>T. DE MARTINI<br>     DEPUTY CLERK          DATE:   3/28/06 | SPECIAL PROCEDURES OR REQUIREMENTS: |
|---|---|
| _XX_____individual's attendance is required in person ||

---

[1] Applies only in criminal cases