1  WILLIAM L. MARDER, ESQ. (CBN 170131)
2  **PAXTON ♦ O'BRIEN LLP**
   Attorneys At Law                                    *ORDER E-FILED 3/31/06*
3  350 Fifth Street
   Hollister, CA 95023
4  (831) 637-5521

5  Attorneys for Plaintiffs Michael Pekin and Amanda Hernandez,

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  MICHAEL PEKIN and AMANDA            ) Case No.:  C05 05402 HRL
    HERNANDEZ,                          )
13                                      ) **STIPULATION AND [PROPOSED] ORDER RE**
                                        ) **CASE MANAGEMENT CONFERENCE**
14           Plaintiffs,                )
                                        )
15      v.                              )
                                        )
16  COUNTY OF SAN BENITO, and DOES 1    )
    through 10, inclusive,              )
17                                      )
             Defendants.                )
18                                      )
                                        )
19                                      )

20

21      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

22      (1) The Court has scheduled a Case Management Conference for April 25, 2006.

23      (2) Plaintiffs' counsel, William L. Marder, is scheduled to begin a trial in San Benito

24          County on April 24, 2006.

25      (3) The parties hereby stipulate the case management conference may be moved to **April**

26          **18, 2006, at 1:30 p.m**.

27                                             1

28  STIPULATION AND [PROPOSED] ORDER RE POSTPONING CASE MANAGEMENT
    CONFERENCE

    P:\PO LLP Bill\Pekin\stip and order re cmc.doc

1

2   Dated:  3/28/06                        Rankin, Landsness, Lahde, Serverian & Stock

3

4                                          By _____

5                                             Micheal C. Serverian, Esq.
                                              Attorneys for Defendants
6

7

8   Dated: 3/28/06                         PAXTON ♦ O'BRIEN LLP

9

10                                         By: _____

11                                             William L. Marder
                                              Attorneys for Plaintiffs
12

13

14

15                        [PROPOSED] ORDER

16      IT IS SO ORDERED.

17  Dated:  March 31, 2006

18                                         UNITED STATES MAGISTRATE JUDGE
                                                 HOWARD R. LLOYD
19

20

21

22

23

24

25

26

27
                                              2
28  STIPULATION AND [PROPOSED] ORDER RE POSTPONING CASE MANAGEMENT
    CONFERENCE