HENRY D. LEDERMAN, Bar No. 079498
LISA C. CHAGALA, Bar No. 217883
SHANNON WALPOLE, Bar No. 221329
LITTLER MENDELSON
A Professional Corporation
2175 North California Boulevard, Suite 835
Walnut Creek, CA 94596.3565
Telephone: 925.932.2468
Facsimile: 925.946.9809
Email: hlederman@littler.com
lchagala@littler.com
swalpole@littler.com

Attorneys for Defendants
24 HOUR FITNESS USA, INC. and SPORT AND
FITNESS CLUBS OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, MICHAEL CHALMERS, ALEXIS COVARRUBIAS, JOHN DAVIDSSON, LINDSAY D'ERRICO, BOBBY DESOTO, JASON A. DIGENNARO, LAWRENCE O'NEIL DICKERSON, ANNE DILLON, NATHANIEL FENNELL, KELLY FENNELLY, ANTOINETTE FIEDLER, COREY FOBES, PATRICK A. FREY, HEIDI GABALSKI, DAVID L. GUY, NATHANIEL HOELK, GARRETT HOPKINS, GOREAL HUDSON, DAVID KAIPI, QUIN KAPLAN, SEAN W. LEE, BRIAN HARRINGTON LEWIS, KRISTOPHER MICHAEL MARTINO, MARCEL MATTHEWS, DANUIEL MEYERS, JUDE M. MONTOYA, JAMES EDWARD MOREY, JOHN NESMITH, ANDREW W. NEWCOMB, BRANDON F. NEIL, JAMES L. OGDEN, STEVE ORRICO, ANNIE OSTOLASA, RYAN PARKER, TIMOTHY F. PAUDLER, KYLE PHILLIPS, MATTHEW POPELKA, SABRINA PRIESMAN, WILLIAM E. RAINALDO, JR., ALFRED RA'OOF, JAMES REED, DANIELLE RELPH, MATTHEW REITER, ANTHONY ROMEO, CHAD V. RUF, ADAM SHERRILL, MARK SLOMKA, EVAN SOOPER, KIMBERLY S. STRUBLE, REBECCA L. TOBIN, JOHN UDDEN, JASON VALLEY, | Case No. C 06 0715 SC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: May 12, 2006<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Samuel Conti<br>Trial date: Not assigned |

-- continued on next page --

DEFS' REQUEST FOR JUDICIAL NOTICE (NO. C 06 0715 SC)   1.

| | |
|---|---|
| ADAM L. VEST, CHRISTOPHER VINCENT, MARK WHITE, DAVID WOOD, JOSHUA WOODSON on behalf of themselves and all others similarly situated specifically referenced herein, | |
| Plaintiffs, | |
| v. | |
| 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, | |
| Defendants. | |

Defendants 24 Hour Fitness USA, Inc. and Sport and Fitness Clubs of America, Inc. ("Defendants") hereby request that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. Complaint filed in the above-captioned matter;

2. Defendants' Notice Of Motion And Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted (FRCP 12(b)(6))) Or, In The Alternative, For More Definite Statement (FRCP 12(e)) filed in the above-captioned matter;

3. Plaintiffs' Opposition To 24 Hour Fitness's Motion To Dismiss; Memorandum Of Points And Authorities filed in the above-captioned matter;

4. Reply Brief In Support Of Defendants' Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted (FRCP 12(b)(6)) Or, In The Alternative, For More Definite Statement (FRCP 12(e)) filed in the above-captioned matter;

5. Defendants' Evidentiary Objections To The Declaration Of Thomas G. Foley, Jr. filed in the above-captioned matter;

6. Defendants' Objections To Plaintiffs' Request For Judicial Notice filed in the above-captioned matter;

7. The Order Appointing American Arbitration Association issued by the Superior Court of the State of California, County of Los Angeles on or about December 17, 2004 in the matter of *Sport and Fitness Clubs of America, Inc. and 24 Hour Fitness USA, Inc.*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DEFS' REQUEST FOR JUDICIAL NOTICE
(NO. C 06 0715 SC)

2.

v. *Allen et al.*, a copy of which is attached to the Declaration of Henry D. Lederman as Exhibit A filed herewith; and

8. The Petition for Writ of Mandate/Prohibition filed with the California Court of Appeal in the case entitled *Allen et al.* v. *Superior Court,* a copy of which is attached to the Declaration of Henry D. Lederman as Exhibit G filed herewith.

Judicial notice of these documents is proper. Fed. R. Evid. 201. The district court may take judicial notice of court files and records. *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F3d 289, 290 n.1 (9th Cir. 1996); *Kinnett Dairies, Inc. v. Farrow*, 580 F2d 1260, 1277 (5th Cir. 1978); *Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979).

Matters to be judicially noticed must be relevant, and the documents listed above are relevant. Fed. R. Evid. 402; *Vallot v. Central Gulf Lines, Inc.*, 641 F.2d 347, 350 (5th Cir. 1981); Jones *et al., Federal Civil Trials and Evidence,* p. 8D-2, ¶ 8:805 (2005). Items one through six are documents filed in this action and demonstrate prior pleadings and arguments made by the parties in this action. Item seven is relevant to show that the Los Angeles Superior Court claimed jurisdiction over the "*Allen* litigation."[1] Item eight is relevant to show that collective arbitration of the *Allen*

---

[1] Plaintiffs do not define the term "*Allen* litigation" as used in the Complaint and their Petition. Apparently, however, Plaintiffs refer to the action initially brought in arbitration by three claimants against Defendants in 2004-2005. *See* Foley Decl. Exh. 9-12.

litigation was foreclosed. (*See* Defendants' Opposition to Plaintiffs' Petition To Compel Arbitration 2:7-26, 3:1-13, 22:3-28, 23:1-2.)

Dated: April 4, 2006

                                                              */s/ Henry D. Lederman*
HENRY D. LEDERMAN
LISA C. CHAGALA
SHANNON WALPOLE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Respondents
24 HOUR FITNESS USA, INC. and SPORT
AND FITNESS CLUBS OF AMERICA

Firmwide:80957926.1 034670.1216

LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd.
Suite 835
Walnut Creek, CA 94596.3565
925.932.2468

DEFS' REQUEST FOR JUDICIAL NOTICE
(NO. C 06 0715 SC)

4.